IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

DAVID McCANE,

                                      Plaintiff,

v.                                                              **SUMMONS**
                                                             **IN A CIVIL ACTION**

Correction Officers D. WILKOWSKI, MASUCCI, T. BUNN,
FLINCH, HILLMAN, and Sergeant APPLEBERRY, in their       Index No. _____
individual capacities,

                                      Defendants,

_____

TO:

                Correction Sergeant Appleberry
                Gowanda Correctional Facility
                South Road P.O. Box 350
                Gowanda, New York 14070-0350

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                David Bentivegna, Esq., Senior Staff Attorney
                Prisoners' Legal Services of New York
                14 Lafayette Square, Suite 510
                Buffalo New York, 14203

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                             *CLERK OF THE COURT*

DATED: _____