Revised 05/01 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

David McCane

(Name of Plaintiff or Petitioner)

Correction Officers D. Wilkowski, Masucci, T Bunn, and Flinch, Hillman, and Sergeant Appleberry

(Name of Defendant(s) or Respondent(s))

**MOTION TO PROCEED *IN FORMA PAUPERIS***
**AND SUPPORTING AFFIRMATION**
——————-CV-—————

I, David McCane _____, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis.*

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

**I further declare that the responses which I have made in this affirmation below are true.**

1. Are you presently employed? Yes ____ No ✓
   My Employer's Name and Address is: _____
   _____
   _____
   My **Gross** Monthly Wages are: $ 0
   If you are not presently employed, state
   Your Last Date of Employment: *Have never been employed*
   Your Gross Monthly Wages at that time: _____
   Is your spouse presently employed? Yes ____ No ____ *N/A Not marry.*
   My Spouse's Employer's Name and Address is: _____
   _____
   _____
   My Spouse's **Gross** Monthly Wages are $ _____

2. Have you received **any money** from any of the following sources within the past twelve months:
   **a.** Business, profession or self-employment? Yes ____ No ✓
     If yes, state **source** and **amount received** per month $ _____
   **b.** Rent payments, interest or dividends? Yes ____ No ✓
     If yes, state **source** and **amount received** per month $ _____
   **c.** Pensions, annuities, disability, or life insurance payments? Yes ____ No ✓
     If yes, state **source** and **amount received** per month $ _____
   **d.** Gifts or inheritances? Yes ____ No ✓
     If yes, state **source** and **amount** received per month $ _____
   **e.** Child Support? Yes ____ No ✓
     If yes, state **amount received** each month $ _____
   **f.** Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes ____ No ✓
     If yes, state **source** and **amount received** per month $ _____
   **g.** Friends, Relatives or any other source? Yes ✓ No ____
     If yes, state **source** and **amount received** per month $ *anytime they have extras*
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
   _____
   _____
   _____

3. What is your total gross monthly income today: $ 0 _____

4. How much **cash** do you have on hand? $ 0 _____

5. How much money do you have in a **checking account**(s)? $ _0_

6. How much money do you have in a **savings account**(s)? $ _0_

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE**: prisoners <u>must</u> have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): _0_____

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes _____ No _✓_
   If so, **describe** the property in detail and give an **estimated value** of the property: _____

   _____

   If you own property, are you paying off a **loan** or **mortgage** on it? Yes _____ No _____
   If yes where are you obtaining the money to make such payments:_____

   _____

9. If you are not an inmate, state your **total monthly household expenses**:
   Rent or mortgage $ _800_  Food $ _200_ Utilities $ _0_____  All other expenses $_____
   If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses
   ✻ I'm just getting out of jail my family help when they could.

10. List **all** of the people who are in your household and state the amount of money each one contributes to household expenses each month: My fiancée "Theasha Kinsy & her son Aston Carter. I dont know the monthly expenses. exp (about 1000 a month

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _N/A_

   _____

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes _____ No _✓_
   If the answer is yes, please include the court and date of filing _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _12·18·18_

(Date)  (Applicant's Signature)

## PRISON CERTIFICATION SECTION
**(Required for Prisoner Requests Only; Prisoner Requests <u>Must</u> Have This Section Completed By Prison Official)**

**I certify** that the movant has the sum of $_____ on account to his/her credit at the _____
_____ Correctional Facility where s/he is currently confined.
I **further certify** that the movant has the following securities to his/her credit according to the institution's records: _____
_____.
I **further certify** that the movant's average account balance was $_____ during the last six months.

_____
Signature of Authorized Officer of Institution

_____
Print Name of Authorized Officer of Institution