# Prisoners' Legal Services of New York

KAREN L. MURTAGH  *Executive Director*      14 Lafayette Sq., Suite 510 ◆ Buffalo, New York 14203     DAVID BENTIVEGNA  *Staff Attorney*
Tel.: (716) 854-1007 ◆ Fax: (716) 854-1008

MARIA E. PAGANO  *Managing Attorney*                                                            ANDREW STECKER  *Staff Attorney*

December 21, 2018

Clerk of the Court
Western District of New York
United States District Court
2 Niagara Square
Buffalo, NY 14202

        RE:    McCane v. Correction Officers D.Wilkowski, et al.
                 Case No.: PENDING

Dear Clerk of the Court:

       I represent the plaintiff in the above-referenced case. The complaint was submitted on CM/ECF in the Western District for filing and issuance of a case number today. Although the plaintiff has submitted an *in forma pauperis* application, our office will be representing the plaintiff in this action.

       For this reason, we are not in need of U.S. Marshals Service for delivering the summons and complaint. Our Office will handle the service upon defendants in this case. When the summons are issued by the Clerk, we will effectuate service. Please do not hesitate to contact me if you have any questions. Thank you in advance for your time.

Sincerely,

s/David Bentivegna

David Bentivegna
Senior Staff Attorney
Prisoners' Legal Services of New York
Karen Murtagh, Esq. Executive Director
14 Lafayette Square, suite 510
Buffalo NY, 14203
Phone (716) 854 1007
Fax (716) 854 1008
DBentivegna@Plsny.org

*Si usted desea, nos podemos comunicar en español.*
