UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DAVID McCANE,

                **Plaintiff,**

v.

D. WILKOWSKI, *et al.*,

                **Defendants.**

NOTICE OF APPEARANCE

Case No.:  18-cv-01489-EAW

---

**PLEASE TAKE NOTICE** that Barry N. Covert, Esq., a Senior Partner with the law firm of Lipsitz Green Scime Cambria LLP, hereby enters his appearance in this action as counsel of record for Defendant, **COSTANTINO MASUCCI**, in place of Eric T. Schneiderman, Attorney General of the State of New York and Michael Russo, Assistant Attorney General of Counsel, and demands that all papers and electronic filings in this action be served upon the undersigned electronically and/or at the post office address below.

Dated: Buffalo, New York
         November 22, 2019

                                **LIPSITZ GREEN SCIME CAMBRIA LLP**

                                */s/ Barry N. Covert*
                        By: _____
                                Barry N. Covert, Esq.
                                *Attorneys for Defendant Costantino Masucci*
                                42 Delaware Avenue, Suite 120
                                Buffalo, New York 14202
                                (716) 849-1333
                                bcovert@lglaw.com