UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DAVID McCANE,

                      Plaintiff,                **NOTICE OF APPEARANCE**

        vs.                                Case No.: 18-cv-01489

Correction Officers D. WILKOWSKI, MASUCCI,
T. BUNN, FLINCH, HILLMAN, and
Sergeant APPLEBERRY, in their individual capacities,

                      Defendants.

---

        **PLEASE TAKE NOTICE** that Patrick J. Mackey, Esq., a Partner with the law firm of Lipsitz Green Scime Cambria LLP, hereby enters his appearance in this action as counsel of record for Defendant, **COSTANTINO MASUCCI**, in place of Eric T. Schneiderman, Attorney General of the State of New York and Michael Russo, Assistant Attorney General of Counsel, and demands that all papers and electronic filings in this action be served upon the undersigned electronically and/or at the post office address below.

Dated: Buffalo, New York
          January 27, 2020

                                              **LIPSITZ GREEN SCIME CAMBRIA LLP**

                                              */s/ Patrick J. Mackey*
                             By: _____
                                         Patrick J. Mackey, Esq.
                                         *Attorneys for Defendant Masucci*
                                         42 Delaware Avenue, Suite 120
                                         Buffalo, New York 14202
                                         (716) 849-1333
                                         pmackey@lglaw.com