UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DAVID McCANE,

                Plaintiff,

vs.

Correction Officers D. WILKOWSKI, MASUCCI,
T. BUNN, FLINCH, HILLMAN, and
Sergeant APPLEBERRY, in their individual capacities,

                Defendants.

---

**NOTICE OF APPEARANCE**

Case No.: 18-cv-01489

**PLEASE TAKE NOTICE** that Diane M. Perri Roberts, Esq., a Senior Partner with the law firm of Lipsitz Green Scime Cambria LLP, hereby enters her appearance in this action as counsel of record for Defendant, **COSTANTINO MASUCCI**, in place of Eric T. Schneiderman, Attorney General of the State of New York and Michael Russo, Assistant Attorney General of Counsel, and demands that all papers and electronic filings in this action be served upon the undersigned electronically and/or at the post office address below.

Dated: Buffalo, New York
       January 27, 2020

                                      **LIPSITZ GREEN SCIME CAMBRIA LLP**

                                      */s/ Diane M. Perri Roberts*
                        By: _____
                              Diane M. Perri Roberts, Esq.
                              *Attorneys for Defendant Masucci*
                              42 Delaware Avenue, Suite 120
                              Buffalo, New York 14202
                              (716) 849-1333
                              droberts@lglaw.com