UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID MCCANE,                                    Case Number: 18-cv-01489

          Plaintiff,

vs.

CORRECTION OFFICERS D. WILKOWSKI,
MASUCCI, T. BUNN, FLINCH, HILLMAN,
And SERGEANT APPLEBERRY, in their
individual capacities

          Defendants.
_____

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Lippes Mathias Wexler Friedman LLP, by Sean M. O'Brien, Esq., hereby enters appearance in these proceedings as counsel of record for Defendant T. Bunn, and requests that all papers, pleadings, notices, orders and other related documents in these proceedings be served upon the undersigned.

Dated:       February 11, 2020

                                      Respectfully submitted,

                                      s/ Sean M. O'Brien
                                      Sean M. O'Brien, Esq.
                                      Lippes Mathias Wexler Friedman LLP
                                      Attorneys for Defendant T. Bunn
                                      50 Fountain Plaza, Suite 1700
                                      Buffalo, NY 14202
                                      P: 716-853-5100
                                      F: 716-853-5199
                                      E: sobrien@lippes.com