IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAVID MCCANE,

                PLAINTIFF,

v.

CORRECTION OFFICERS D. WILKOWSKI, MASUCCI
T. BUNN, FLINCH, HILLMAN, AND SERGEANT
APPLEBERRY, in their individual capacity,

                DEFENDANT,
-------------------------------------------------------------X

CONSENT TO CHANGE ATTORNEYS

Case: 1:18-cv-01489-EAW

It is hereby consented that the law firm of Caitlin Robin & Associates, PLLC be substituted as counsel as attorneys of record for the undersigned party in place and instead of the undersigned attorney(s) as of the date hereof.

Dated: New York, NY
          February 21, 2020

_____
David McCane

Outgoing Attorneys

By: _____
Prisoners' Legal Services of New York

Incoming Attorneys

By: _____
Caitlin Robin & Associates, PLLC

STATE OF NEW YORK    )
COUNTY OF NEW YORK  )ss.:

On January 3, 2020 personally came David McCane to me known, and known to be the same person(s) described in and who executed the foregoing consent and acknowledge to me that he executed the same.

_____
Notary Public

DAVID C. DELUCA NOTARY PUBLIC
STATE OF NEW YORK JEFFERSON CO.
REG # 01DE6162642
COMMISSION EXPIRES 3/12/20 23