UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
DAVID MCCANE;

                                                                                    **NOTICE OF APPEARANCE**

                 Plaintiff,

                                                                                     1:18-CV-01489

       -against-

CORRECTION OFFICER D. WILKOWSKI, et. al.,

                Defendants.
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as co-counsel for plaintiff DAVID MCCANE, and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       April 24, 2020

                                                                           _____//-s-//_____
                                                                           Cary London, Esq.
                                                                           Attorney for Plaintiff
                                                                           30 Broad Street, Suite 702
                                                                           New York, NY 10004
                                                                           (212)-203-1090
                                                                           Cary@Robinandassociates.com

TO: All Counsel (By ECF)