UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DAVID MCCANE

                              Plaintiff,

v.                                                  Civil Action No.: **18-CV-01489**

CORRECTION OFFICERS D. WILKOWSKI,
MASUCCI, T. BUNN, FLINCH, HILLMAN, and
SERGEANT APPLEBERRY,
In Their Individual Capacities,

                              Defendants.

---

## **NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Caitlin Robin, Esq., dated April 18, 2023, and the Exhibits attached thereto; Plaintiff's Statement of Material Facts; Plaintiff's Memorandum of Law in Support, submitted contemporaneously herewith; and upon all annexed exhibits and prior pleadings and proceedings had herein, the Plaintiff will move this Court at the United States Court House located at 100 State Street, Rochester, New York 14614, on a date and at a time to be determined by the Court for an Order pursuant to FRCP 56:

    (a)    Granting summary judgment in favor of the Plaintiff, and against the Defendants Douglas Wilkowski, Timothy Bunn, and Constantino Masucci, for excessive force and failure to intervene under the Eighth Amendment; and

    (b)    Any other and further relief this Court deems just and proper.

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7(a), Plaintiff intends to serve and file reply papers if this motion is opposed; and

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's Order, dated April 17, 2023, any opposition papers must be served and filed on or before May 19, 2023.

Dated: April 18, 2023
      New York, New York

_____
Caitlin Robin, Esq.
CAITLIN ROBIN & ASSOCIATES, PLLC
*Attorneys for Plaintiff, David McCane*
30 Broad Street, Suite 702
New York, New York 10004
(646) 524-6026
caitlin@robinandassociates.com