UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DAVID MCCANE

                                                Plaintiff,

v.                                                  Civil Action No.: **18-CV-01489**

CORRECTION OFFICERS D. WILKOWSKI,
MASUCCI, T. BUNN, FLINCH, HILLMAN, and
SERGEANT APPLEBERRY,
In Their Individual Capacities,

                                                Defendants.

---

**ATTORNEY DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT AGAINST DEFENDANTS WILKOWSKI,
MASUCCI, BUNN, FLINCH, AND APPLEBERRY**

      CAITLIN ROBIN, ESQ., declares under penalty of perjury:

      1.     I am an attorney duly licensed to practice law in the State of New York, and before the United States District Court, Western District of New York. I am an attorney with the law firm Caitlin Robin and Associates PLLC, attorneys for Plaintiff David McCane, in the above-entitled action. I have worked on this matter extensively; therefore, I am fully familiar with the facts and circumstances of this case.

      2.     I submit this declaration in support of Plaintiff's motion for summary judgment against Defendants Wilkowski, Masucci, Bunn, Flinch, and Appleberry (collectively referred to as "Defendants"). Pursuant to Fed. R. Civ. P. 56, Plaintiff seeks an order granting summary judgment on his claims for cruel and unusual punishment, failure to intervene, and failure to supervise under Federal and New York State law. For the reasons more fully set forth

in Plaintiff's accompanying memorandum of law, this Court should grant Plaintiff's motion in its entirety as the undisputed evidence demonstrates that the correctional officers used excessive force in violation of Mr. McCane's constitutional rights.

## FACTUAL BACKGROUND AND PROCEDURAL HISTORY

3. The facts and evidence supporting this motion are as set forth in the Statement of Material Facts submitted pursuant to Local Rules of Civil Procedure 7(a)(5) and 56 that is being filed contemporaneously with this motion.

4. As explained in the accompanying Statement of Material Facts, this action is based on the Special Housing Unit strip frisk procedure that took place at Gowanda Correctional Facility on January 13, 2018.

5. On January 19, 2018, Plaintiff, Mr. McCane, filed a grievance regarding the strip frisk assault that took place at Gowanda Correctional Facility on January 13, 2018. Mr. McCane's grievance and related documents are attached as **Exhibit A**.

6. On December 21, 2018, Plaintiff, by and through his attorneys Prisoners' Legal Services of New York, commenced this lawsuit against Defendants by filing a complaint. *See* Docket ("Dkt.") No. 1.

7. On January 30, 2019, Timothy S. Taylor, Esq., the arbitrator appointed to adjudicate a disciplinary grievance filed by Defendant Masucci, issued an opinion and award. The opinion is attached as **Exhibit B**.

8. On September 9, 2019, this Court issued summonses against Defendants. *See* Dkt. No. 5.

9. On January 20, 2020, Defendant Masucci filed his answer to Plaintiff's complaint. *See* Dkt. No. 13.

10. On February 6, 2020, Defendant Bunn filed his answer to Plaintiff's complaint. *See* Dkt. No. 17.

11. On February 7, 2020, Defendant Hillman filed his answer to Plaintiff's complaint. *See* Dkt. No. 18.

12. On April 14, 2020, Defendant Wilkowski filed his answer to Plaintiff's complaint. *See* Dkt. No. 25.

13. On August 2, 2021, Plaintiff testified under oath. Relevant portions of Mr. McCane's testimony are attached as **Exhibit C**.

14. On August 20, 2021, Defendant Masucci testified under oath. Relevant portions of Masucci's testimony are attached as **Exhibit D**.

15. On August 20, 2021, Defendant Wilkowski testified under oath. Relevant portions of Wilkowski's testimony are attached as **Exhibit E**.

16. On August 20, 2021, Defendant Bunn testified under oath. Relevant portions of Bunn's testimony are attached as **Exhibit F**.

17. On March 16, 2022, this Court signed a Partial Stipulation of Discontinuance as to Defendant Hillman. *See* Dkt. No. 58.

18. On August 24, 2022, Adina Carrel, D.M.D., Plaintiff's expert witness, testified under oath. Relevant portions of Dr. Carrel's testimony are attached as **Exhibit G**.

19. On August 26, 2022, Michael J. Persky, M.D., Plaintiff's expert witness, testified under oath. Relevant portions of Dr. Persky's testimony are attached as **Exhibit H**.

20. On September 1, 2022, Daniel Klapper, M.D., Plaintiff's expert witness, testified under oath. Relevant portions of Dr. Klapper's testimony are attached as **Exhibit I**.

21. On October 6, 2022, John Rourke, Defendant Masucci's Use-of-Force Expert, testified under oath. Relevant portions of Rourke's testimony are attached as **Exhibit J**.

22. The following documents were marked as exhibits during the above-mentioned depositions and are attached in support of Plaintiff's motion for summary judgment:

**Exhibit K**: Thumb drive containing video footage that captured the frisking of Plaintiff prior to his admission to the Special Housing Unit in the Gowanda Correctional Facility, marked as Masucci exhibit 1.

**Exhibit L**: A copy of a New York State Department of Corrections and Community Supervision ("DOCCS") Notice of Discipline, dated February 6, 2018, regarding C.O. Masucci's conduct during the subject incident, marked as Rourke exhibit 3.

**Exhibit M**: A copy of the Use of Force Staff Memorandum completed by defendant Masucci, dated January 13, 2018, marked as Rourke exhibit 3.

**Exhibit N**: A copy of the Use of Force Staff Memorandum and Inmate Misbehavior Report completed by defendant Wilkowski, dated January 13, 2018, marked as Wilkowski exhibit 1.

**Exhibit O**: A copy of the transcript of defendant Masucci's interview with investigators from the Office of Special Investigations ("OSI"), marked as Rourke exhibit 3. This Exhibit also includes a copy of OSI's Report of Complaint Progress notes.

**Exhibit P**: A copy of a New York State Correctional Officers and Police Benevolent Association Suspension Notice, dated February 6, 2018, marked as Rourke exhibit 3.

**Exhibit Q**: A copy of the Reason for Suspension Statement addressed to defendant Masucci, dated February 6, 2018.

**Exhibit R**: A copy of Mr. Rourke's expert report, supporting defendant Masucci's claim that his use of force during the subject incident was proper and justified, marked as Rourke exhibit 1.

**Exhibit S**: A copy of Dr. Klapper's Expert Disclosure, detailing the extent of Plaintiff's eye injuries, marked as Klapper exhibit 1.

**Exhibit T**: A copy of Dr. Klapper's Supplemental Expert Disclosure, explaining that Mr. McCane's complaints are consistent with

> further testing completed following Dr. Klapper's evaluation of Mr. McCane.
>
> **Exhibit U**: A copy of Dr. Carrel's Expert Disclosure, detailing the extent of Plaintiff's dental injuries, as well as future dental treatment costs Plaintiff will incur as a result of defendants' use of force, marked as Carrel Exhibit 1.
>
> **Exhibit V**: A copy of Dr. Persky's Expert Disclosure, detailing the extent of Mr. McCane's facial injuries, marked as Persky Exhibit 1.
>
> **Exhibit W**: A copy of the Disciplinary Grievance filed by defendant Masucci, dated February 8, 2018, in response to DOCCS' Notice of Discipline.
>
> **Exhibit X**: Photos of Mr. McCane taken following the use-of-force incident.
>
> **Exhibit Y**: A copy of a New York State DOCCS Notice of Discipline, dated February 6, 2018, regarding C.O. Wilkowski's conduct during the subject incident.

23. On August 12, 2022, this Court issued an Eleventh Amended Case Management Order requiring that all pretrial dispositive motions be filed no later than October 17, 2022. *See* Dkt. No. 68.

24. Plaintiff now brings this motion for summary judgment pursuant to FRCP Rule 56 because there are no genuine issues of fact to be tried related to Defendants' liability for excessive force, failure to intervene, and failure to supervise, under Federal and New York law.

Dated: April 18, 2023
      New York, New York

                                                                                Caitlin Robin, Esq.
                                                                                CAITLIN ROBIN & ASSOCIATES, PLLC
                                                                                *Attorneys for Plaintiff, David McCane*

30 Broad Street, Suite 702<br>
New York, New York 10004<br>
(646) 524-6026<br>
caitlin@robinandassociates.com