# Exhibit A

## ORLEANS CORRECTIONAL FACILITY
## CASE HISTORY AND RECORD COVER SHEET

GRIEVANCE #: **ORL- 23644-18**

NAME: MCCANE, D

DIN #: 14B0419    CONSOLIDATED Y/N: No

TITLE: ASSAULTED BY STAFF

CODE: **STAFF CONDUCT**    I/D: 49

DATE FILED: 1/19/2018

IGRC DATE: N/A

SUPERINTENDENT'S DATE: 2/2/2018

APPEAL DATE: 2/5/2018

### INVESTIGATION NOTES:

IGP SUPERVISOR'S SIGNATURE [redacted]    DATE: 2/5/18

# ORLEANS CORRECTIONAL FACILITY
# CASE HISTORY AND RECORD

## GRIEVANCE #: ORL-23644-18

NAME: **MCCANE, D**               DIN#: **14B0419**

TITLE: **ASSAULTED BY STAFF**      CODE: **49**

### GRIEVANCE (1/19/18):
On 1/13/18 approx 7:30 pm at Gowanda Correctional Facility I was admitted to Gowanda SHU. I was giving a lot of orders to follow which I comply with to the best of my abilities. I when thur the whole process at this time am naked, I recognize an officer name '█████' from Willard Corr Fac and was told to face the wall which I comply in a non-threaten manner with my hands behind my back, then I felt a force to the back of my head, which causes my head and face to collide with the brick wall and my two front teeth to be crack, a fracture left eye and split tongue. Also a rapid succession of kicks and punches by more than one officer after I buckle to the ground, I was assaulted by CO █████, CO █████, CO █████ CO █████ and Sgt █████ just to name a few for no reason. I'm suffering damages in my left eye and the whole left side of my face have no feeling. I was interviewed by OSI on 1/14/18 Gowanda is known for abusing inmates.

### ACTION REQUESTED (1/19/18):
The officers be held accountable for their actions and things get investigated. Though they suppose to handle situations in professional manners not abuse inmates.

### IGRC RESPONSE (2/2/18):
P/T to Superintendent

### SUPERINTENDENT'S RESPONSE (2/2/18):
The Grievant contends that he was assaulted by staff while at Gowanda Correctional Facility.

This matter was turned over to the Office of Special Investigations (OSI) in accordance with Directive #4040, 701.8 (d)(2). Any further inquiries on this matter should be referred directly to OSI.

This complaint has been granted to the extent that it has been turned over to the Office of Special Investigations (OSI).

### CORC APPEAL (2/5/18):
I am exercising my right under Directive #4040, section 701.5 (c) (1) to appeal to the next stage. I want criminal charges brought in this matter.

**ASSAULTED BY STAFF**  I-49

Grievance No.
ORL - 23644-18

## ORLEANS CORRECTIONAL FACILITY

Date: 1/19/2018

Name: MCCANE, D   Dept #: 14B0419   Location: [redacted]

Program: _____ AM _____ PM

(Please Print or Type - this form must be filed within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible)

## -- SEE ATTACHED --

Grievant Signature: - see attached -

Grievance Clerk: [redacted]   Date: JAN 19 2018

Advisor Requested: YES   NO   Who: ___

Action requested by inmate: ___

This grievance has been informally resolved as follows:

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: ___   Date: ___

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

Orleans S-Block Cross Grievance

(49) Ass...

On 1.13.18 appx 7:30pm at Gowanda Correctional Facility I was admitted in Gowanda SHU. I was giving alot of orders to follow which I comply to the best of my abilities. I when thur the whole process at this time, Im naked, I recognize an' officer name "█████" from Williard corr fac and I was told to face the wall which I comply in a non-threaten manner with my hands behind my back, then I felt a force to the back of my head which cause my head and face to collide with the brick wall and my two front teeth to be crack, A fracture left eye and a split tougue. Also a rapid succession of kicks and punches by more than one officer after I buckle to the ground. I was assaulted by C.O ████, C.O ████, CO ████, and Sgt ████ just to name a few for no reason. Im suffering damages in my left eye and the whole left side of my face have no feeling. I was interview by OSI on 1.14.18 Gowanda is known for abusing inmates and yet away with it.

Action Requested:
The officers to be held accountable for their actions and things get investagated. Thought they suppose to handle situations in professional manners not abuse Inmates.

David McCane
14B0419

C.C
Family
Lawyer

RECEIVED
JAN 19 2018
IGRC

| NEW YORK STATE | Corrections and Community Supervision | GRIEVANCE NO. ORL-23644-18 | DATE FILED 1/19/18 |
|---|---|---|---|
| | | FACILITY ORLEANS CORRECTIONAL | POLICY DESIGNATION |
| INMATE GRIEVANCE PROGRAM | | TITLE OF GRIEVANCE Assaulted By Staff | CLASS CODE 49 |
| SUPERINTENDENT | | SUPERINTENDENT'S SIGNATURE [redacted] | DATE 2-2-18 |
| GRIEVANT MCCANE, D | | DIN 14B0419 | HOUSING UNIT S-C1-25T |

The grievant contends that he was assaulted by staff while at Gowanda Correctional Facility;

This matter was turned over to the Office of Special Investigations (OSI) in accordance with Directive #4040, 701.8 (d) (2). Any further inquiries on this matter should be referred directly to OSI.

This complaint has been granted to the extent that it has been turned over to the Office of Special Investigations (OSI).

2/2/18

### APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

I am exercising my right under Directive 4040, section 701.5(c)(1) to appeal to the next stage. I want criminal charges brought in this matter

_____
GRIEVANT'S SIGNATURE

[redacted]
GRIEVANCE CLERK'S SIGNATURE

2.04.18

FEB 05 2018
DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Captain ███

From: Lt ███

Date: 1/25/18

Subject: ORL 23644-18 McCane 14B0419

    Sir, I interviewed inmate McCane today in the 2nd floor S-block secure hearing room concerning this grievance. Inmate McCane had nothing further to add to this grievance and stated he spoke with OSI and gave them the same version of events and they took photos of him. He states he has no witnesses but alleged incident is on video. Inmate McCane stated he was seen by medical at Gowanda C.F. after SHU admission and photos of injuries were taken and he was then transported via state van to ECMC for treatment. I spoke with Captain ███ via telephone at Gowanda and confirmed McCane was seen by medical at Gowanda and photos were taken at Gowanda.

Respectfully Submitted,



Sputore, Christopher P (DOC█████)

| | |
|---|---|
| From: | ████████████ (DOCCS) |
| Sent: | Tuesday, January 30, 2018 8:33 AM |
| To: | Sputore, ████████ DOCCS) |
| Subject: | RE: McCane 14B0419 ORL-23644-18 |

I just spoke to ████████████ regards to this because I was pretty sure we would not investigate this. Because it has already referred to OSI we do not duplicate the investigation. If you look at page 16 if the directive. Your Supt. response should just read something similar to ... This matter was referred to OSI in accordance with Directive #4040 701.8, (d)(2). Any further inquiries should be referred to them in regards to this matter.
The grievance can be accepted to the extent that it is being investigated by the Office of Special Investigations.
Let me know if you have any questions or you could speak to John for further clarification.

████████ostettler
Inmate Grievance Program Supervisor

Department of Corrections and Community Supervision
Gowanda Correctional Facility, South Rd. P.O. Box 350, Gowanda, NY 14070-0350
(716) 532-0177 X4700 | Kadie.Hostettler@doccs.ny.gov
www.doccs.ny.gov

From: Sputore, ████████ P (DOCCS)
Sent: Tuesday, January 30, 2018 8:02 AM
To: Hostettler, ████ M (DOCCS) <████████ostettler@doccs.ny.gov>
Subject: McCane 14B0419 ORL-23644-18

Good morning,
Can you please have the attached Code 49 complaint investigated by a Lt. or higher. Please provide written responses from all staff named in the complaint. I have attached the complaint and inmate interview summary from Lt. ████ for your review.

Thank you,
████████

████████████ Sputore
Supervisor, Inmate Grievance Program

Department of Corrections and Community Supervision
Orleans Correctional Facility
35-31 Gaines Basin Road
Albion, NY 14411-9199
(585) 589-6820 x.4700 ████████.sputore@doccs.ny.gov

www.doccs.ny.gov

From ████████ Sputore [mailto:████████putore@doccs.ny.gov]
Sent: Tuesday, January 30, 2018 7:38 AM

1

# INMATE GRIEVANCE PROGRAM
ORLEANS CORRECTIONAL FACILITY

# MEMORANDUM

TO : MCCANE, D     14B0419

FROM : Inmate Grievance Resolution Committee

DATE : 1/19/2018

SUBJ : Grievance ORL-23644-18

Your grievance was filed on **1/19/2018**, as a Staff Conduct grievance under **ORL-23644-18** and submitted directly to the Facility Superintendent. Per Directive 4040, the superintendent will render a decision within 25 calendar days. The IGRC will send you a response when it is received.

---

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

## ORLEANS CORRECTIONAL FACILITY

### MEMORANDUM

# REQUEST FOR INMATE GRIEVANCE INVESTIGATION

**TO:** Captain's Office

**FROM:** ███████, Deputy Superintendent for Security

**DATE:** January 19, 2018

**GRIEVANCE:** ORL #23644-18

**INMATE'S NAME AND DIN #:** McCane, D., 14B0419

Attached grievance is for your investigation the findings of which are due in my office no later than 01/26/18.

SC:kt

cc: PF

Attachment

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. ORL-23644-18 | DATE FILED 1/19/18 |
|---|---|---|
| | FACILITY ORLEANS CORRECTIONAL | POLICY DESIGNATION |
| INMATE GRIEVANCE PROGRAM | TITLE OF GRIEVANCE Assaulted By Staff | CLASS CODE 49 |
| SUPERINTENDENT | SUPERINTENDENT'S SIGNATURE ▓▓▓ | DATE 2-2-18 |
| GRIEVANT MCCANE, D | DIN 14B0419 | HOUSING UNIT ▓▓▓ |

The grievant contends that he was assaulted by staff while at Gowanda Correctional Facility;

This matter was turned over to the Office of Special Investigations (OSI) in accordance with Directive #4040, 701.8 (d) (2). Any further inquiries on this matter should be referred directly to OSI.

This complaint has been granted to the extent that it has been turned over to the Office of Special Investigations (OSI).

2/2/18

---

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

| GRIEVANT'S SIGNATURE | DATE |
|---|---|

| GRIEVANCE CLERK'S SIGNATURE | DATE |
|---|---|

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

(b) *IGP deposit boxes.* Where available, SHU inmates shall use centrally located IGP deposit boxes to send grievance forms and IGP correspondence to the IGP office. These boxes shall be kept locked at all times. The IGP supervisor and staff representatives (IGRC Sergeant/Officer) will have the only keys to these boxes and will collect their contents at least two times per week. Broken boxes or locks will be reported to the IGP supervisor immediately, and he or she will arrange for their repair or replacement. In the interim, grievance forms shall be submitted as stated in paragraph (3) above.

(c) *Rounds, access to IGP members and advisors.*

   (1) An IGRC staff member (Sergeant, Officer) or grievance supervisor shall make rounds of all special housing areas at a reasonable time at least once a week to allow inmates direct access to the program. These rounds will give inmates who are having communication problems or difficulty writing their complaints an opportunity to request and receive assistance. Staff noting problems or requests for assistance shall report them to the IGP supervisor. The IGP supervisor will work with the Deputy Superintendent(s) of Programs and/or Security to obtain necessary assistance.

   (2) The Superintendent, at his or her discretion, may grant direct access to the full IGRC, or to either an inmate member or a staff member of the IGP office for those inmates in certain special housing areas such as reception or transient units.

   (3) Since there is a security interest in restricting confined inmates access to other inmates, the Superintendent may prohibit any inmate in SHU from using another inmate as an advisor or from serving as an advisor to another inmate. Staff members from the IGRC or from the facility at large can serve this function. A staff member must be willing to accept this function.

(d) *Attendance at hearings.* A grievant confined to SHU who will be released within 30 calendar days shall be given the option of having the hearing held in his or her absence or postponed until release from confinement. The grievant's decision shall be obtained in writing. If a grievant is not scheduled for release from confinement within 30 calendar days, the hearing shall be held in his or her absence.

(e) *Time limits.* The time limits for processing of grievances as delineated in Section 701.6(g), above, also apply to grievances submitted from Special Housing Units.

§ **701.8 Harassment.** Allegations of employee harassment are of particular concern to the administrators of Department facilities. Therefore, the following expedited procedure for the review of grievances alleging harassment shall be followed. Note: Grievances alleging sexual harassment shall be reported to the Watch Commander for further handling in accordance with Departmental policies and shall be deemed exhausted upon filing for PLRA purposes.

(a) An inmate who wishes to file a grievance complaint that alleges employee harassment shall follow the procedures set forth in Section 701.5(a), above.

   Note: An inmate who feels that he or she has been the victim of harassment should report such occurrences to the immediate supervisor of that employee. However, this is not a prerequisite for filing a grievance with the IGP.

(b) A grievance alleging harassment shall be given a grievance calendar number and recorded in sequence with all other grievances on the grievance clerk's log (Form #2136). All documents submitted with the allegation must be forwarded to the Superintendent by close of business that day.

(c) The Superintendent or designee shall promptly determine whether the grievance, if true, would represent a bona fide case of harassment as defined in Section 701.2, above. If not, then it shall be returned to the IGRC for normal processing.

(d) If it is determined that the grievance is a bona fide harassment issue, the Superintendent shall:

    (1) initiate an in-house investigation by higher ranking supervisory personnel into the allegations contained in the grievance;

    (2) request an investigation by the Office of Special Investigations; or

    (3) if the Superintendent determines that criminal activity may be involved, request an investigation by the New York State Police, Bureau of Criminal Investigation.

(e) Once a grievance has been referred to the Superintendent and determined to be an allegation of harassment, that grievance cannot be withdrawn. The Superintendent must address the grievant's allegations.

(f) Within 25 calendar days of receipt of the grievance, the Superintendent will render a decision on the grievance and transmit said decision, with reasons stated to the grievant, the grievance clerk, and any direct party of interest. Time limit extensions may be requested, but such extensions may be granted only with the consent of the grievant.

(g) If the Superintendent fails to respond within the required 25 calendar day time limit the grievant may appeal his or her grievance to CORC. This is done by filing a Notice of Decision to Appeal (Form #2133) with the inmate grievance clerk.

(h) If the grievant wishes to appeal the Superintendent's response to CORC, he or she must file a Notice of Decision to Appeal (Form #2133) with the inmate grievance clerk within seven calendar days of receipt of that response.

(i) Unless otherwise stipulated in this Section, all procedures, rights, and duties pertaining to the processing of any other grievance as set forth in Section 701.5 above shall be followed.

§ 701.9 **Allegations of Unlawful Discrimination.** Allegations of acts or policies which adversely affect individuals based on race, religion, national origin, sex, sexual orientation, age, disabling condition(s), or political belief, except as provided by law, are of particular concern to the administrators of this Department and its facilities. Therefore, the following expedited procedure for the review of grievances alleging unlawful discrimination shall be followed:

(a) An inmate who wishes to file a grievance complaint that alleges discrimination by an employee, program, policy or procedure shall follow the procedures set forth in section 701.5(a), above.

    Note: An inmate who feels he/she is being unlawfully discriminated against by an employee, program, policy or procedure shall report such incident to the immediate supervisor of the employee or supervisor/administrator of such program. However, this is not a prerequisite for filing a grievance with the IGP.