# Exhibit C

800.523.7887                                              Associated Reporters Int'l., Inc.

Page 19

1      McCane v Wilkowski et al - 8-2-21 - David McCane
2      Orleans I went to Ogdensburg.  From Ogdensburg I went
3      to Livingston.  From Livingston I went to Gowanda.
4                     Q.   Okay.  Let me stop you there just
5      so that I can make sure I'm doing this the right way.
6      So when you went to Orleans that would have been
7      about 2016?
8                     A.   Yes.
9                     Q.   Okay.  And while you were at
10     Orleans did you have some disciplinary issues there?
11                    A.   Yes.
12                    Q.   What -- what type of disciplinary
13     issues did you have?
14                    A.   I had a dirty urine.  I caught a
15     dirty urine.
16                    Q.   What kind of drugs were you
17     using?
18                    A.   Marijuana, K two.
19                    Q.   How were you getting the K two?
20                    A.   I was buying it from people in
21     the yard.
22                    Q.   And what -- what form was it in?
23                    A.   It was in leaf.
24                    Q.   Like a cigarette?
25                    A.   Yeah.

```
 1       McCane v Wilkowski et al - 8-2-21 - David McCane
 2                    Q.   So not on -- not a -- not a piece
 3       of paper or anything --
 4                    A.   No.
 5                    Q.   -- on it?
 6                    A.   No.
 7                    Q.   Okay.  And you were buying it
 8       from people in the yard and that was pretty common,
 9       right?
10                    A.   Yeah.
11                    Q.   All right.  And because you got
12       caught with K two or marijuana in Orleans you did
13       some time in the SHU, right?
14                    A.   Yeah, because I gave them a dirty
15       urine.  Yes.
16                    Q.   How much time did you do in the
17       SHU at Orleans in 2016?
18                    A.   Ninety days.
19                    Q.   And then when you were released
20       did you go to Livingston?
21                    A.   Yes.
22                    Q.   Okay.  And that would have been
23       about the fall -- sometime in the fall of 2016,
24       right?
25                    A.   Yes.
```

800.523.7887                                      Associated Reporters Int'l., Inc.

Page 21

1      McCane v Wilkowski et al - 8-2-21 - David McCane

2                    Q.   Okay.  And then from Livingston
3      did you go to Lakeview?
4                    A.   Yeah.
5                    Q.   And did you also have some
6      disciplinary issues at Lakeview?
7                    A.   Yes.
8                    Q.   What type?
9                    A.   Parole violation and visit room
10     procedures.
11                   Q.   Do you remember specifically what
12     about the visit room procedures?  They alleged you
13     violated?
14                   A.   I can't recall.
15                   Q.   And as a result of the phone
16     violations and the visit room procedures based on
17     your disciplinary history, you got time in the SHU at
18     Lakeview, right?
19                   A.   Yes.
20                   Q.   How long?
21                   A.   Ninety days.
22                   Q.   And that takes us to about the
23     beginning of 2017 and from there you went go Gowanda,
24     right?
25                   A.   Yes.

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 22

1        McCane v Wilkowski et al - 8-2-21 - David McCane
2                    Q.   Gowanda, was that a medium?
3                    A.   Yes.
4                    Q.   And this incident was January
5        13th of 2018 and shortly after you were transferred
6        to Orleans -- back to Orleans, right?
7                    A.   Yes.
8                    Q.   All right.  Before we talk about
9        this incident, let me finish your -- your
10       incarceration history so that we can keep on track
11       here, okay?  When you got back to Orleans, they put
12       you in the SHU because of the incident that had
13       happened at Gowanda, right?
14                   A.   Yes.
15                   Q.   ...?
16                   A.   Say what?
17                   Q.   How long were you in the SHU at
18       Orleans in 2018 because of the incident that had
19       happened at Gowanda?
20                   A.   Like twenty-six days, twenty some
21       days.
22                   Q.   When you got out of the SHU did
23       you go into Orleans just general population then?
24                   A.   Yeah, general population.
25                   Q.   All right.  And then did you go

ARII@courtsteno.com                                    www.courtsteno.com

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 23

1      McCane v Wilkowski et al - 8-2-21 - David McCane
2      from Orleans to Elmira or were you released --?
3                      A.   I went there --.  I was released
4      from Orleans.  I went home.
5                      Q.   Do you remember what date?
6                      A.   2018 May 3rd.
7                      Q.   Okay.  So May 3rd that was your
8      match release date, right?
9                      A.   Yes.
10                     Q.   All right.  So you go home to
11     Syracuse, correct?
12                     A.   Yeah.
13                     Q.   Okay.  And you're in Syracuse for
14     how long before you get rearrested again?
15                     A.   Ninety days.
16                     Q.   So sometime in the summer of 2018
17     around August maybe.
18                     A.   July.
19                     Q.   July, okay.  And what were you
20     arrested for?
21                     A.   For possession.
22                     Q.   Crack cocaine?
23                     A.   Yes.
24                     Q.   Were you selling it?
25                     A.   Yes.  And using.

ARII@courtsteno.com                                      www.courtsteno.com

800.523.7887                                Associated Reporters Int'l., Inc.

Page 24

1      McCane v Wilkowski et al - 8-2-21 - David McCane
2                    Q.   Okay.  Did you plead guilty to --
3      to that in Onondaga County Court?
4                    A.   Yes.  That's --.
5                    Q.   In fact, I -- I should have asked
6      you, Mr. McCane, you -- You've never gone to trial on
7      any of your criminal convictions, right?  Those are
8      all plea bargains, correct?
9                    A.   Yeah, they all -- yes.
10                   Q.   Okay.  So in -- on July 2018 you
11     get arrested for possession and selling crack again.
12     Can you tell us a little bit about the circumstances
13     of that arrest?
14                   A.   2000 what?
15                   Q.   2018.
16                   A.   I had came home.  The officers
17     had rushed the neighborhood.  They had found someone
18     growing.  I got charged with it.  So I couldn't fight
19     it so I copped out to the lowest I could get.
20                   Q.   And what was your sentence?
21                   A.   Five years.
22                   Q.   Who sentenced you?
23                   A.   Miller.
24                   Q.   Okay.  I'm almost done.  So when
25     you got arrested in July of 2018 were you on parole?