Exhibit E

11

1

2      on.

3          Q.   I'm sorry, I didn't hear the first

4      part of the response?

5          **A.   Since the admission I know**

6      **Mr. McCane.**

7          Q.   Is he someone who you would

8      recognize if you saw today?

9          **A.   No.**

10         Q.   During your time working at Gowanda

11     did you recognize Mr. McCane or have any

12     interactions with him?

13         **A.   No.**

14         Q.   Is the subject of this lawsuit your

15     only interaction with David McCane?

16         **A.   Yes.**

17         Q.   On the date of the incident, January

18     13, 2018, were you assigned to a certain wing

19     or duty within Gowanda?

20         **A.   Yes, I was assigned to the special**

21     **housing unit, SHU Number 1.**

22         Q.   Was that your regular assignment?

23         **A.   My regular assignment is actually**

24     **dayshift.  I was working a swap that day, so**

25     **I was working afternoons.**



```
 1

 2        Q.   What does it mean to have a swap?

 3        A.   An officer will work for me one day

 4   and I will pay him back a different day so we

 5   can have more days off.

 6        Q.   So, if you were working evening

 7   shift you had done a favor for someone,

 8   correct?

 9        A.   Yes.

10        Q.   So, that was not your usual tour?

11        A.   No.

12        Q.   Ok.   Despite it not being your usual

13   shift were you generally assigned to the

14   Officer Number 1 in the SHU department?

15        A.   On the dayshift, yes, that was my

16   bid.   And I had to work SHU 1 because that's

17   my swap partner's job, so that's the job I

18   had to work.

19        Q.   If you had swapped with SHU 2, you

20   would work SHU 2?

21        A.   Yes, ma'am.

22        Q.   What are your duties and

23   responsibilities if you're assigned to SHU

24   Number 1?

25        A.   SHU Number 1 on afternoons is all
```

1

2    the intakes, frisking the cells for the

3    intakes.

4        Q.   What does it mean to do an intake?

5        **A.   That would be an admission, like we**

6    **did.**

7        Q.   Can you describe me the process for

8    admitting an inmate to SHU?

9        **A.   Sure.   It would start with us**

10   **actually having him come through the front**

11   **door.   You have to give me second because**

12   **it's been a few years since I've been there**

13   **but he would give his name and his number**

14   **before the camera.   And then basically**

15   **they're going to make sure -- frisk him for**

16   **contraband, that was the main thing for doing**

17   **admission.   Then placing him in a cell.**

18       Q.   In your experience, how often is the

19   use of force necessary when processing an

20   inmate through SHU?

21       **A.   Whenever the inmate decides we need**

22   **it.**

23       Q.   Would you describe that as often?

24       **A.   Not for me, no.**

25       Q.   In fact, in your experience, had you

1

2    ever used force previously against an inmate

3    during the intake process in SHU?

4    **A.   No.**

5    Q.   What causes you to say that?

6    **A.   Well, because I never used use force**

7    **on an inmate.**

8    Q.   Have you ever filled out a use of

9    force memorandum before?

10    **A.   Yes.**

11    Q.   On how many occasions?

12    **A.   In my career?**

13    Q.   Well, at Gowanda?

14    **A.   I may have, I don't recall.**

15    Q.   Could you estimate on how many

16    occasions you filled one out?

17    **A.   This would be before I was in SHU**

18    **because I was there for a long time before I**

19    **bid in SHU, maybe once.   Maybe.**

20    Q.   So, it's your testimony today as you

21    sit here, that only one other time as a

22    correctional officer in over 20 years did you

23    use force at Gowanda?

24    **A.   Correct.**

25    Q.   Do you remember the other

1

2      circumstance under which you used force?

3          **A.   I do not.  I'm guessing that I even**

4      **did, I may have not had any.**

5          Q.   Is there something that sticks out

6      with you about the David McCane case that

7      caused you use to force that day?

8          **A.   Yes.**

9          Q.   What sticks out to you?

10          **A.   The biggest thing would be him**

11      **making a fist and I thought he was going to**

12      **spin around and attack me.**

13          Q.   In fact, your claim of that was

14      investigated, correct?

15          **A.   Yes.**

16          Q.   And, Officer, would you agree with

17      me that you were disciplined because based

18      upon the video evidence your supervisors and

19      the office of investigation found your claim

20      that he intended to make a fist to be not

21      credible, correct?

22          **A.   I would base that on the arbitrator,**

23      **in his opinion, but yes.**

24          Q.   You appealed that and it was denied,

25      correct?

48

1

2      A.   Well, if we play the rest of the

3   tape I can tell you.

4      Q.   Well, tell me right now, why do you

5   think you were fired from your job?

6      A.   I was fired because Inmate McCane

7   suffered injuries that I did not do to him.

8      Q.   Who did those injuries?

9      A.   Officer Masucci.

10      Q.   How did Officer Masucci make those

11   injuries?

12      A.   If it's okay, can I just explain the

13   video from this point?

14      Q.   Of course.

15      A.   So, this point, this has happened to

16   me before.   It happened to me a couple months

17   before.   What I did was push him against the

18   wall.   Usually what would happen is we would

19   cuff this inmate, that was the only -- my

20   point was not to take him to the wall -- or

21   to the floor, my point was to get this inmate

22   handcuffed again.   I've done it before and

23   all I had to do was write a to-from.

24      Q.   I'm sorry, can you explain what that

25   means?



1

2      **A.   To-from.**

3      Q.   Do you mind spelling it, we're not

4   familiar with that word, two front hold?

5      **A.   It's a departmental form, it's kind**

6   **of like an e-mail but it's handwritten.   It's**

7   **like to me -- to the sergeant or the**

8   **lieutenant, whoever asks for it.   We write**

9   **them all the time.**

10          MS. BUTH:  He's saying to-from,

11       T-O, dash, F-R-O-M.

12          MS. ROBIN:  Off the record.

13          (Whereupon, a discussion was

14       held off the record.)

15          MS. ROBIN:  If you read back

16       the answer, and then if you pick it

17       up from there Officer.

18      Q.   Explain the video from this point,

19   what happened?

20      **A.   At this point here is when I was**

21   **trying to hold him against the wall and**

22   **eventually get him handcuffed.**

23      Q.   You testified that you thought

24   Officer Masucci hurt him, why?

25      **A.   Because when we went to the floor so**

1

2    when I was -- when I hit him against the

3    wall, I don't remember if it was Tim Bunn or

4    it was Masucci that came behind me but I

5    believe it was Tim and Tim had his handcuffs

6    so we were going to handcuff him to the wall

7    and the next thing you know I was on ground.

8    And I don't know how I got there, what

9    happened, but I seen Inmate McCane's head

10    bounce off the floor and that's where he

11    sustained his injuries.

12       Q.  Do you know what injuries David

13    McCane has?

14       **A.  From what I recall he had a**

15    **fractured orbital and a chipped tooth.**

16       Q.  Did anybody ever describe to you his

17    injuries as being blunt force trauma, as

18    being a result of blunt force trauma?

19       **A.  No.**

20       Q.  Do you think that it was Officer

21    Masucci's hold bringing him down to the floor

22    that resulted in his fractured jaw?

23       **A.  I -- yeah, I did not know that he**

24    **had a fractured jaw.**

25       Q.  Did you know he had fractured teeth?



51

1

2      **A.   Yes.   Fractured tooth, yes.**

3      Q.   Are you aware there's testimony that

4    you hit Mr. McCane so hard against the wall

5    that a paint chip came off of the wall?

6           MS. BUTH:   Object to the form

7       but he can answer.

8      **A.   Yes, I'm aware.**

9      Q.   What makes you think that none of

10   Mr. McCane's injuries could have been

11   attributed to you pushing him against the

12   wall?

13     **A.   Because when we lifted him up there**

14   **was blood on the floor and there was a**

15   **chipped tooth in the blood.**

16     Q.   Did anyone ever take any pictures or

17   move the video towards the floor?

18     **A.   Nope.**

19     Q.   Why not?

20     **A.   I don't know.**

21         **(Video played.)**

22     Q.   What is Officer Masucci doing there

23   and what are you doing there?

24     **A.   He is pulling his leg out and I have**

25   **my hand on his elbow, I believe, and his**

52

1

2    wrist and then we all just went to the floor.

3        Q.  Why did you end up on the floor?

4        **A.  Because Masucci pulled the inmate's**

5    **legs out from underneath him.**

6        Q.  Did you believe that to be an

7    appropriate response of force?

8        **A.  No.**

9        Q.  Why not?

10       **A.  We didn't need to take that inmate**

11   **to the floor, we could have handcuffed him on**

12   **the wall.**

13       Q.  Why do you say that?

14       **A.  I mean, it could have escalated and**

15   **we ended up on the floor but in my opinion,**

16   **and from experience, with the two of us or**

17   **even the three of us we could have just held**

18   **him against the wall and handcuffed him.**

19           **(Video played.)**

20       Q.  Did you suffer any injuries during

21   this interaction?

22       **A.  No, ma'am.**

23           **(Video played.)**

24       Q.  During the time that Mr. McCane was

25   on the floor, did you see any of the other

53

```
 1
 2    officers digitally penetrate Mr. McCane's
 3    rectum?
 4        A.   No.
 5        Q.   Was Mr. McCane naked when you were
 6    on the floor?
 7        A.   Yes.
 8        Q.   Do you know where you were touching
 9    him?
10        A.   I still had my hand on his arm and
11    on his wrist.
12        Q.   Do you know where Officer Masucci
13    was touching him?
14        A.   No, I could not see him.
15        Q.   Do you know where Officer Bunn was
16    touching him?
17        A.   He also had his hands -- he was up
18    by me helping me put the handcuffs on the
19    inmate.
20        Q.   Do you know where Sergeant Dennis
21    was at this time?
22        A.   No.   I'm assuming he was where he
23    usually stands but I don't know where he went
24    until I saw the video.
25        Q.   Where's his usual place to stand in?
```

```
 1
 2      A.   Where I was standing he would be
 3   standing to the right of me past the half
 4   wall so there's only me that can see him.
 5      Q.   What are you trained with respect to
 6   giving inmates dignity?
 7      A.   Treat them like I would treat
 8   everybody else.
 9      Q.   Do you think telling an inmate to
10   act like a man is treating him with dignity?
11      A.   Yes.
12      Q.   And why?
13      A.   In my opinion with grown men working
14   in correctional facility and having officers
15   and inmates, it's not inappropriate.
16           (Video played.)
17      Q.   Now, while you're on the ground here
18   I hear some radioing in the background.  At
19   any point did any of you radio for backup?
20      A.   No, there is no backup in SHU.
21      Q.   A gentleman has just joined the
22   camera frame, and we're on minute five and 43
23   seconds on the video, do you recognize who
24   this is?
25      A.   Yes, that's Sergeant Dennis.
```

55

1

2      Q.   What is he doing?

3      **A.   Honestly, I don't know if he was**

4   **going to help us try to handcuff the inmate**

5   **or if he's seeing what was going on.  I'm not**

6   **really sure.**

7           **(Video played.)**

8      Q.   Do you hear any noises from the

9   inmate?

10     **A.   No.**

11     Q.   At that time was David McCane

12  unconscious?

13     **A.   It's possible.**

14     Q.   Do you recall or know as you sit

15  here today?

16     **A.   For sure, no, but it's possible.**

17          **(Video played.)**

18     Q.   Was that your voice?

19     **A.   Yes.**

20     Q.   We're at minute 6:29.  What were you

21  saying, I'm going to try this again, and I'm

22  going to get you back up, what do you mean?

23     **A.   I don't know about the try this**

24  **again, but we wanted to get him up to prevent**

25  **position of asphyxia, that's what we were**



1

2    trained to get everybody off of him and get

3    him back up on his feet.

4              (Video played.)

5    Q.   Is Mr. McCane bleeding right now?

6    **A.   I can't see his face but I know**

7    **there's blood on the floor past this point.**

8    Q.   Do you see him spit blood as he's

9    brought up?

10             (Video played.)

11   **A.   Actually, yes, I did see him spit**

12   **something.   Right at the end.**

13             **(Video played.)**

14   Q.   What are you guys doing right here?

15   **A.   Taking a break.   We are exhausted.**

16   **Now, I know we are all good, nobody's hurt**

17   **because I asked when we were laying on the**

18   **ground and now we get up and I think we were**

19   **just like taking a breath.**

20             **(Video played.)**

21   Q.   At this point you said put him back,

22   correct?

23   **A.   Yes.   I'm asking the sergeant if we**

24   **were going to take him to the cell that way**

25   **or if we were going to -- whatever we were**

57

1

2      going to do.  Yes, I asked if we were going

3      to take him back to the cell.

4          Q.   What other options would there be?

5          **A.   Honestly, I -- I don't know.  We**

6      **just had a use of force they would have to**

7      **call other officers down and switch us out.**

8      **Have the inmate's cuffs taken off and then**

9      **give him clothes and then take him back to a**

10     **cell.  That's just my opinion.  But that's**

11     **probably what would have to happen if we**

12     **didn't take him back to the cell.**

13         Q.   Was the frisk complete at this

14     point?

15         **A.   No.**

16         Q.   Why wasn't it complete?

17         **A.   I never did check his scrotum or**

18     **penis and I never checked his anal cavity for**

19     **drugs.**

20         Q.   Generally, are you required to do

21     that before transferring an inmate into a

22     cell?

23         **A.   Yes.**

24         Q.   Why didn't you do it?

25         **A.   Again, that's the sergeant's call,**



Reporter's Ink, Corp.   Phone : 646.395.2522    Fax : 212.374.1236    www.reporters-ink.com

1

2    that's not my call.

3        Q.   Did Sergeant Dennis direct you to

4    stop the frisk?

5        **A.   No.**

6        Q.   Mr. McCane was transported to a cell

7    naked, correct?

8        **A.   He was escorted to a cell naked,**

9    **yes.**

10       Q.   Would you agree with me that that's

11   against DOC policy?

12       **A.   I'm not aware of that policy.   At**

13   **least at the time.**

14       Q.   Well, was it your custom and

15   practice to transfer inmates from the stop

16   and frisk to their cell naked?

17       **A.   No.**

18       Q.   In fact, had you ever done it

19   before?

20       **A.   No.**

21       Q.   Did you do it on this day to punish

22   Mr. McCane?

23       **A.   No, I asked the sergeant.   It was**

24   **the sergeant's order to do that.   If he told**

25   **me to keep in the room, I would have kept him**

59

1

2      in the room.

3              (Video played.)

4       Q.  Do you know what was said in that

5      last moment?

6       **A.  Something about paperwork.**

7       Q.  Do you know if you filled out

8      paperwork in relation to this incident?

9       **A.  If I filled it out?  I'm sorry.**

10      Q.  Yes, if you filled out paperwork?

11      **A.  Yes, ma'am.**

12      Q.  What did you fill out?

13      **A.  A use of force form.**

14      Q.  Did anybody help you fill that out?

15      **A.  No.**

16      Q.  In preparing for today's deposition,

17     what, if anything, did you review?

18      **A.  My transcripts from the arbitration.**

19      Q.  Anything else?

20      **A.  No, ma'am.**

21      Q.  Did you review your use of force

22     memorandum?

23      **A.  No.**

24      Q.  Is there anything else about the

25     incident with David McCane that occurred that

1

2          Q.  At any time after the incident when

3    you spoke to Officer Dennis, was there any

4    discussion with him that the injuries caused,

5    or allegedly caused, to the plaintiff were

6    caused with this contact to the floor rather

7    than the wall?

8          **A.  As far as Sergeant Dennis goes, no.**

9    **Is it possible that I talked to Officer Bunn**

10   **about it, it's possible, I just don't**

11   **remember.**

12         Q.  Just only a few minutes ago you were

13   reviewing the use of force staff memorandum

14   that you prepared regarding this incident.

15   On the second page the instructions are

16   describe in detail the actual force used.

17   When you're drafting or writing one of these

18   use of force staff memorandums, are you to

19   explain the use of force just used by you or

20   the use of force used by all officers

21   involved?

22         **A.  Just myself.  And that --**

23   **Officer Bunn and everybody will tell you,**

24   **because it was end of shift at 11 o'clock,**

25   **those all that paperwork, was actually**



73

1

2      drafts.  We thought we were going to get it

3      back to rewrite it the next day because they

4      didn't want to pay the overtime so they let

5      us go home.  And by the time we got back to

6      work IG had come and taken all our paperwork.

7      So, to me, that paperwork is embarrassing but

8      I thought I was going to get a chance to do

9      more of a sketch so I could rewrite it but we

10     never had a chance.

11             MS. ROBIN:  I don't know if

12          you're done, but I just have a quick

13          follow up after you're done.

14             MR. MACKEY:  Not quite yet.

15          Let me just check on a couple of

16          things.

17             MS. ROBIN:  Sure.

18             MR. MACKEY:  Bear with me one

19          second.

20             Actually I'm okay.  I'm good.

21     BY MS. ROBIN:

22        Q.  You said that you know that day you

23     guys, everybody in the room realized

24     something was wrong, what do you mean by

25     that?

74

1

2      **A.   We believe that use of force was**

3      **inappropriate.**

4      Q.   When you say use of force you meant

5      what Officer Masucci used?

6      **A.   Yes.**

7      Q.   Who did you talk about that with?

8      **A.   It's been a long time but I'm pretty**

9      **sure I talked to everybody that was in that**

10     **room about it.**

11     Q.   Did -- sorry.

12     Did you talk to Officer Masucci that

13     you felt what he did was wrong?

14     **A.   Yeah.**

15     Q.   Did you feel that you guys were

16     going to get in trouble for it?

17     **A.   To be honest with you, we all**

18     **thought Dino was going to get in a lot of**

19     **trouble.   That's why it never was brought up,**

20     **we never asked, we never said anything.**

21     Q.   Were you surprised when you got into

22     a lot of trouble?

23     **A.   Yes.**

24     Q.   Would you say that that soured your

25     relationship with Officer Masucci?

1

2      **A.   Yes.   But I haven't talked to him**

3   **since arbitration, so.**

4      Q.   Do you feel like you took the fall

5   for the incident because you had more years

6   in?

7      **A.   I do.**

8      Q.   Okay.  I really want to thank you

9   for your time today.  I appreciate it.

10      MR. SLEIGHT:  I have some questions.

11   BY MR. SLEIGHT:

12      Q.   Mr. Wilkowski, my name is David

13   Sleight.  I'm an assistant attorney general

14   and I represent Corrections Officer Joseph

15   Hillman in this case.  Do you know my client,

16   Mr. Hillman?

17      **A.   I have no idea who that is.**

18      Q.   So, is it fair to say that he wasn't

19   in the room while this incident occurred?

20      **A.   Yes.**

21      Q.   Who was in the room?

22      **A.   Myself, Masucci, Tim Bunn and**

23   **Sergeant Dennis.**

24      Q.   Since you don't know who Officer

25   Hillman, is it also fair to say that you

1

2      didn't see him at any time that day?

3           **A.   I did not, no.**

4               MR. SLEIGHT:  Okay.  That's the

5          only questions I had.

6               MS. BUTH:  Cheryl Buth, I would

7          request a copy of the transcript

8          testimony.

9               MR. SLEIGHT:  I want a copy of

10          the transcript, David Sleight, AG's

11          office.

12               MR. MACKEY:  Patrick Mackey,

13          I'll take a copy of it as well.

14             (2:00 p.m.)

15

16

17

18

19

20

21

22

23

24

25