# Exhibit F


1

2              (Whereupon, a discussion was

3         held off the record.)

4      Q.   Are you currently employed?

5      **A.   No, I'm retired.**

6      Q.   When did you retire?

7      **A.   December 7, 2018.**

8      Q.   Did you retire in relation to the

9    McCane incident?

10          MR. SOEHNLIEN:  Objection to form.

11   Go ahead.

12     **A.   No, I didn't.**

13     Q.   What caused you to retire?

14     **A.   I had a goal set on retiring after**

15   **25 years.**

16     Q.   Was that 25 years for you?

17     **A.   No, it was 25 years and five months.**

18     Q.   What do you do now?

19     **A.   I work at a furniture store.  Lake**

20   **Effect Furniture in Cheektowaga.**

21     Q.   Can you tell me what your highest

22   level of education is?

23     **A.   I went to college for three years.**

24     Q.   Where did you go to college?

25     **A.   I went to ECC and Buffalo State.**

```
 1
 2      Q.  Did you obtain any degrees?
 3      A.  No.
 4      Q.  When did you graduate from the
 5   academy?
 6      A.  July 19, 1993.
 7      Q.  When were you first employed at
 8   Gowanda?
 9      A.  It was November, I don't know the
10   exact date, but 1997.
11      Q.  How long did you work at Gowanda?
12      A.  Approximately, 20 years.
13      Q.  During the course of your employment
14   at Gowanda were you ever subject to any
15   investigations?
16      A.  No.
17      Q.  Were you subject to an investigation
18   due to an incident with David McCane?
19      A.  Yes.
20      Q.  So, other than David McCane any
21   other investigation?
22      A.  No.
23      Q.  Have you ever sat for a deposition
24   before?
25      A.  No, I haven't.
```

1

2    Q.  Did you give sworn testimony in
3    relation to the David McCane matter?
4    **A.  Yes, my arbitration.  At my**
5    **arbitration hearing.**
6    Q.  Have you ever been named a defendant
7    in a lawsuit before?
8    **A.  No.**
9    Q.  As you sit here today, what do you
10   recall about the incident with David McCane?
11   **A.  I remember getting a call to pick up**
12   **McCane at the yard.  I drive SHU shuttle.**
13   Q.  What was your job title on January
14   13, 2018?
15   **A.  They call it SHU shuttle transport**
16   **driver.**
17   Q.  What were your responsibilities as a
18   SHU transport driver?
19   **A.  I pick up the food from the mess**
20   **hall and deliver it to the special housing**
21   **unit.  And anything else, laundry, they need.**
22   **And if there's any inmates going to special**
23   **housing unit I'll have to pick them up.  Or**
24   **take the watch commander down there when he**
25   **has to sign the logbooks.  Various other**

11

1
2  things.
3      Q.  In your role, can you explain to me,
4  what is your responsibility in relation to
5  videotaping SHU frisks?
6      **A.  It's part of the SHU shuttles job,**
7  **you're the video person.**
8      Q.  So, can you explain to me how you
9  perform your duties as a video person, walk
10 me through the process?
11     **A.  Basically when an inmate comes in**
12 **the SHU you turn on the camera and you state**
13 **the date, time and you make the inmate state**
14 **their name and pin number.**
15     Q.  Then do you remain in the room?
16     **A.  Yes.  You -- then I put the camera**
17 **on a tripod and I stand behind the camera, if**
18 **there's any problems with the battery.**
19     Q.  Do you know why the frisk is
20 videotaped?
21     **A.  For -- in case there's any**
22 **incidents.**
23     Q.  In your experience, have there ever
24 been incidents during a SHU intake and frisk?
25              MR. SOEHNLIEN:  Objection to

12

1
2       form.
3       A.   Not when I was ever videotaping.
4       Q.   Is this incident with Mr. McCane the
5  first time there was an incident where you
6  were videotaping?
7       A.   Yes.
8       Q.   At the time of Mr. McCane's assault,
9  were you inside the room?
10      A.   Yes, I was.
11      Q.   Where were you standing?
12      A.   Behind the camera.  And the tripod.
13      Q.   Have you ever heard of anything in
14 your training with DOC called a duty to
15 intervene, have you ever heard that term?
16      A.   Not really.
17      Q.   In your training were you ever
18 taught that if you saw an officer abusing an
19 inmate or using excessive force that you had
20 a duty to intervene?
21           MR. SOEHNLIEN:  Objection to
22      form.
23      A.   Not in those terms.
24      Q.   What, if anything, were you taught
25 if you ever witnessed an officer using

13

```
 1
 2   excessive force?
 3        A.   I don't recall.
 4        Q.   Did you receive any training when
 5   you began at Gowanda?
 6        A.   Yes, we have training every -- every
 7   year in various forms.
 8        Q.   What training did you receive
 9   related to use of force?
10        A.   To take control of the inmate and
11   you handcuff them and...
12        Q.   Did you ever learn what type of
13   force was useable against an inmate?
14        A.   Yes, you just use enough force to
15   control an incident.
16        Q.   Now, if you ever saw an officer
17   using force that you thought was excessive
18   what would you do?
19        A.   Stop him.
20        Q.   Would you report it to anyone?
21        A.   Probably my superior sergeant.
22        Q.   In your time at Gowanda did you ever
23   have to stop an officer for use of excessive
24   force?
25        A.   Never.
```

1
2      Q.   Did you ever report a use of
3  excessive force?
4      A.   **Never.**
5      Q.   Do you know Officer Masucci?
6      A.   **Yes.**
7      Q.   Do you know Officer Wilkowski?
8      A.   **Yes.**
9      Q.   Can you describe to me what your
10 professional relationship was with
11 Officer Masucci?
12     A.   **I worked with him, Masucci, he is a**
13 **professional officer.**
14     Q.   Did you get along at work?
15     A.   **Yes.**
16     Q.   How would you describe your
17 relationship with Officer Wilkowski?
18     A.   **Good.  We got along also.**
19     Q.   Can you describe for me what
20 happened on the day that you were videotaping
21 David McCane?
22     A.   **It was a very tense situation.  I**
23 **just could feel it in the room and -- because**
24 **he wasn't complying to all the directions.**
25 **He made Wilkowski repeat a few of the**