# Exhibit G

|   |   |
|---|---|
| 1 | A. CARREL |
| 2 | Q.    Okay.  So your meeting with Mr. |
| 3 | McCane was strictly just you and him? |
| 4 | A.    Yes.  As far as I recall. |
| 5 | Q.    How long did your meeting with |
| 6 | Mr. McCane last? |
| 7 | A.    I would say about ten minutes. |
| 8 | Q.    And how were you able to |
| 9 | examine Mr. McCane's mouth and teeth during |
| 10 | the videoconference? |
| 11 | A.    I was able to just ask him to |
| 12 | smile for me, open his mouth but it was -- |
| 13 | I can't see it.  I have X-rays that I can |
| 14 | base a lot of my findings in addition to |
| 15 | that, but that was pretty much it because |
| 16 | it's a face to face just like this.  I was |
| 17 | not able to look, you know, inside his |
| 18 | mouth. |
| 19 | Q.    So during this conference did |
| 20 | he open his mouth wide for you to look in |
| 21 | or not really? |
| 22 | A.    He did. |
| 23 | Q.    And how visible was that?  What |
| 24 | were you able to see? |
| 25 | A.    I mean I was able to see that |

                        A. CARREL

1   he was missing a lot of teeth in the back
2   except for the molars.  I did see how his
3   front teeth were and that's pretty much it.
4   I mean he was basically explaining to me
5   the discomfort that he was feeling, the
6   fact that he had issues opening up his
7   mouth and chewing and things of that
8   nature.
9        Q.    What, if anything, did Mr.
10  McCane tell you about the alleged physical
11  assault that he suffered?
12       A.    We didn't really discuss that.
13  I asked him basically more of symptoms that
14  he was exhibiting at this time, and that's
15  kind of what we discussed.  I did not
16  discuss the physical assault.  I mean I saw
17  the video of the assault.
18       Q.    I may have some questions
19  regarding your viewing of the video.  We'll
20  get to that in a little bit.  Real quick,
21  but how many times did you watch the video?
22       A.    Twice.
23       Q.    Twice?
24       A.    Yes.

```
                    A. CARREL
```

1
2     Q.    Now, I understand you said you
3  really didn't discuss the alleged assault,
4  but did you discuss with Mr. McCane the
5  injuries he sustained because of the
6  alleged assault?
7     A.    Yes.
8     Q.    Okay, and what did he tell you?
9     A.    That he had a busted lip.  His
10 eye was all swollen.  He had pain in his
11 jaw I guess the way he was punched.  All
12 his teeth were hurting him.
13    Q.    Now, I'll limit to my questions
14 to you with respect to his teeth, obviously
15 because of your field.  Did he describe the
16 pain he was feeling in his teeth
17 immediately after the alleged assault?
18    A.    Yes.  So he felt like all of
19 his teeth were bothering him.  Prior to
20 this he didn't have any kind of symptoms on
21 his -- with his teeth.  He did not have any
22 kind of discomfort and afterwards he was
23 having jaw pain.  He wasn't able to chew
24 well.  He was -- he was having pain to hot
25 and cold on his front teeth and he felt

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | A. CARREL                                                    |
| 2  | like the teeth were loose.                                   |
| 3  | Q.  Was he able to differentiate                             |
| 4  | the jaw pain he was experiencing with the                    |
| 5  | pain with his teeth at all?                                  |
| 6  | A.  I was asking more questions                              |
| 7  | about the jaw pain, so I was directing him                   |
| 8  | to feel his TMJ joint as he was opening and                  |
| 9  | closing his mouth and if he had any kind of                  |
| 10 | tenderness along the area here, so it was                    |
| 11 | more me actually asking specific questions.                  |
| 12 | He wasn't -- he was answering me yes or no                   |
| 13 | more than guiding me in a sense.  I was                      |
| 14 | guiding and asking specific questions.                       |
| 15 | Q.  What did you ask Mr. McCane                              |
| 16 | regarding his TMJ joint?                                     |
| 17 | A.  Basically, did he have any kind                          |
| 18 | of clicking, popping, if he had any                          |
| 19 | difficulty opening up his mouth, problems                    |
| 20 | chewing.  Things of that nature.                             |
| 21 | Headaches.  And to -- he answered yes to                     |
| 22 | all of those.                                                |
| 23 | Q.  So he answered yes to having                             |
| 24 | headaches?                                                   |
| 25 | A.  Mm-hmm.                                                  |

```
 1                    A. CARREL
 2        Q.    Is that a yes?
 3        A.    Yes.
 4        Q.    And he answered yes to having
 5   jaw pain?
 6        A.    Correct.
 7        Q.    Did he describe the jaw pain he
 8   was experiencing?
 9        A.    Just when he was eating, he was
10   having problems eating.
11        Q.    Did he answer yes to
12   experiencing, I think you mentioned earlier
13   problems with the teeth with cold and hot?
14        A.    Yes.
15        Q.    Did he describe the pain he was
16   feeling at all?
17        A.    He said that every time he ate
18   something hot or cold his front teeth with
19   bothering him.
20        Q.    To your recollection, did Mr.
21   McCane describe any other pains he was
22   experiencing in his mouth?
23        A.    No. Nothing -- well, the back
24   teeth were bothering him, and that's pretty
25   much it.
```

```
 1                        A. CARREL
 2         Q.    And do you know the cause of
 3   that inflammation?
 4         A.    Trauma or not addressing number
 5   7 in time.
 6         Q.    And when you say "trauma," are
 7   you referring to the alleged use of force
 8   on January 13th of 2018?
 9         A.    Yes.
10         Q.    Could it have been caused by
11   other trauma?
12         A.    Unlikely.
13         Q.    Why do you say that?
14         A.    Because the tooth has nothing
15   wrong with it.  There's no cavity.  There's
16   nothing going on with that tooth.  All I
17   saw was the fact that it was chipped.  It
18   was broken after the incident, and that is
19   enough to cause trauma later on to any of
20   these teeth.
21         Q.    All right, we discussed 3 and
22   14 earlier, so I'll go down.
23               Page 7, let's look at paragraph
24   11 on page 7 of your report, which I put on
25   the screen.  And I highlighted the portion
```

                          A. CARREL

1
2    I'm interested in.  It reads quote, "It is
3    in my opinion within a reasonable degree of
4    medical certainty that the Plaintiff is
5    still in considerable pain at present
6    time."  Do you see that?
7         A.    Yes.
8         Q.    So when you refer to present
9    time, you're referring to when you met with
10   Mr. McCane or met with him virtually in --
11        A.    Yes.
12        Q.    -- 2021?
13        A.    Yes.
14        Q.    And what made you believe that
15   he was in considerable pain?
16        A.    Because he stated that his
17   teeth are still very tender and sensitive.
18        Q.    Anything else?  Any other
19   reason?
20        A.    Well, he suffered trauma to
21   those teeth and unfortunately when you have
22   a traumatic event, infections and any kind
23   of pain could be very longstanding.
24   Sometimes you'll have infections that will
25   startup at any point.  So it could be now.

```
 1                    A. CARREL
 2   It could be in five years from now.  But
 3   any kind of trauma can cause these two
 4   teeth to have been infected.  And he was
 5   having discomfort at the time when I spoke
 6   to him.
 7          Q.    Did he describe the pain at the
 8   time you met with him?
 9          A.    The sensitivity and the
10   inability to chew, things of that nature
11   like I stated before.
12          Q.    Now, paragraph 12 you refer
13   that there's a need for following
14   treatments to be performed for Mr. McCane,
15   correct?
16          A.    Correct.
17          Q.    And then you list the different
18   work that needs to be done.  Subparagraph
19   A, you refer to, "removing the ill-fitting
20   bridge and replacing the crowns on tooth 6,
21   7, 8, 9, 10 and 11."  That's what we were
22   just talking about with respect to prior
23   work that was done, and you feel the bridge
24   was done improperly, correct?
25          A.    Yes.
```

```
 1                    A. CARREL
 2         Q.    Now, paragraph 12B refers to a
 3   root canal treatment on tooth 7 and 8.  Why
 4   is there a need for root canal treatment?
 5         A.    Because there's infection
 6   around the roots of those two teeth.
 7         Q.    And what would doing a root
 8   canal, what would that accomplish?
 9         A.    That basically gets rid of the
10   infection.  You make a hole through the
11   back of the tooth.  You access the canal,
12   remove the pulpal material in there and any
13   debris and blood vessels, and then you fill
14   the canal back with a material such as
15   Gutta-Percha and then the tooth is
16   nonvital, but at least you can maintain the
17   tooth.
18               Now, in some cases root canals
19   are not a hundred percent successful so
20   there is always that risk that it may fail,
21   and also the fact that there's trauma
22   there's a greater chance that the root
23   canals may not be successful.
24         Q.    How often are root canals not
25   successful?
```

|   |   |
|---|---|
| 1 | A. CARREL |
| 2 | A.     Well, it goes -- I mean it |
| 3 | depends the number -- how large the |
| 4 | infection is.  The fact that that infection |
| 5 | has been there for a pretty long time it |
| 6 | takes a lot longer to get rid it. |
| 7 | The fact that now there's an |
| 8 | infection on the adjacent tooth it makes it |
| 9 | for a larger infection that you have to |
| 10 | treat.  So in a case like this, maybe I |
| 11 | would say at least 60 percent there's a |
| 12 | chance that it might be successful. |
| 13 | Q.     And how long does it take to |
| 14 | determine whether it is successful or not? |
| 15 | A.     It could be years.  I've had |
| 16 | cases where I've done a root -- you know, |
| 17 | I've done a root canal on a patient and |
| 18 | restored the tooth and then ten years later |
| 19 | there's an infection that starts up, and |
| 20 | then you have to remove the tooth.  It's |
| 21 | not -- there's nothing that's definitive |
| 22 | about with root canals unfortunately. |
| 23 | And trauma also causes |
| 24 | something known as external resorption |
| 25 | where the teeth start to eat -- get eaten |

```
 1                      A. CARREL
 2   away at the root and the roots actually
 3   shrink so they become smaller and smaller,
 4   the portion that's in the bone, and that's
 5   usually due to trauma.  And in those kind
 6   of cases you usually end up losing the
 7   teeth.
 8        Q.    So is it common for some
 9   individuals to have root canals done on the
10   same tooth more than one time?
11        A.    Yes.  That's called a retreat.
12        Q.    In subsection C of paragraph
13   12, you refer to a, "Pulp vitality testing
14   of all adjacent teeth to determine if they
15   will also require root canal therapy."
16   What is pulp vitality testing?
17        A.    Basically you test the tooth to
18   see if the nerve is still alive, so had
19   they done that prior to doing the six-unit
20   bridge they would not have probably run
21   into this problem because tooth number 7 is
22   completely nonvital.  And having tested the
23   teeth and done the root canal on it --
24   well, still the bridge didn't fit very
25   well.  But there wouldn't be a need to go
```

```
 1                    A. CARREL
 2   and make a hole and try to do the root
 3   canal after the fact.  So you want to test
 4   all the other teeth the same way to make
 5   sure that they're still vital, and if they
 6   are vital then go ahead and proceed and we
 7   do the bridge.  If the teeth are not
 8   mobile, then you can do maybe individual
 9   crowns.  But if they are mobile, then we
10   would redo the six-unit bridge, but get a
11   good-fitting one.  And then if any of the
12   teeth are non-vital, I would do the root
13   canals before you do a bridge.
14        Q.    And when you refer to a tooth
15   being mobile, what do you mean by that?
16        A.    Moving.  That is not -- teeth
17   are usually -- I mean they're not like
18   solid.  They're not fused to the bone.
19   Teeth do have a periodontal ligament that
20   allows for movement from side to side, but
21   very little.  Mobility means if the tooth
22   is really mobile, like the bone is no
23   longer holding the tooth in place properly
24   so you have the mobility.  You see that in
25   periodontal cases where there's a lot of
```

|    | A. CARREL |
|----|-----------|
| 1  |           |
| 2  | bone loss or in traumatic cases. |
| 3  | Q.   Is mobility kind of just |
| 4  | another term for a loose tooth? |
| 5  | A.   Yes. |
| 6  | Q.   And when you make reference to |
| 7  | adjacent teeth, are you referring to teeth |
| 8  | adjacent to numbers 7 and 8? |
| 9  | A.   Correct. |
| 10 | Q.   In subparagraph D, you refer to |
| 11 | "assess mobility of tooth 6, 7, 8, 9, 10 |
| 12 | and 11." When would that work have to be |
| 13 | done, assess mobility? |
| 14 | A.   Once you remove the bridge. |
| 15 | Q.   So if you're replacing the |
| 16 | existing bridge, that's when you would |
| 17 | assess the mobility? |
| 18 | A.   And the vitality. |
| 19 | Q.   Subparagraph E, you refer to |
| 20 | "root canal treatment followed by post and |
| 21 | crowns to tooth 3 and 4." |
| 22 | MS. ROBIN:  3 and 14. |
| 23 | Q.   3 and 14, excuse me. Why would |
| 24 | that be necessary? |
| 25 | A.   Because the teeth are broken in |

```
 1                    A. CARREL
 2   the back and he is not occluding anything
 3   in the back.  So if those teeth are broken
 4   he cannot chew properly 'cause there's
 5   nothing stopping him.  He's probably using
 6   all his front teeth to chew because the
 7   back teeth are broken down.  And that also
 8   causes TMJ symptoms.
 9        Q.    And in subparagraph F, you
10   refer to "fabrication of a partial upper
11   denture or evaluation for implants in order
12   to improve mastication and decrease TMJ
13   symptoms."  Could you describe what that
14   means?
15        A.    Basically he needs other teeth
16   in the back in order to be able to chew
17   properly.  Because what ended up happening
18   is if the back teeth are broken, his
19   vertical dimension, meaning the space
20   between the maxilla and the mandible has
21   decreased so it's affecting the TMJ joint.
22   He's basically not able to chew on anything
23   in the back.  He's relying on his front
24   teeth to chew with, and you cannot chew
25   properly.  You cannot digest anything
```

```
 1                     A. CARREL
 2    properly.  So he needs to have the back
 3    teeth replaced.  In addition you have to
 4    restore the back teeth.
 5         Q.   So all this work that needs to
 6    be done that you reference in paragraph 12,
 7    is it your position that this work is all
 8    necessary because of the alleged use of
 9    force against Mr. McCane?
10         A.   Yes.
11         Q.   Is there any portion of this
12    work which would have been necessary even
13    if no force had been used on him on January
14    13th of 2018?
15         A.   Well, considering that he had
16    trauma to the front teeth you want to
17    decrease the trauma in the future, so he
18    cannot chew on those front teeth because
19    all it's gonna do is continue to traumatize
20    those teeth, 6 through 11.  So you need to
21    misplace the forces to the back side so he
22    can chew on it and take off the force of
23    those front teeth which will definitely
24    fail if you just leave them, you know, in
25    front occlusion basically.  If you're not
```

```
 1                    A. CARREL
 2   understanding it, I can definitely explain
 3   it.
 4        Q.    No.  I was able to understand.
 5   Going to page 8 of your report and
 6   specifically Paragraph 16, you wrote quote
 7   "It is my opinion with a reasonable degree
 8   of medical certainty that these injuries
 9   are causally related to the assault, and
10   the need for future treatment is as a
11   result of Plaintiff's injuries from the
12   assault, period end quote."
13             I highlighted that paragraph.
14   Do you see that on the screen?
15        A.    Yes.
16        Q.    Now, why is it that you believe
17   all of the injuries identified in your
18   report and all the treatment identified in
19   your report is necessary because of the
20   alleged use of force on Mr. McCane on
21   January 13th of 2018?
22        A.    As I said, the trauma that he
23   sustained, especially even to the front
24   teeth.  And I cannot say for certain, but
25   it looks like the back teeth probably broke
```

```
 1                    A. CARREL
 2    at the same time.  Sometimes when you're
 3    under pain or if you are, you know, getting
 4    punched you crunch and you can break teeth
 5    in the back from that alone.  So I cannot
 6    say for certain if it's a cavity in the
 7    back or if the teeth were fractured.
 8               So all of this has completely
 9    changed his bite and his ability to chew
10    properly because you're playing with the
11    vertical.  So you are now putting his jaw
12    in a different position.  You have
13    decreased the amount of chewing space.  He
14    has no more stops in the back because those
15    molars were occluding together.  Now, he
16    doesn't have that anymore because those
17    teeth are broken, and now all of the trauma
18    is going on the front teeth, which is
19    already traumatized.  So he needs posterior
20    occlusion of some sort in order to decrease
21    the trauma on the front teeth that have
22    already sustained trauma in order to
23    hopefully preserve whatever he has left.
24         Q.    With all the issues and
25    problems that Mr. McCane has with his teeth
```

```
 1                    A. CARREL
 2   is it possible that some of these issues
 3   existed prior to the alleged use of force?
 4        A.    The front definitely not
 5   because they were broken during the
 6   incident.  The back, I still believe it's
 7   more than likely due to the incident as
 8   well.
 9        Q.    And when you say "the front,"
10   you're referring to teeth 8 and 9?
11        A.    Well, I don't how many he
12   sustained, but yes, 8 and 9 definitely had
13   fractures.  But just because the tooth
14   didn't break doesn't mean it didn't sustain
15   trauma.
16        Q.    Going down to estimate for
17   treatment subsection B.  You wrote, "Post
18   and core treatment $500 per tooth."  What
19   does that mean post and core treatment?
20        A.    So after you do a root canal
21   there's a hole where you actually access
22   the canal and you have to fill that up and
23   usually put a post in there and a core
24   buildup, so you have to fill up the tooth
25   again after you access it for endodontic
```

|    |                                                         |
|----|---------------------------------------------------------|
| 1  | A. CARREL                                               |
| 2  | treatment.                                              |
| 3  | Q.   And how many teeth would that                      |
| 4  | be necessary for?                                       |
| 5  | A.   Every root canal tooth he gets                     |
| 6  | so at least three at this point, possibly               |
| 7  | four with number 8.                                     |
| 8  | Q.   Subparagraph D you refer to                        |
| 9  | "partial upper denture $2,500 to $4,000."               |
| 10 | Would that be the total price for upper                 |
| 11 | dentures?  Is that like a per tooth price               |
| 12 | or is that a total price?                               |
| 13 | A.   That's usually a total price,                      |
| 14 | but everybody -- I gave, you know, a span               |
| 15 | there.  I don't know what some -- I mean                |
| 16 | those are usually my fees in that ballpark              |
| 17 | range.                                                  |
| 18 | Q.   Now, the work you're referring                     |
| 19 | to in paragraph 17, so subparagraphs A, B,              |
| 20 | C and D, is it possible that Mr. McCane                 |
| 21 | might not need some of this work?                       |
| 22 | A.   No.                                                |
| 23 | Q.   So you feel that all of this                       |
| 24 | work is necessary?                                      |
| 25 | A.   Yes.  And I do have to make a                      |