# Exhibit I

1   detailed as best as possible.  And there was

2   very little we could do over the Internet, but

3   I asked him if he was able to move his eyes and

4   check his proximate vision.  That's what I did.

5        Q.    So I understand, you did ask

6   Mr. McCane during the conference to move his

7   eyes certain directions?

8        A.    Yes.

9        Q.    And what was the purpose of that

10  request?

11       A.    To get a sense of what type of

12  limitations he might have in his eye movements.

13       Q.    And did you diagnose any type of

14  limitations?

15       A.    Well, he was complaining of double

16  vision.  And I would like to really see him in

17  person to determine more specific details.

18       Q.    Did Mr. McCane identify that the

19  double vision was just in the one eye, his left

20  eye?

21       A.    He -- when you have double vision,

22  it has to be one eye see one image and the

23  second eye sees a different image.  So often

24  with most cases of double vision, it would be a

25  misalignment of the eyes.

```
 1          Q.    Now, other than asking Mr. McCane to
 2    move his eyes in certain directions, did you
 3    ask him to do anything else in the way of
 4    testing him?
 5          A.    Yes.  I tried to determine where his
 6    tender areas were around his forehead and orbit
 7    area of his face.
 8          Q.    And did Mr. McCane provide you with
 9    locations of tender areas?
10          A.    Yes.  There seemed to be a large
11    area of tenderness.
12          Q.    Whereabouts?
13          A.    Around his lateral orbit, skull
14    area.
15          Q.    Okay.  Can you describe it a
16    little -- obviously, on paper, we can't see
17    what you're doing.
18          A.    I get it.
19          Q.    Yeah.  If you can, like, describe
20    where the tenderness was?
21          A.    Yes, I'm sorry.  It would be the
22    area of the lateral orbit extending from the
23    midpart of his brow area, around the lateral
24    part of his orbit, down to the upper cheek on
25    that side.
```

```
 1        Q.    Okay.  So would I be correct in
 2   describing that tenderness to be starting above
 3   the eye, going around the outside portion of
 4   the eye, and then completing under the eye,
 5   kind of on top of the cheekbone?
 6        A.    Yes.  You described it better than I
 7   did.
 8        Q.    And was Mr. McCane complaining of
 9   tenderness at that time when he met with you in
10   November 2021?
11        A.    Yes.
12        Q.    Okay.  Did he say to you that that
13   tenderness had existed at all times since the
14   alleged assault?
15        A.    Yes.
16        Q.    What about the double vision?  Did
17   Mr. McCane -- let me back up.  Did he tell you
18   that he's experiencing double vision at all
19   times or it's something that comes and goes?
20        A.    Yes.  He complained of constant
21   double vision.
22        Q.    All right.  And so he was
23   experiencing double vision when he met with
24   you?
25        A.    Yes.
```

```
 1        Q.    And did Mr. McCane tell you that the

 2   double vision had been constant since the

 3   alleged incident?

 4        A.    I don't think he specifically said

 5   that.

 6        Q.    Do you remember if you asked him if

 7   that was the case?

 8        A.    I can't -- I don't remember if I

 9   asked him that specifically.

10        Q.    What other tests, if any, did you

11   conduct with Mr. McCane that day during the

12   videoconference?

13        A.    That was the extent of the physical

14   exam.  The history was what I was trying to get

15   mostly from him.

16        Q.    Okay.  Did -- now, we covered the

17   tenderness, Mr. McCane explaining that the

18   tenderness existed at all times since the

19   alleged assault.

20              Did he mention to you other pain,

21   tenderness, or other sensations he's felt at

22   all times since the assault?

23        A.    Yes.  He was complaining of blurry

24   vision, light sensitivity, twitching, and

25   occasional dry eye, mouth pain.
```

1          Q.    Now, were those all sensations he

2    was experiencing at the time he met with you?

3          A.    That's what he stated, yes.

4          Q.    All right.  So what exactly is the

5    difference between blurry vision and double

6    vision?

7          A.    Blurry vision is where the eye does

8    not see clearly, each eye by itself, and double

9    vision is when the eyes usually are misaligned

10   or have two different images that are seen.

11         Q.    All right.  The blurry vision that

12   Mr. McCane complained about, was that limited

13   to his left eye?

14         A.    Yes.

15         Q.    And that blurry vision, Mr. McCane

16   was claiming he was experiencing that at all

17   times since the alleged assault?

18         A.    He didn't say that specifically, but

19   there was no -- I didn't ask him that

20   specifically.

21         Q.    All right.  Now, you mentioned a

22   sensitivity to light.  Was that limited to

23   Mr. McCane's left eye as well?

24         A.    Yes.

25         Q.    Okay.  And the sensitivity to light,

1        Q.    Okay.  So in simple terms, these are

2   two separate fractures; correct?

3        A.    They're two different bones that are

4   fractured.

5        Q.    Are you aware of any other fractures

6   that Mr. McCane suffered to his eye or other

7   parts of his face?

8        A.    No other bone fractures are noted

9   here on the CAT scan.

10        Q.    What is that?

11        A.    There are no other fractures noted

12   on the CAT scan.  No other bone fractures.

13        Q.    So he had just the two fractures;

14   correct?

15        A.    Yes.

16        Q.    All right.  Moving on in that

17   particular entry in your report, I highlighted

18   it right here.  It's a reference to an ethmoid

19   sinus opacification.

20        A.    "Opacification."

21        Q.    What exactly is that?

22        A.    That means that the sinus, called

23   the ethmoid sinus, was filled with fluid or

24   blood.  That's the radiological diagnosis.

25        Q.    Okay.  And is that common with

1    fractures of the two bones we discussed?

2         A.    Yes.

3         Q.    And does that cause any type of

4    injury to Mr. McCane or is that something that

5    essentially fixes itself?

6         A.    Well, if the sinus is full of fluid

7    or blood, that would cause the opacification,

8    and sometimes that resolves but sometimes that

9    has to be surgically removed.

10        Q.    So there's a process to surgically

11   remove the fluid?

12        A.    Yes.

13        Q.    Do you know if that was necessary

14   with Mr. McCane?

15        A.    I don't know.

16        Q.    And then there's an entry in your

17   report to a medial rectus muscle injury of his

18   left eye.  What exactly is that?

19        A.    Yes.  So the eye has six muscles and

20   they move in all directions.  The medial recti

21   muscles are the ones that bring the eyes

22   towards the nose, and there was an injury to

23   that medial recti.

24        Q.    So medial recti is a muscle?

25        A.    It's a muscle.  Those little muscles

```
 1    that move the eye directly in all directions.

 2    And the medical recti muscles moves your eye

 3    towards the nose.  That's the purpose of that.

 4    But it's the surface of the eye, and it is

 5    towards the nasal part of the eye.

 6        Q.   Do you know if Mr. McCane was still

 7    suffering from an injury to his medical recti

 8    at the time you met with him or spoke with him

 9    over the videoconference?

10        A.   The medial recti muscle may be the

11    reason for his double vision.

12        Q.   So is there a way to surgically

13    treat that or is there another way to treat

14    that?

15        A.   It would depend on the severity.

16        Q.   I'm sorry, I didn't hear you.

17        A.   Sorry.  It would depend on the

18    severity of the muscle injury.

19        Q.   Okay.  And how would you determine

20    the severity of the injury?  Would you have to

21    meet with Mr. McCane personally?

22        A.   Yes.

23        Q.   And are there tests done or is that

24    something that you determine just by

25    examining --
```

1         A.      Physical -- sorry.  Excuse me.

2         Q.      I'm sorry?

3         A.      I cut you off.  A physical diagnosis

4    would be very helpful here.

5         Q.      So as you sit here today, you don't

6    know if there's still problems with his medial

7    recti; correct?

8         A.      I would say if he's still

9    complaining of double vision, you would have to

10   examine his medial rectus muscle.

11        Q.      Okay.  Now, the fractures -- the

12   injuries we just discussed, the two fractures,

13   the filling of the sinus with fluid, and the

14   injury to the medial recti muscle, is it your

15   opinion that those injuries were caused by the

16   use of force on January 13, 2018?

17        A.      It's consistent with the use of

18   force, blunt trauma.

19        Q.      And you watched the video; correct?

20        A.      Yes.

21        Q.      Okay.  Do you remember the part of

22   the video where Mr. McCane is pushed up against

23   the wall and his face goes up and hits the

24   wall?

25        A.      I do remember.

```
 1          Q.    Okay.  Do you believe that to be the

 2     event that caused these injuries?

 3          A.    It would be consistent with these

 4     injuries.

 5          Q.    Okay.  Now, at one point in the

 6     video Mr. McCane is grabbed by another officer

 7     and taken to the floor, stomach faced down,

 8     face down.  Do you remember that part of the

 9     video?

10          A.    Not specifically.

11          Q.    Okay.  If you recall, during that

12     event where Mr. McCane was taken to the floor,

13     would that have caused any of these injuries?

14          A.    It would be consistent, yes.

15          Q.    In your opinion, what event caused

16     these injuries?  Was it his face going up

17     against the wall or was it when he was taken

18     down to the floor?

19          A.    It's difficult to --

20                MS. ROBIN:  It may have been

21     both.  Objection to the form.

22                MR. MACKEY:  I'd ask you not

23     to coach the witness, please.

24                MS. ROBIN:  That's not

25     coach --
```

```
 1                    MR. MACKEY:  You can object to
 2     the form.
 3                    MS. ROBIN: -- that was my
 4     point.
 5                    MR. MACKEY:  That's fine.
 6     There really shouldn't be speaking objections.
 7     BY MR. MACKEY:
 8          Q.    Go ahead, Doctor.
 9          A.    It's difficult to say.  All I can
10     say for sure is that blunt trauma is consistent
11     with these injuries.
12          Q.    Okay.  Let me ask you this.  Upon
13     watching the video, the force that Mr. McCane's
14     face and head was put up against the wall, was
15     that enough force to cause all of his injuries?
16          A.    All I can say is it's consistent
17     with blunt trauma.  The amount of force, there
18     were at least two instances.
19          Q.    Okay.  You know what, maybe I
20     shouldn't use the word "force."  I'm not asking
21     you to measure the level of force.
22                    Maybe a more accurate question is,
23     the event where Mr. McCane's face and head were
24     pushed up against the wall, is it your opinion
25     that that event could very well have caused his
```

1    injuries?

2        A.    His injuries are consistent with

3    blunt trauma, so that's very possible.

4        Q.    Okay.  And the blunt trauma you're

5    referring to is when his face and head was put

6    up against the wall?

7        A.    It's consistent with that.

8        Q.    Let's scroll down a little bit.

9    We're still on Page 4 of your report.  I'm

10   going to highlight a portion of it.

11            So this entry is related to what

12   Mr. McCane told you during your

13   videoconference; correct?

14       A.    Yes.

15       Q.    All right.  So orbital pain, blurry

16   vision, dry eye, we kind of discussed that

17   earlier; correct?

18       A.    Yes.

19       Q.    All right.  Was Mr. McCane stating

20   to you that all of these conditions were caused

21   by that use of force?

22       A.    Say that specifically.

23       Q.    Did Mr. McCane state to you that his

24   current conditions of orbital pain, blurry

25   vision, and dry eye, was he complaining to you

```
 1   that that was caused by the use of force at the

 2   Gowanda Facility?

 3        A.    I didn't ask him that specifically,

 4   and he didn't state that specifically.

 5        Q.    Okay.  The dry eye, I know earlier

 6   you mentioned that could be a result of blunt

 7   trauma to the face or to the eye.  Could it be

 8   caused by any other issues that Mr. McCane may

 9   be suffering?

10        A.    Dry eye can be caused by many

11   conditions.

12        Q.    Did you ask McCane at all as to

13   other possible reasons why he was experiencing

14   dry eye?

15        A.    No.

16        Q.    Let's see, he complained of

17   left-sided headache.  I don't know if we

18   discussed headache earlier.  Did Mr. McCane

19   state to you that the headaches were caused by

20   the use of force at the Gowanda Facility?

21        A.    I didn't ask him that specifically,

22   and he didn't mention that specifically.

23        Q.    Okay.  Was he -- when you met with

24   him over video, was a comment made to you that

25   was he was experiencing left-sided headaches?
```

1    A.    Yes.

2    Q.    Did he state if those headaches

3  would come and go or were they constant?

4    A.    I didn't ask him specifically about

5  that, but he did mention that he's complaining

6  of that constantly.

7    Q.    Okay.  Did Mr. McCane state that the

8  headaches on the left side, were they something

9  that was -- was that something that was

10 happening ever since the alleged use of force

11 or the use of force?

12    A.    He didn't mention that specifically.

13    Q.    Now, let's -- I know we've been

14 talking about injuries claimed on Mr. McCane's

15 left eye.  If he had those injuries, could that

16 cause headaches?

17    A.    I'm sorry, I'm not understanding.

18    Q.    Sure.  Is it your experience that

19 people who have suffered the same type of

20 injuries that Mr. McCane has suffered, injuries

21 to his left eye, his lamina papyracea, his left

22 lateral orbital floor, do those individuals

23 also complain of headaches on the left side of

24 their head?

25    A.    Yes.

1      Q.     So are you saying that it's common

2   to have headaches from those injuries?

3      A.     Yes.

4      Q.     Did Mr. McCane state that his

5   headaches could be caused by other issues,

6   other problems that he was having?

7      A.     No.

8      Q.     Did you ask Mr. McCane if his

9   headaches were being caused by issues other

10  than his fractures to his left eye?

11     A.     No.

12     Q.     Going down to Paragraph 4, there's a

13  reference to Mr. McCane reporting that he

14  suffered from residual nerve damage in his left

15  eye which is causing twitching.

16            Do you see that part that I

17  highlighted?

18     A.     Yes.

19     Q.     Is this the same nerve damage we

20  were discussing before?  What did you call it?

21  Medial recti?

22     A.     Medial recti is the muscle.  This

23  nerve damage, what he was complaining of, was

24  probably the nerves around the eye itself, the

25  orbit.

1        A.      Thank you.

2        Q.      There's a reference to -- I just

3    highlighted it -- "Extraocular muscles are

4    symmetric."

5               What does that mean?

6        A.      Extraocular muscles are symmetric

7    meaning that -- to step back, there are, again,

8    six muscles that control the eye movements.

9    And they -- when they refer to this, most

10   likely what they're referring to is that there

11   isn't one that's torn off or detached or

12   extremely large in size compared to the other

13   ones.

14              It's -- in my experience, they

15   probably would be referring to the fact that

16   they're all sitting in the right place where

17   they're supposed to be.

18       Q.      Okay.  So it's fair to say that the

19   extraocular muscles are all acting and

20   performing in the way that they should be?

21       A.      This sentence, yes.  That looks like

22   they're sitting in the right place, they

23   haven't been torn off.  Very often you see that

24   with trauma where the muscle is detached, and

25   they seem to be symmetrical, sitting in the

```
 1   right place where they're supposed to be
 2   sitting.
 3        Q.    Okay.   The next entry, "No
 4   retrobulbar hematoma," and I highlighted that
 5   for you.   What does that mean?
 6        A.    Retrobulbar hematoma.   Retrobulbar
 7   is behind the eyeball itself in the orbit.
 8   There is some space in the body enclosure
 9   behind the eyeball itself and sometimes we do
10   see hemorrhages behind that eyeball, and
11   they're saying there is no hemorrhage behind
12   that eyeball orbital space.
13        Q.    So this is just making a reference
14   that there's no injury behind the left eyeball?
15        A.    There's no hemorrhage behind there.
16   The hematoma is the hemorrhage.
17        Q.    The next sentence -- and I'll
18   highlight it -- "The course and caliber of the
19   optic nerve sheath complex is within normal
20   limits."
21             What does that mean?
22        A.    So, again, behind the eyeball
23   itself.   As the nerve connects to your brain,
24   there is a space and that's called the
25   retrobulbar space.   But the optic nerve travels
```

1    through there, pretty much separate from

2    everything else, and very often there can be

3    hemorrhages or optic nerve convulsion.

4            And they're saying that the optic

5    nerve sheath and the nerve seems to be normal.

6                (Defendant's Exhibit D was

7    marked for identification.)

8    BY MR. MACKEY:

9        Q.    Okay.  Scrolling down to Exhibit D,

10   this is a five-page document.  I'll scroll

11   through the five pages just so you're familiar

12   with the document.

13           So this is Defendant's Exhibit D.

14   Are you familiar with this document,

15   Dr. Klapper?

16       A.    Yes, I am.

17       Q.    I just want to make sure -- it's on

18   Page 2 -- and you've reviewed this document

19   before preparing your report?

20       A.    Yes.

21       Q.    There's a reference to mild

22   periorbital ecchymosis -- I hoped I pronounced

23   that correctly.  What exactly is --

24       A.    Ecchymosis is swelling around the

25   periorbital -- around the orbital area.

1          Q.     Okay.  Now, Mr. McCane complained of

2     blurry vision, double vision, and -- let me

3     back up.  Is double vision a common symptom for

4     someone who may experience injury to one or

5     both of their eyes?

6          A.     Yes.

7          Q.     Okay.  And is it common for the

8     double vision to occur immediately after the

9     injury or sometimes is there a delay after the

10    injury?

11         A.     It can be either.

12         Q.     Okay.  Do you know, in Mr. McCane's

13    case, whether he experienced double vision

14    right away or if he experienced it at a later

15    date after the use of force?

16         A.     I'm not sure.

17         Q.     Okay.  Did you ask him when he

18    started experiencing double vision and blurry

19    vision?

20         A.     No.

21         Q.     And that's the same with blurry

22    vision?  It could happen at a later date?  Is

23    that common?

24         A.     It can be either.

25         Q.     Okay.  Is there a reason that that

1    happens, that someone might experience blurry

2    vision or double vision well after the trauma

3    or well after having the injury to the eye?

4         A.    It can happen, depending on what has

5    been affected by the injury.

6                      (Defendant's Exhibit E was

7    marked for identification.)

8    BY MR. MACKEY:

9         Q.    The next exhibit is a two-page

10   exhibit.  This is Exhibit E.  This is the first

11   page I'm putting up on the screen, and the

12   second page is on the screen right now, which

13   is ambulatory health records from the State of

14   New York Department of Corrections.

15                 Are you familiar with this document?

16        A.    Yes.

17        Q.    I'm sorry?

18        A.    Yes.

19        Q.    Did you review these entries in

20   preparation for your report?

21        A.    Yes.

22        Q.    Okay.  So these are entries -- they

23   look like they were done on the day of the use

24   of force, January 13, 2018.

25                 I'm going to the second page of