# Exhibit K
Flash Drive Containing Video

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DAVID MCCANE

                        Plaintiff,

v.

CORRECTION OFFICERS D. WILKOWSKI,
MASUCCI, T. BUNN, FLINCH, HILLMAN, and
SERGEANT APPLEBERRY,
In Their Individual Capacities,

                        Defendants.

Civil Action No.: **18-CV-01489**

**NOTICE OF MANUAL FILING**

---

1.    **PLEASE TAKE NOTICE**, that Plaintiff DAVID MCCANE has manually filed **Exhibit K**, a USB flash drive containing the video footage of the subject incident, attached to the Declaration of Caitlin Robin, Esq., dated April 18, 2023, in support of Plaintiff's Motion for Summary Judgment.

2.    This Exhibit has not been file electronically because the electronic file size exceeds fifty megabytes (50 MB) in size.

3.    This Exhibit has been manually served on all parties.

Dated: April 18, 2023
       New York, New York

                                               Respectfully submitted,

                                               _____
                                               Caitlin Robin, Esq.
                                               **CAITLIN ROBIN & ASSOCIATES, PLLC**
                                               *Attorneys for Plaintiff*
                                               30 Broad Street, Suite 702
                                               New York, New York 10004
                                               caitlin@robinandassociates.com