# Exhibit L



**Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## NOTICE OF DISCIPLINE

TO:  Constantino Masucci, Correction Officer
     Gowanda Correctional Facility

DATE:  February 6, 2018

Pursuant to Article 8, Security Services Unit Agreement between the State of New York and NYSCOPBA, you are hereby informed that we shall implement the following penalty:

### DISMISSAL FROM SERVICE
### AND LOSS OF ANY ACCRUED ANNUAL LEAVE

The reason for this discipline is your misconduct based upon the following:

1. On January 13, 2018, at approximately 7:00 p.m., while on duty at Gowanda Correctional Facility in the Special Housing Unit, you used excessive physical force. Your actions violated Sections 2.2, 2.23, 7.9, and 9.2 (a,b,e) of the DOCCS Employees' Manual, as well as DOCCS Directive #4944 "*Use of Physical Force*", Section III, A,B, and E. Specifically, in concert with Correction Officers Wilkowski and Bunn, you were present and used excessive physical force upon Inmate McCane, 14B0419, resulting in Inmate McCane sustaining injuries including, but not limited to, four (4) broken teeth and fracture of his left eye socket.

2. On January 13, 2018, at approximately 7:00 p.m., while on duty at Gowanda Correctional Facility, you submitted a false and/or misleading report. Your actions violated Sections 2.2, 4.16, 7.9 and 9.4 of the DOCCS Employees' Manual, as well as DOCCS Directive #4944 "*Use of Physical Force*", Section IV (A). Specifically, you were present and used and/or witnessed unnecessary and/or excessive physical force used upon Inmate McCane, 14B0419 in the Special Housing Unit Frisk Room, resulting in Inmate McCane sustaining injuries including, but not limited to, four (4) broken teeth and fracture of his left eye socket. You submitted a Use of Force Memorandum in which you failed to accurately report the reason for the use of physical force and/or the amount of force that was used.

3. On January 13, 2018, prior to the end of your tour of duty at Gowanda Correctional Facility, you attested to the veracity of a false and/or inaccurate written report. Your actions violated Sections 2.2 and 4.16 of the DOCCS Employees' Manual. Specifically, you co-signed an Inmate Misbehavior Report (Form 2171A) in which was stated, in words or substance, that Inmate McCane, 14B0419 was uncooperative in failing to follow several direct orders, and when told to turn and face the wall he unlocked his hands, making fists, and tried to turn around.

Notice of Discipline
Constantino Masucci, Correction Officer
Gowanda Correctional Facility

Page 2

February 6, 2018

4. On January 23, 2018, during the course of a formal interrogation by Investigators of the Office of Special Investigations, you made false and/or inaccurate statements which were entered into official records, and/or failed to disclose pertinent facts. Your actions violated Sections 2.2 and 4.16 of the D.O.C.C.S. Employees' Manual. Specifically, you provided false and/or inaccurate information as noted below:

    A. You stated, in words or substance, Inmate McCane 14B0419 was defiant from the time you opened the door, did not step into the SHU when directed, and continued to look around after ordered to face the wall.

    B. You stated, in words or substance, that numerous orders were given to Inmate McCane 14B0419 to keep his hands locked behind his back during the strip frisk.

    C. You stated, in words or substance, that Inmate McCane 14B0419 was ordered several times to sit in the BOSS chair.

    D. You stated, in words or substance, that to the best of your knowledge the strip frisk of Inmate McCane 14B0419 was completed.

In assessing this penalty, the Department notes that the actions as described above are totally inconsistent with the duties and responsibilities as a Correction Officer with the New York State Department of Correctional Services. The Department further notes that Correction Officers in New York State have a responsibility in the care, custody, and control of the inmates under their supervision. We must also note that providing false and/or misleading information in this instance calls into question the veracity of your past and future statements.

As you are aware, you were suspended without pay on February 6, 2018, pursuant to Article 8 of the Security Services Unit Agreement between the State of New York and NYSCOPBA.[1]

If you believe that this discipline is not for just cause or that the penalty is excessive, you must file a disciplinary grievance with me postmarked no later than fourteen calendar days from the receipt of this notice. Unless such a grievance is filed, the penalty will be imposed at the close of the appeal period, and the matter may not otherwise be reviewed.

You are provided two copies of this notice in order that one may be given to your representative. Your union representative is NYSCOPBA.

---

[1] Under Article 8.4, an employee may opt to draw from previously accrued annual leave, personal leave, holiday and/or compensatory leave while suspended. Should an Arbitrator's penalty include a period of suspension without pay, Article 8 does not authorize the use of employee's accruals to satisfy any penalty assigned by the Arbitrator.

CONFIDENTIAL    MASUCCI000022

Notice of Discipline Page 3
Constantino Masucci, Correction Officer
Gowanda Correctional Facility February 6, 2018

Any further communication with you concerning this Notice will be mailed to your latest address on record at Gowanda Correctional Facility, which is ████████████████████████████ unless you request in writing that it be mailed to a different address.

John A. Shipley
Director of Labor Relations

JAS/DJG/