# Exhibit M

FORM #2104A (3/16)  
1 of 2  
Ref. Directives #4004, #4944  
(Prior To Completing Form, See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

USE OF FORCE  
STAFF MEMORANDUM

There are ___ other reports filed under this Use of Force Log #

| REPORTING STAFF | | | REPORTING STAFF |
|---|---|---|---|
| Name: MASUCCI | | | Title: CORRECTION OFFICER |
| FACILITY: GOWANDA | Incident Date: 1-13-18 | | Facility Use of Force: 18-003 |
| Incident Location: SHU FRISK ROOM | Incident Time: APPROX 7:00 PM | | |

**I. REPORT OF INCIDENT**

INMATE(S) INVOLVED

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander<br>02 Participant<br>03 Perpetrator<br>04 Suspect<br>05 Victim<br>06 Witness |
|---|---|---|---|---|
| McCANE, DAVID | 14 B 0419 | SHU B-17 | 03 | |

IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)

| 1. WILKOWSKI | 5. |
|---|---|
| 2. MASUCCI | 6. |
| 3. | 7. |
| 4. | 8. |

IDENTIFY ALL STAFF PRESENT DURING THE UOF

| 1. SGT. DENNIS | 5. |
|---|---|
| 2. C.O. BUNN | 6. |
| 3. | 7. |
| 4. | 8. |

DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

ON THE ABOVE DATE AND APPROXIMATE TIME, DURING A S.H.U. ADMISSION ON INMATE McCANE, DAVID, 14 B 0419, I C.O. MASUCCI, #2 SHU OFFICER, WAS STANDING BY THE DOOR IN THE SHU FRISK ROOM WHEN I OBSERVED C.O. WILKOWSKI FORCE THE INMATE TO THE WALL AND DOWN TO THE FLOOR. DURING THE ADMISSION INMATE McCAIN, WAS BEING VERY DEFIANT TOWARDS STAFF.

| MASUCCI | [Signature] | CORRECTION OFFICER | 1-13-18 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.: Original – Superintendent    Copy – Guidance Unit file(s) of inmate(s) involved

CONTINUED

FORM 2104A (3/16)  
2 of 2  
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other reports filed under this Use of Force Log #

## USE OF FORCE STAFF MEMORANDUM

| TYPE OF FORCE USED | 02 | 01 Baton<br>02 Body Hold | 03 Chemical Agents<br>04 Mechanical Restraints | 05 Use of Firearms<br>06 Shield | 07 Strike<br>99 Other |
|---|---|---|---|---|---|

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

I THEN RESPONDED TO ASSIST C.O WILKOWSKI AND APPLIED A FIGURE FOUR LEG LOCK ON THE INMATE. BY TAKING THE INMATES LEFT ANKLE W/ MY LEFT HAND AND PLACING HIS LEFT ANKLE BEHIND HIS RIGHT KNEE AND W/ MY RIGHT HAND I GRABBED HIS RIGHT ANKLE PUSHING IT UP TOWARDS HIS BUTTOCKS LOCKING HIS LEFT ANKLE BEHIND HIS RIGHT KNEE WITH DOWNWARD PRESSURE, UNTIL MECHANICAL RESTRAINTS WERE APPLIED.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

FOLLOWING THE USE OF FORCE I ASSISTED INMATE WILLIAMS TO HIS FEET AND ESCORTED HIM TO HIS CELL B-17, IN THE SHU, WITH C.O. WILKOWSKI WITHOUT INCIDENT. I NO TIME DID I SUSTAINE ANY INJURIES. AND WAS SEEN BY MEDICAL STAFF AT THE FACILITY.

| REPORTER – Name | Signature | Title | Date |
|---|---|---|---|
| [illegible] | [signature] | CORRECTION OFFICER | 1-13-18 |

Dist.: Original – Superintendent    Copy – Guidance Unit file(s) of inmate(s) involved