# Exhibit N

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other reports filed under this Use of Force Log #

# USE OF FORCE STAFF MEMORANDUM

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: ▓ Wilkowski C.O. | Title: Correction officer |
| FACILITY: Gowanda   Incident Date: 01/13/2018 | Facility Use of Force: 18-003 |
| Incident Location: SHU Frisk room   Incident Time: Approx 7:00pm | |

## I. REPORT OF INCIDENT

INMATE(S) INVOLVED

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| McLane, D | 14B0419 | SHU B-17 | 03 | 02 Participant 03 Perpetrator 04 Suspect 05 Victim 06 Witness |

IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)

1. ▓ Maiucci
2.
3.
4.
5.
6.
7.
8.

IDENTIFY ALL STAFF PRESENT DURING THE UOF

1. ▓ Bunn C.O.
2. ▓ Dennis Sgt.
3.
4.
5.
6.
7.
8.

DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

On the above date and approx time I was working as the S.H.U. #1 Officer, I was conducting a strip frisk on said inmate for admission to S.H.U. The said inmate was uncooperative and did not follow direction. Said inmate was told several times to comply with my verbal directions, the inmate was still uncooperative. During the strip frisk the inmate was told to turn and face the wall. As the inmate turned to face the wall he unlocked his left hand from his right wrist making fists. His right foot continued to turn to the right as to spin around towards me

| Wilkowski | ▓ with | Correction officer | 01/13/18 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.: Original – Superintendent     Copy – Guidance Unit file(s) of inmate(s) involved

CONTINUED

FORM 2104A (3/16)　　STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION　　There are ___ other
2 of 2　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　reports filed under this
Ref. Directive #4004, #4944　　　　　　　　　　　　USE OF FORCE　　　　　　　　　　　　　　　　　　　Use of Force Log #
　　　　　　　　　　　　　　　　　　　　　　　　STAFF MEMORANDUM

| TYPE OF FORCE USED | 02/04 | 01 Baton<br>02 Body Hold | 03 Chemical Agents<br>04 Mechanical Restraints | 05 Use of Firearms<br>06 Shield | 07 Strike<br>99 Other |

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

I used my left forearm to keep inmate from spinning, pushing him to the wall. I used my right hand to grab his right wrist. Force was used to take the inmate face first to the floor. The inmates left hand was visible and I applied mechanical restraints to his left wrist. His right hand had to be physically removed from under him. Several direct orders were given to put his right hand behind his back which he refused. I then was able to apply mechanical restraints to his right hand.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

The said inmate was then assisted to his feet. Inmate was then escorted to S.H.U. B-17 without further incident. I was seen by medical and have no injuries.

Wilkowski　　　　　　　　　　　[signature]　　　　　　Correction Officer　　01/13/18
REPORTER – Name　　　　　　　Signature　　　　　　　　Title　　　　　　　　　　Date

Dist.: Original – Superintendent　　Copy – Guidance Unit file(s) of inmate(s) involved

_____ Correctional Facility

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| McCANE, DAVID | 14B0419 | SHU B-17 |
| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
| S.H.U. frisk room | 01/13/18 | Approx 7:00 am |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

115.10 frisk procedures    102.10 threats
106.10 Direct order
107.10 Interference

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approx time I officer Wilkowski was conducting a strip frisk on inmate McCane, D. 14B0419. During the entire proceedure said inmate was given several direct orders which he was very uncooperative and did not follow. During the admission said inmate was told to turn and face the wall. At this time he unlocked his hands making fists and tried to turn around. Force was used inmate to the ground mechanical restraints applied was stood up and escorted to his cell. End report

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 01/13/18 | Wilkowski | [signature] | Correction officer |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)** SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay) FIRMAS: 1. [signature]

2. _____ 3. _____

NOTE: Fold back Page 2 on dotted line before completing below.

| 6. WERE OTHER INMATES INVOLVED? | YES ☐ NO ☒ | IF YES, GIVE NAME & # _____ |
|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SÍ ☐ NO ☐ | DE SER SÍ DÉ LOS NOMBRES Y DIN _____ |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION? YES ☒ NO ☐    (B) WAS INMATE HOUSED IN A SHU CELL? YES ☐ NO ☐
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE? SÍ ☐ NO ☐    ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU? SÍ ☐ NO ☐
OR ♦ O
(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED? YES ☐ NO ☒
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE? SÍ ☐ NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT? YES ☐ NO ☒
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA? SÍ ☐ NO ☐
IF YES, (a) CURRENT HOUSING UNIT _____ (b) AUTHORIZED BY _____
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____ (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED? YES ☒ NO ☐ (IF YES, FILE FORM 2104) UOF 18-003
¿SE USÓ FUERZA FISICA? SÍ ☐ NO ☐ (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office    CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria    AMARILLA - Recluso (después de la resión)

Gowanda Correctional Facility

# INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

**1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre):** MCCANE, DAVID
**NO. ♦ NÚM.:** 14B0419
**HOUSING LOCATION ♦ CELDA:** BN6-U18

**2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE:** 86 Yard GATE
**INCIDENT DATE ♦ FECHA:** 1-13-2018
**INCIDENT TIME ♦ HORA:** Approx. 6:35 pm

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES:**
109.10 - out of place
106.10 - disobeying a direct order
107.11 - Interference
104.13 - Creating a disturbance
181.10 - Tier disposition

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE:**

On the above date and approximate time while working 86 Yard gate I C.O. Chiappetta recieved a call from officer Lease on housing unit BN6 stating that Inmate MCCANE 14B0419 is signed out to 86 Yard while on Loss of Rec. Inmate MCCANE is a yard porter whose days off are Friday and Saturday. At this time I gave Inmate MCCANE a direct order to come to the yard gate. I C.O. Chiappetta witnessed Inmate MCCANE at the Chin-up bar doing Chin-ups. Once again I called his name over the intercom and gave him a second direct order to come to the gate. Inmate MCCANE then finished his Chin-ups, grabbed his jacket from the picnic table and came to the gate. When I asked Inmate MCCANE what he was doing in the yard on his day off he stated in a loud manner "This is fucking Bull shit, I just wanted to work out." At this time approximately 15 Inmates looked in our direction to see what was going on. I C.O. Chiappetta then notified my Area Supervisor and Inmate MCCANE was escorted out of Area.

**REPORT DATE ♦ FECHA:** 1-13-2018
**REPORTED BY:** Chiappetta
**TITLE:** C.O.

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any):** Lease / Lease

NOTE: Fold back Page 2 on dotted line before completing below.

**6. WERE OTHER INMATES INVOLVED?** NO ☒

**7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?** YES ☒
(B) WAS INMATE HOUSED IN A SHU CELL? NO ☒
OR: Loss of Recreation 1-17-2018
(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED? YES ☒

**8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?** YES ☒
IF YES, (a) CURRENT HOUSING UNIT: SHU
(b) AUTHORIZED BY: LT. Capozzi

**9. WAS PHYSICAL FORCE USED?** NO ☒

AREA SUPERVISOR ENDORSEMENT: [signature]