# Exhibit O

New York State Department of Corrections and Community Supervision
**Office of Special Investigations**
<u>Report of Complaint Progress</u>

I.G. Case#: IAD/18/0084

Name: Sr. Investigator J. Ginnitti

<u>Date</u>                                     <u>Action Taken</u>

1/14/18: Inv to Gowanda CF. krr

1/16/18: case created, krr

Sir, I have reviewed the documentation associated with the above incident in CCC 264337. I have reviewed the incident video of the SHU admission, took additional photos and interviewed Inmate McCane. Review of the incident video shows McCane being given orders to lock his hands behind his back. McCane can be heard arguing with the officer about how he is being spoken to. McCane appears to be following instructions to lock his hands behind his back each time he hands and item to the frisking Officer. Once the frisk is complete, McCane is ordered to turn and face the wall. As McCane turns back towards the wall, Officer Wilkowski can be seen using his forearm to drive McCane face first into the wall and then take McCane to the floor face first. Because there is a half wall obstructing the camera view it is not possible to see McCance's hands. His arms are clearly behind his back and he does not appear to be a threat as he turns back towards the wall. McCane is taken to the floor and he and the staff are below the wall for approximately a minute and twenty seconds. McCane is brought to his feet and escorted away from the area. The video ends at that point.
I Conducted an interview with McCane. He stated that he was brought to SHU for being in the yard while on loss of recreation. He stated that he followed the staff's orders regarding the frisk. He added that he recognized one of the officers from Willard DTC. McCane stated that he locked his hands each time and also when he was directed to turn back towards the wall. He stated that he did not make a fist while he turned. He said he was driven into the wall, which broke his two front teeth. He was then taken to the floor and was kicked in the head several times and had his head stepped on. He stated that he did not refuse to give up his arms but that they were trapped under his body. McCane stated that he has no other injuries.
My observation of McCane when I photographed him was that the injuries were all confined to the left side of his face. The white of his left eye is reddened. His two front upper teeth are broken and his tongue has a laceration. I will download and forward my photos on Tuesday. Facility staff was unable to copy the video today. They will have two copies for me on Tuesday. I have included the preliminary UI, ECMC Medical and Use of Force photos for your review.
01/16/18, Sir, attached are photos That I took of Inmate McCane at interview. He was not as red in person as the photos depict. Below are some observations of the incident video:
McCane is following staff directions and placing his hands behind his back following each step of the frisk process.
McCane had to be told to sweep his mouth twice but was compliant during this procedure.
McCane had to be told twice to show his testicles but was compliant during this procedure. McCane did tell Wilkowski that he did not need to speak to him like a child. At the conclusion of the Strip Frisk McCane can be seen and heard calling to Officer Masucci, he was not threatening.
Officer Wilkowski and Sgt. Dennis state in their memorandums that McCane was uncooperative during the entire Strip Frisk process. This is not true.
Inmate McCane does not threaten, disobey an order or make any movement that any reasonable person would perceive as a threat.
I am overnighting the incident video to DC Miller this afternoon JGG.

01/16/18, McCane being moved to Orleans CF today JGG.

01/18/18, Video reviewed by Sr. OSI Staff and BLR O'Gorman. meeting with EDC Martucsello regarding admin leave JGG

01/19/18, Wilkowski, Dennis, Masucci and Bunn placed on admin leave, documentation attached. Q&As scheduled for all on Tuesday 01/23/18. case event notifications sent and attached JGG.

01/22/18, received signed 24-hour notices and report of strip frisk forms. attached to case. also received hospital escort chip, will review and copy at office JGG.

have conducted Q&As of the following staff:
Officer Wilkowski:

When questioned, Wilkowski stated that Inmate McCane was agitated and uncooperative during the admission frisk process, which caused him to feel threatened during same.
Wilkowski's justification for using force on McCane was that as McCane turned and faced the wall, he clenched his fists as he brought his hands behind his back. Wilkoski added that McCane's right foot continued to turn to the right as he faced the wall. Wilkowski was shown the incident video in its entirety he could not point out how McCane was a threat or how he was uncooperative.
Sergeant Dennis:

Sgt. Dennis was questioned about the admission frisk and Use of Force on McCane. Sgt. Dennis stated that Wilkowski conducted the frisk and that He and Officer Masucci were in the frisk room on the right side of the half (privacy wall). He stated that Officer Bunn was behind the camera and that only Wilkowski could view McCane's entire body during the frisk.
Dennis stated that McCane was complying with direction but doing it slowly, which he interpreted as being uncooperative. He also stated that McCane recognized and called out to Officer Masucci during the frisk. Dennis stated that McCane was ordered to face the wall and he did so, Wilkowski forced McCane to the wall and floor.
Dennis stated that he did not see McCane make fists or present any other threat to staff during this process. Dennis was asked if he took any supervisory steps to correct McCane's so called uncooperative behavior. He said that he did not because Wilkowski was handling the situation.
Dennis was asked if the strip frisk was completed and he stated it was not. Dennis could not explain why the frisk was not completed.
Dennis was asked if McCane was dressed or at least partially robed prior to being escorted to his cell (B-17). He stated that McCane was not dressed and was escorted to his cell naked and given his clothes once inside the cell.
Dennis was asked if he was aware that it is policy to dress inmates and provide privacy and dignity during the strip frisk process. He stated that he was but could not explain why he did not insure that it happened during this incident.
Dennis was asked why the escort to the cell was not video recorded following the use of force. H stated that because McCane was not dressed.
Dennis was asked if he provided any direction or supervisory guidance during the incident. He said that he did not.

Officer Masucci stated that he was in the room near the doorway when the frisk began. He stated that he was later waived over by Sgt. Dennis because McCane was uncooperative.

Masucci stated that he opened the door to SHU and let McCane into the unit. Massucci stated that McCane was agitated and uncooperative from the moment he entered SHU. Masucci stated that McCane was uncooperative with almost every step of the frisk process. Masucci was asked about his role in the use of force. He stated that he observed Wilkoski force McCane to the wall and as they were going to the floor, Masucci said that he grabbed McCane's legs and pulled them back causing them all to go to the floor.

Masucci was asked to review his Use of Force Memo. He was asked why he did not report pulling McCane's legs out during the use of force. He stated that he had forgotten that he had done so.

Masucci confirmed that McCane was escorted to his cell without the frisk being completed or being clothed.

Officer Bunn stated that he was the camera operator for McCance's admission. Bunn stated that he video recorded McCane's entry into SHU and the boss chair scan. Afterward, Bunn placed the camera on the pedestal and made sure the unit recorded as required.

Bunn was asked if McCane was uncooperative or threatening during the frisk. Bunn stated that McCane had to be given some direction a couple of times but he did not perceive this as threatening.

Bunn was asked if he observed McCane make any threatening moves or gestures just prior to the use of force. He stated he did not.

Bunn stated that he assisted McCane to his feet following the use of force, ending his role in the incident.

I Have requested expedited transcripts for the Q&As. I will have them Thursday afternoon and will forward same for review JGG.

01/24/18 received Q&A transcripts, forwarded to DC, ADCI and BLR for review attached to case JGG.

01/25/18, obtained 1st MBR, SHU admission policy, forwarded to DC, ADCI, BLR Gallagher. conferred with BLR Gallagher, will both interview McCane next week at Orleans CF and provide addl. staff memos, DC, ADCI updated JGG.

01/26/18 case documentation and copy of incident video provided to FBI by ADCI Ryan for case consideration JGG.

01/30/18, per ADCI Ryan I provided a copy of McCane's ROI to Inv Ferro for his SCU Case JGG.

02/06/18, All involved staff placed on suspension and issued NODs by BLR. DC/ ADCI updated, case event notifications sent and all documentation attached JGG.

2/12/18 review personnel files for Wilkowski and Dennis. no discipline. evaluations for Sgt. Dennis note that he needs to more closely supervise subordinate staff. 12/17 received formal counseling for lack of supervisory in areas. Forwarded to BLR Gallagher JGG.

2/28/18, received dorm signout sheets showing that McCane was signed out for evening yard. received payroll sheets which show McCane on a day off on 01/13/18, but being paid for being at work on the 14th, when he was in SHU JGG.

03/05/18, Obtained ECMC records, attached and forwarded to BLR Gallagher. arbitrator selected, Tim Taylor JGG.

03/12/18, the following dates are scheduled for Arbitration in the above case for Sgt. Dennis, CO's Wilkowski, Masuci and Bunn: June 20-21, July 16-20 and August 13-14 JGG.

04/03/18, investigation produced evidence of misconduct on the part of Sgt. Dennis and Officers Wilkowski, Masucci and Bunn. case is recommended for review and close as substantiated. recommend to Bureau of Labor Relations for appropriate disciplinary action JGG.

1

1             Q & A of:   COSTANTINO MASUCCI

2

3    STATE OF NEW YORK

4    DEPARTMENT OF CORRECTIONS

5    AND COMMUNITY SUPERVISION

6    ************************************************

7             In the Matter

8              - of -

9         Case Number IAD-18-0084

10   ************************************************

11   Transcript of Proceedings held in the

12  above-entitled matter on the 23rd of January,

13  2018, commencing at 10:36 a.m. and concluding

14  at 11:24 a.m., at 3052 Wende Road, Alden, New

15  York, before Heather Calabrese, a Shorthand

16  Reporter and Notary Public within and for the

17  State of New York.

18

19

20

21

22

23

DEPAOLO-CROSBY REPORTING SERVICES, INC.
170 Franklin Street, Suite 601, Buffalo, New York 14202
716-853-5544

000352



2

```
 1        A P P E A R A N C E S:

 2

 3     FOR THE INSPECTOR GENERAL'S OFFICE:

 4        JOHN GINNITTI - Senior Investigator

 5        CHRISTOPHER TIRADO - Investigator

 6

 7

 8     FOR THE WITNESS:

 9        JAMES P. BLENK, ESQ.,

10        DAVE TESSMER

11        THOMAS GUEST

12

13

14

15

16

17

18

19

20

21

22

23
```

3

1                   **E X H I B I T S**

2

3       EXHIBIT              DESCRIPTION            PAGE

4

5       State Exhibit 2 - C. Masucci use of          4

6                         force staff memorandum

7       State Exhibit 3 - D. Wilkowski use of        4

8                         force staff memorandum

9       State Exhibit 4 - D. Dennis use of           4

10                        force report

11      State Exhibit 5 - Gowanda Correctional       4

12                        Facility Superintendent

13                        Kickbush 1/13/18 memo

14

15

16

17          (Exhibits retained by Mr. Ginnitti)

18

19

20

21

22

23

4

1    (State Exhibits 2-5 were marked for

2    identification)

3

4    **C O S T A N T I N O   M A S U C C I**,

5    having been first duly sworn, was examined and

6    testified as follows:

7

8    EXAMINATION BY MR. TIRADO:

9    Q. Officer Masucci, my name is Investigator

10   Tirado. To my right is Senior Investigator

11   Ginnitti. You've been called here as part of

12   an ongoing investigation being conducted by

13   OSI.

14       Before we start today, here's a copy of

15   Directive 0102 which outlines your rights to

16   departmental employee. If you can take your

17   time and review that and let us know on the

18   record when you do understand your rights.

19       MR. BLENK: Officer Masucci, has read and

20   understands Directive 0102. He understands

21   that he's compelled to be here under the

22   threat of discipline, up to including

23   termination. He wishes to proceed but he

5

1    requests a transcript of the proceedings.

2  Q. Though it is part of the Directive you just

3    reviewed, I'm going to read at this time the

4    Garrity warnings for DOCCS employees into the

5    record.

6        You are being questioned as part of an

7    official investigation being conducted by the

8    Department of Corrections and Community

9    Supervision.  You will be asked questions

10   specifically directed towards and narrowly

11   related to the performance of your duties.

12       You are entitled to all rights and

13   privileges guaranteed by the laws of the State

14   of New York and the Constitution of the United

15   States including the right to not be compelled

16   to incriminate yourself and right to have

17   legal counsel present during any questions.

18       If you refuse to testify or answer

19   questions related to performance of your

20   duties, you will be subject to departmental

21   charges which could result in dismissal from

22   the Department of Corrections and Community

23   Supervision.

6

1        If you do answer, neither your statements

2    nor any information of evidence which is

3    gained by reason of such statements can be

4    used against you in any subsequent criminal

5    proceeding.  However, these statements can be

6    used against you in relation to subsequent

7    departmental charges.

8        Do you understand the rights I just

9    advised?

10   A. Yes, I do.

11   Q. Do you wish to proceed with questioning at

12      this time?

13   A. Yes.

14      MR. TIRADO: At this time I'm going to give

15   Officer Masucci the opportunity to sign his

16   Garrity warnings.

17      MR. BLENK:  On the advice of counsel,

18   Officer Masucci refuses.

19      MR. TIRADO:  Thank you.

20

21   EXAMINATION BY MR. GINNITTI:

22   Q. Good morning, officer.

23   A. Good morning.

7

1   Q.  I'm just going to start out with some

2        background questions about your employment

3        with the department and then we'll go more

4        into specifically the incident.

5            How long have you worked for the

6        Department of Corrections Services Community

7        Supervision?

8   A.  It will be 12 years in May.

9   Q.  And during that time frame what titles have

10       you held?

11  A.  Just a correction officer.

12  Q.  Okay.   What facilities have you been assigned

13       to?

14  A.  Downstate Correctional, Coxsackie, Five

15       Points, Willard and Gowanda.

16  Q.  Okay.   And is Gowanda your current facility?

17  A.  Yes.

18  Q.  How long have you been assigned to Gowanda

19       Correctional Facility?

20  A.  Just a little over five years.

21  Q.  Okay.   Do you hold a bid job at Gowanda?

22  A.  Yes.

23  Q.  And what is your bid?

1    A. SHU relief.  Afternoons 3 to 11.

2    Q. Okay.  And how long have you held that bid?

3    A. About two and a half years, three years.

4    Q. Do you also swap?

5    A. On occasions.

6    Q. Okay.  In the SHU or --

7    A. Mostly SHU.

8    Q. Mostly in the SHU.  But it's not a steady

9       thing like a one and three or two and four?

10   A. No.

11   Q. Just occasionally?

12   A. Yes.

13   Q. As SHU relief describe your duties for me and

14      I realize that they're different on different

15      days.

16   A. First two days are SHU control.  Then the next

17      two days is SHU feed-up or SHU number two on

18      afternoons.

19   Q. Okay.  I understand what those job

20      descriptions consist of Officer Masucci, but

21      for the record because somebody else that

22      doesn't know what this is going to look like,

23      I need you to describe the duties.  Like when

1    you are the SHU control officer what you do

2    and what you're responsible for and then the

3    specific posts that you're covering.

4  A. Okay.  I got SHU control, pretty much controls

5    the whole block, whole SHU with the gates,

6    admissions, make sure paperwork is filled out.

7    Make sure go-arounds are completed, log them

8    in the book properly.  Make sure everything is

9    logged.  On SHU two days, do normal routine,

10   do the go-arounds, SHU feed-up, make sure they

11   get fed, any recs which are usually done on

12   days.

13 Q. Any what?

14 A. Recreation.  Those are done on days but SHU

15   two on afternoons is pretty much do the

16   go-arounds, the counts, make sure they're fed,

17   do the feed-ups, supplies.  Supplies are given

18   twice a week, showers three times a week, book

19   carts twice a week.

20 Q. Okay.  Any other duties that you participate

21   in while you're working in the SHU building?

22 A. No.  Just helping out other officers doing

23   anything.

1    Q. Okay.

2    A. Helping them out.

3    Q. So when you're in SHU control -- when Officer

4       Masucci says SHU, it's S-H-U.  That's what we

5       call it so you're familiar with it.

6          So when you're the control officer you are

7       housed in what would be called the bubble; is

8       that correct?

9    A. Yes.

10   Q. Which gives you a 360 degree view of the

11      units?

12   A. Correct.

13   Q. And you would electronically control cell door

14      and cell gates; is that correct?

15   A. Yes.

16   Q. The other officers, the floor officers will

17      allow people in and out of the physical

18      building; is that correct?

19   A. Correct.

20   Q. And you say you've been doing that job for two

21      and a half to three years?

22   A. Yes.

23   Q. You consider yourself fairly experienced in

1      working in the secure housing unit?

2    A. Yes.

3    Q. What we're here to discuss today more

4      specifically is an incident that occurred on

5      January 13th, 2018 at 7 p.m. and it was in the

6      Gowanda special housing unit.  This is an

7      incident that is documented as unusual

8      incident number CCC-264337 and essentially

9      what this is an inmate McCane, M-C-C-A-N-E.  I

10      probably don't have to do that again, right.

11      Din number 14B0419.  Inmate McCane was being

12      admitted to the SHU on this date.  Were you

13      working on this date in the special housing

14      unit?

15    A. Yes, I was.

16    Q. Are you familiar with the incident that I'm

17      speaking of, Officer Masucci?

18    A. Yes.

19    Q. And on that particular date, what job were you

20      working?

21    A. SHU number two.

22    Q. Okay.  I'm assuming there is a SHU number one?

23    A. Correct.

12

1    Q. Who was that on this particular day?

2    A. Officer Wilkowski.

3    Q. You have a SHU sergeant as well?

4    A. Yes.

5    Q. And who was that?

6    A. Sergeant Dennis.

7    Q. Okay.  Were there any other staff that were

8       assigned to Gowanda SHU on the 3 to 11 shift

9       on that particular date?

10   A. Just I believe it was a one-on-one watch,

11      that's it.

12   Q. Okay.  And that was where an officer is down

13      on gallery?

14   A. Officer is on the gallery observing an inmate.

15   Q. So on this particular date do you recall

16      inmate McCane being admitted to the SHU?

17   A. Yes.

18   Q. Were you present for this?

19   A. Yes.

20   Q. Okay.  What I would like you to do is describe

21      for me the incident from where inmate McCane

22      is going to enter the building and then just

23      how the process moves along, if you would.

1   A.  SHU number two, I control the door.  I opened

2       the outside door and I grabbed him by the arm,

3       inmate McCane.  Brought him in and had him

4       state his name and din number to the camera.

5       At that time Officer Wilkowski takes control

6       of the admission.  He has them sit down on the

7       boss chair.  While this was happening inmate

8       wasn't being compliant.  He was being defiant

9       from the time I opened up the door.  I heard

10      him say, you know, several direct orders to

11      sit on the boss chair.

12  Q.  Okay.  Did he do this?  Did inmate McCane sit

13      in the boss chair?

14  A.  He did but he wasn't doing it as instructed.

15      So I heard Officer Wilkowski tell him to stand

16      back up, sit down on the edge of the chair,

17      slide back, slide forward.

18  Q.  Okay.

19  A.  So he stood him up, was still not compliant at

20      the same time.  Wilkowski, Officer Wilkowski

21      took him around the partition wall.

22  Q.  Let's hold on for a second.  You stated that

23      inmate McCane was being defiant from the

14

1      moment he entered the special housing?

2     A. Yes.

3     Q. I need for you to describe for me how so.

4     A. I had him -- I asked him to step to the side

5      and step in and he just wouldn't do it right

6      away.  He was just taking his time, he wasn't

7      being compliant.

8     Q. Okay.  Maybe you know, maybe you don't.  Is it

9      because he was being defiant or maybe he

10     didn't understand the directions?

11    A. I don't know.  He was not -- he was just not

12     being -- he wasn't cooperating.

13    Q. Okay.  Did he say anything that indicated to

14     you that he didn't have any intention of

15     cooperating?

16    A. Just his mannerisms.

17    Q. Describe them for me.  What about his

18     mannerisms told you he wasn't going to

19     cooperate?

20    A. Just like we asked him to do something -- you

21     know, I asked him to step in and he just

22     didn't.  He did it on his terms.

23    Q. Okay.  He was slow to respond?

1  A. Slow to respond.

2  Q. And you interpreted that and it may be

3     correct, you interpreted that as a lack of

4     willingness to cooperate?

5  A. Yes.

6  Q. And the same with the boss chair, he had to do

7     the boss chair twice?

8  A. Yes.

9  Q. Is that correct?

10 A. Yes.

11 Q. Or was it more than twice?

12 A. I only recall twice.

13 Q. Okay.  So he does get through the boss chair

14    process; is that correct?

15 A. Yes.

16 Q. And then what happens?

17 A. Then Officer Wilkowski escorts him around the

18    wall partition first for a frisk.

19 Q. Okay.

20 A. Takes the cuffs off and Wilkowski gives him

21    orders once the cuffs come off.  Put his hands

22    up on the wall and to look straight ahead, not

23    to look around and just listen to his

16

1       commands.  So I observed inmate McCane just

2       looking around, he wasn't compliant.  Officer

3       Wilkowski told him again, look straight ahead

4       and inmate still kept looking around, wasn't

5       following --

6  Q.  He wasn't complying with what?

7  A.  With Officer Wilkowski's orders.

8  Q.  The order to look straight ahead?

9  A.  Look straight ahead.

10  Q.  Okay.  Go ahead.

11  A.  The cuffs come off, Officer Wilkowski

12      instructed him to put his hands up on the

13      wall, lock him out.  Put him on the wall high

14      as he can, lock out his elbows.  Inmate was

15      still kind of like looking around, looking at

16      the floor.  Officer Wilkowski told him again

17      to look straight ahead.  He was not compliant,

18      he was still looking around.  Then he done the

19      pat frisk.  During the pat frisk I observed

20      the inmate looking around slow.  Just looking

21      down at the floor, looking at the wall,

22      looking up.

23  Q.  Is the inmate allowed to look at the floor?

1    A. No.  They're asked to look straight ahead.

2    Q. Okay.

3    A. Then during that -- after pat frisk was done

4       Officer Wilkowski did the hand wand, hand scan

5       and during that time officer -- inmate McCane

6       is still looking around.  Kind of like moving

7       around his feet, nodding his head back and

8       forth, like wasn't compliant.  Officer

9       Wilkowski told him again to stop moving

10      around, you know, look straight ahead.

11   Q. Was there any problems with the pat frisk?

12   A. Other than --

13   Q. You said that Officer Wilkowski did a pat

14      frisk but you didn't mention that there were

15      any problems during that pat frisk; is that

16      correct?

17   A. The inmate was still looking around during the

18      pat frisk.

19   Q. Okay.  Was he doing anything else, was he

20      saying anything?

21   A. Not that I recall.

22   Q. Okay.  Was he moving his arms?

23   A. Yes.

1    Q.  Okay.   Was he being threatening?

2    A.  He wasn't being compliant.

3    Q.  Okay.   But was he being threatening is what

4        I'm asking?

5    A.  Yes.

6    Q.  Okay.   How so?

7    A.  By not complying we -- I took it as we don't

8        know what he's going to do.

9    Q.  Okay.   By not being compliant you took that as

10       a threat?

11   A.  Yes.

12   Q.  Understood.   Okay.   Go ahead.

13   A.  Then at this time officer or Sergeant Dennis

14       waved me in the room because how he was acting

15       because of the inmate's behavior.

16   Q.  He waved what?   You said Sergeant Dennis did

17       something, I didn't hear what.

18   A.  He waved me into the room.

19   Q.  Where were you at this point?

20   A.  I was at the door when I observed that.

21   Q.  Okay.   The entrance to the frisk room?

22   A.  Entrance to the frisk room.

23   Q.  Okay.

19

1    A. Then at that time Sergeant Dennis waved me in

2       because of the inmate's behavior.

3    Q. Okay.  How did he do that?

4    A. Just with his hand motioning me to come in.

5    Q. He looked at you?

6    A. Yes.

7    Q. And signaled you in?

8    A. Yes.

9    Q. So you came in and where did you stand?

10    A. I stood next to Sergeant Weaver or Sergeant

11       Dennis, sorry.

12    Q. Where was Sergeant Dennis standing?

13    A. He was standing by the frisk area like right

14       off to the right of the wall, right behind --

15       pretty much right behind Officer Wilkowski.

16    Q. Okay.

17    A. A little bit to the right.

18    Q. Okay.  And where did you stand?

19    A. Right next to Sergeant Dennis.

20    Q. Okay.  And Sergeant Dennis did this after the

21       pat frisk and hand wand?

22    A. Yes.

23    Q. Why did Sergeant Dennis do that?

1    A. Because of the inmate's behavior, he wasn't

2       being compliant.

3    Q. Okay.  So you and Sergeant Dennis were in a

4       position where you could view the whole frisk

5       as well; is that correct?

6    A. Just the upper half.

7    Q. So you were -- the half wall was in the frisk

8       room and we discussed this in other Q and As,

9       that is to prevent staff from seeing the lower

10      half of the body?

11    A. Right.

12    Q. It's for the inmate's privacy and dignity; is

13      that correct?

14    A. Yes.

15    Q. So were you to Sergeant Dennis' left or right?

16    A. I don't recall.

17    Q. So at this point you're in the room and what

18      happens next?

19    A. Officer Wilkowski started the strip frisk

20      where he asked inmate to remove article of

21      clothing and he was also directed -- directed

22      the inmate to look straight ahead while he was

23      doing so.  While he was taking off his clothes

1    inmate still kept looking around not paying

2    attention to what Officer Wilkowski was

3    telling him.  But he was -- as he was removing

4    his clothing when he passed it back to Officer

5    Wilkowski, inmate still kind of looked around.

6    He just wasn't looking straight ahead.  Wasn't

7    being compliant.

8  Q. Okay.

9  A. So as he was processing that, taking off his

10    clothes then he got to the part where he was

11    strip frisked.

12  Q. Was there any issues with taking off the

13    clothes other than him looking around?

14  A. He was just being really defiant.

15  Q. How so?

16  A. Just the looks he was giving to Officer

17    Wilkowski or to us.  He was just like taking

18    his own time.

19  Q. Okay.  When he was -- when we're talking about

20    inmate McCane, when inmate McCane was removing

21    the clothing and handing it back, was he

22    facing the wall or facing Officer Wilkowski?

23  A. He was looking all over the place.  He wasn't

22

1    looking straight ahead.  He was looking to his

2    right, to his left.

3    Q. Okay.  What I'm asking, was his body facing

4       the wall or was it facing the officer?

5    A. He was facing the wall.

6    Q. Okay.

7    A. Then he was asked to turn around so he could

8       inspect the scrotum area.

9    Q. Okay.  But during the time when he's -- we're

10      not to the strip frisk yet, we're just

11      removing the clothing.  He is facing the wall

12      and handing items of clothing back; is that

13      correct?

14   A. Yes.

15   Q. Was there a problem during that time?  Was

16      inmate McCane a problem during that time is

17      what I'm asking?

18   A. Yes.

19   Q. Okay.  How so?

20   A. By not following the orders given by Officer

21      Wilkowski.

22   Q. Okay.  Specifically which orders was he not

23      following?

23

1  A. Straight ahead.  Keeping his head and eye
2     straight ahead.  Not to look around, not to
3     move his arms, not to move unless he was
4     directed to do so.
5  Q. Okay.  Well, he has to move his arms to take
6     clothes off, right?
7  A. Right.
8  Q. But the big thing if I'm getting this
9     correctly, the issue for you was while you
10    were watching this was is that his head was
11    moving around and he was looking -- looking
12    around instead of straight at the wall; is
13    that correct?
14 A. Yes.
15 Q. Did Officer Wilkowski address this?
16 A. Yes, he did.
17 Q. How so?
18 A. He gave him direct orders like look straight
19    ahead, follow my commands.  After you take off
20    an article of clothing, place your hands
21    behind your back.  After each article of
22    clothing is taken off and passed back.  Inmate
23    kept moving his arms around instead of keeping

24

1          them locked behind his back.

2     Q.   How many times did Officer Wilkowski have to

3          restate those directions?

4     A.   Numerous times.

5     Q.   Okay.  Did Sergeant Dennis give inmate McCane

6          any direction?

7     A.   No.

8     Q.   Okay.  Did Sergeant Dennis give Officer

9          Wilkowski any direction?

10    A.   No.

11          MR. GINNITTI:  Okay.  So we'll go on to

12         the strip frisk, go ahead Chris.

13

14    EXAMINATION BY MR. TIRADO:

15    Q.   You can just -- I'll let him continue.  I

16         think the last thing you said was that Officer

17         Wilkowski asked inmate McCane to turn and face

18         him after he was done removing his clothing,

19         correct?

20    A.   Yes.

21    Q.   What happened at that point?

22    A.   Inmate was still looking around, still had his

23         hands moving instead of keeping them locked

1    behind his back as he was instructed to do so.

2    Officer Wilkowski told him to lift up his

3    scrotum or -- I got ahead.  They checked their

4    ears, their hair, have to sweep -- take their

5    finger and sweep across the mouth.  I couldn't

6    observe it from where I was standing but then

7    when that part was done he asked inmate to

8    turn around, face the wall again.  Next thing

9    I know Officer Wilkowski had the inmate up

10   against the wall forcing him down to the

11   ground.

12 Q. Okay.  When inmate McCane turned to do the

13   mouth sweep and the ears and the hair, was

14   there any interaction between the officer and

15   the inmate?

16 A. No.

17 Q. When they were facing each other?

18 A. No.

19 Q. Okay.  At any point did inmate McCane address

20   you?

21 A. He did.

22 Q. Okay.  Do you know inmate McCane?

23 A. No.  I don't remember him.

1    Q. Okay.  Do you know how he knew your name?

2    A. No.

3    Q. Because he does say your name.

4    A. Yeah, I don't know where he --

5    Q. You don't know where you know him from?

6    A. No.  Probably from another facility.

7    Q. Okay.  So they do the things that you

8       mentioned and you said Officer Wilkowski has

9       him turned back around again?

10   A. Facing the wall, correct.

11   Q. Then what happened?

12   A. I seen Officer -- I observed Officer Wilkowski

13      force inmate McCane to the wall and down to

14      the ground.

15   Q. Do you know why he forced him into the wall?

16   A. Felt threatened.

17   Q. Do you know how?

18   A. No, I couldn't see.

19   Q. Did you see any action by inmate McCane that

20      would warrant force being used?

21   A. No.

22   Q. Okay.

23   A. Not from where I was standing.

1           MR. TIRADO:  Okay.

2

3      EXAMINATION BY MR. GINNITTI:

4   Q. You were standing near the sergeant; is that

5      correct?

6   A. Yes.

7   Q. Behind Officer Wilkowski?

8   A. Yes.

9   Q. And you stated --

10  A. I couldn't see over the wall.

11  Q. You stated that you could not see the finger

12     sweep and the ear check from where you were?

13  A. That I was able to see.

14  Q. Okay.  But you testified before you couldn't

15     see the mouth sweep?

16  A. Officer Wilkowski was standing, was blocking

17     the view but I was able to see the side of it.

18          MR. GINNITTI:  Okay.

19

20      EXAMINATION BY MR. TIRADO:

21  Q. Officer Wilkowski forced inmate McCane to the

22     wall, you said they went to the floor.  At

23     that point what did you do?

28.

1   A. At that point I went in to assist Officer

2      Wilkowski.  As they were coming down I grabbed

3      inmate's legs, pulled him away from the wall

4      and I applied the figure four leg lock on the

5      inmate.

6   Q. Was inmate McCane resisting?

7   A. Yes.

8   Q. How so?

9   A. He wasn't listening to the commands.

10   Q. What were the commands?

11   A. Officer Wilkowski was asking for his hands but

12      physically he was resisting me applying the

13      figure four.

14   Q. Okay.  Was he refusing to give his hands?

15   A. Yes.  I heard Officer Wilkowski give him

16      several commands to give him his hands.

17   Q. What position is the inmate in?  Was he on his

18      back or was he on his stomach?

19   A. I don't recall.

20   Q. I'm assuming if you're doing a figure four

21      he's on his stomach, right?

22   A. He's on his stomach.

23      MR. BLENK:  Can we take a break?

1          MR. GINNITTI:  Sure.

2

3              (Recess taken)

4

5     EXAMINATION BY MR. GINNITTI:

6  Q. Officer Masucci, you stated earlier that you

7     were standing next to Sergeant Dennis and you

8     were unable to see the mouth sweep and the

9     check behind the ears; is that correct?

10 A. Yes.

11 Q. And you stated that inmate McCane had lifted

12    his penis and separated and we had gone

13    through that process; is that correct?

14 A. Yes.

15 Q. Okay.  And he was directed to turn and face

16    the wall at that point?

17 A. Yes.

18 Q. Okay.  And who gave him that direction?

19 A. Officer Wilkowski.

20 Q. What did inmate McCane do?

21 A. I couldn't see what he did at that point

22    because Officer Wilkowski -- only thing I

23    remember is Officer Wilkowski putting his

1    hands, forcing the inmate up against the wall.

2  Q. Forcing him to the wall?

3  A. Yes.

4  Q. And you don't know why?

5  A. No.

6  Q. Did inmate McCane make any threatening

7     gestures prior to that?

8  A. Not that I seen, no.

9  Q. Did he make any verbal threats?

10 A. I don't recall.

11 Q. Did he make any verbal threats throughout the

12    course of this entire process?

13 A. Not that I remember, no.

14 Q. Okay.  Did he indicate verbally that he wasn't

15    going to comply with directions?

16 A. Can you repeat that.

17 Q. Did he indicate verbally?  In other words, did

18    he say I'm not going to do that, did he

19    verbally refuse to follow a direction?

20 A. Not that I recall.

21 Q. Okay.  Did he give any other feedback, verbal

22    feedback during the process?

23 A. Not that I remember, no.

1   Q. Okay.  Did Sergeant Dennis stop the frisk at

2      any point and address McCane's either

3      resistance or slowness to follow staff

4      directions?

5   A. No.

6   Q. Okay.  So you observe Officer Wilkowski

7      forcing McCane to the wall and prior to that

8      is McCane facing the wall?

9   A. Yes.

10  Q. Okay.  He forces him to the wall and then take

11     me through what happens.

12  A. Was forcing him down to the ground and I

13     responded to assist Officer Wilkowski.

14  Q. Okay.

15  A. As we're going down I grabbed the inmate's

16     legs, pulled them away from the wall and I

17     applied the figure four leg lock on the

18     inmate.

19  Q. Okay.  Was the inmate saying anything during

20     this process?

21  A. No.

22  Q. Was he being given direction by the sergeant?

23  A. No.

32

1   Q. Were you given any verbal direction by the

2   sergeant?

3   A. No.

4   Q. Was Officer Wilkowski given any verbal

5   direction by the sergeant?

6   A. No.

7   Q. Okay.  After the figure four leg lock, tell me

8   what happens?

9   A. I was -- I grabbed -- I applied the figure

10   four leg lock on him and I recall Officer

11   Wilkowski ordering the inmate to give him his

12   hands several times.

13   Q. Okay.

14   A. Until mechanical restraints were put on him.

15   Q. Okay.  Then what happened?

16   A. Officer Wilkowski asked if everybody is okay.

17   We're all okay.

18   Q. Okay.

19   A. Let's stand him up.  We stood him up.  Then we

20   escort him out from the frisk area to his

21   cell.

22   Q. Okay.  Was the strip frisk ever completed?

23   A. Yes.

1    Q. It was?

2    A. To my knowledge.

3    Q. Okay.  Did they have the inmate bend over and

4        spread his legs exposing his anus to check for

5        contraband?

6    A. I don't recall that.

7    Q. Okay.  Did the inmate show the bottoms of his

8        feet?

9    A. Yes.

10   Q. He did, okay.  When the inmate got up after

11       the use of force, was he -- were his clothes

12       put back on, did he put his clothes back on?

13   A. No.

14   Q. Did he put any clothing on?

15   A. No.

16   Q. Was his lower half wrapped in a towel or

17       anything?

18   A. No.

19   Q. He was cuffed behind his back, he was escorted

20       to his cell; is that correct?

21   A. Yes.

22   Q. Did you participate in the escort?

23   A. Yes.

34

1   Q. Okay.  Was the inmate naked during the escort?

2   A. Yes.

3   Q. Were there injuries visible to you on the

4      inmate?

5   A. Not that I seen.

6   Q. Okay.  Did you go back into the strip frisked

7      area after inmate McCane was placed in his

8      cell?

9   A. No.

10   Q. Not the rest of the night?

11   A. Well, I did go take his property and put it in

12      his locker.

13   Q. Was there a cleanup that was done in the frisk

14      area?

15   A. Not that I know of.

16   Q. Was there blood on the floor?

17   A. Not that I seen.

18   Q. Any of inmate McCane's teeth on the floor?

19   A. Not that I seen.

20   Q. Was an inmate porter let out on the shift to

21      do a cleanup?

22   A. No,

23   Q. You stated that you have done this SHU relief

1    bid for two and a half to three years.  Do you

2    frequently work with Officer Wilkowski?

3  A. Yes.

4  Q. On quite a regular basis?

5  A. Yes.

6  Q. Okay.  You normally do admissions with Officer

7    Wilkowski?

8  A. Sometimes it would be with Officer Wilkowski,

9    other times it will be different officers.

10  Q. What I'm asking though is, have you done quite

11    a few admissions with Officer Wilkowski?

12  A. Yes.

13  Q. Do you have an estimate of how many?

14  A. Maybe a hundred.

15  Q. Okay.  That's a pretty big number.  So you

16    guys are pretty familiar with each other's

17    routine?

18  A. Yes.

19  Q. Is that safe to say?

20  A. Yes.

21

22    EXAMINATION BY MR. TIRADO:

23  Q. Is this the first use of force you've been

36

```
1          involved in in the strip room with Officer

2          Wilkowski?

3     A.  Yes.

4

5          EXAMINATION BY MR. GINNITTI:

6     Q.  You did fill out a use of force memorandum; is

7          that correct?

8     A.  Yes.

9          MR. GINNITTI:  I'm going to -- right now

10         I'm going to give the witness a copy of a two

11         page document.  It's marked as State's Exhibit

12         2 and it's titled use of force staff

13         memorandum.

14         Officer Masucci, I'm going to give you

15         this document and ask you to review it and

16         just authenticate it for me if you would,

17         please.  Just off the record for a minute.

18

19         (Discussion held off the record)

20

21    BY MR. GINNITTI:

22    Q.  Back on the record.  Officer Masucci, are you

23         familiar with the document?
```

1    A. Yes.

2    Q. Is that a copy of the use of force memorandum

3       that you submitted in conjunction with this

4       incident?

5    A. Yes.

6    Q. Is that your signature at the bottom?

7    A. Yes.

8    Q. Okay.  Do you stand by everything that's

9       written in that memorandum?

10   A. No.

11   Q. What's in there that you do not stand by?

12   A. The part I didn't remember, after having time

13      off, going through everything, I was able to

14      process it.  I remembered helping Officer

15      Wilkowski take an inmate down by pulling

16      inmate's legs away from the wall.

17   Q. So in the memorandum you simply report

18      applying a figure four leg lock.  You didn't

19      report pulling the legs out; is that correct?

20   A. Correct.

21   Q. Okay.  Anything else?

22   A. No.

23   Q. Okay.  Is there any reason why you didn't

1  report pulling the legs out?

2  A.  I didn't recall at the time.

3       MR. GINNITTI:  Okay.  Chris, do you have

4  any questions on that?

5       MR. TIRADO:  No.

6       MR. GINNITTI:  I have no further

7  questions.  Thank you.

8       MR. BLENK:  I would like to note for the

9  record that Officer Masucci's testimony was

10  not preceded by or at any point was never --

11  he's never reviewed the video prior to the

12  testimony.  Thank you.

13       MR. GINNITTI:  Thank you.

14

15       (Concluded at 11:24 a.m.)

16            *   *   *   *   *   *

17

18

19

20

21

22

23

39

1   STATE OF NEW YORK)

2               )  ss.

3   COUNTY OF ERIE   )

4

5     I, Heather Calabrese, Notary Public, in and
6   for the County of Erie, State of New York, do
    hereby certify:
7

8     That the witness whose testimony appears
    hereinbefore was, before the commencement of
9   their testimony, duly sworn to testify the
    truth, the whole truth and nothing but the
10  truth; that said testimony was taken pursuant
    to notice at the time and place as herein set
11  forth; that said testimony was taken down by
    me and thereafter transcribed into
12  typewriting, and I hereby certify the
    foregoing testimony is a full, true and
13  correct transcription of my shorthand notes so
    taken.

14

15    I further certify that I am neither counsel
    for nor related to any party to said action,
16  nor in anyway interested in the outcome
    thereof.

17

18    IN WITNESS WHEREOF, I have hereunto
    subscribed my name and affixed my seal this
19  24th day of January, 2018.

20

21  _Heather Calabrese_ _ _ _ _ _ _ _ _ _ _ _
    Heather Calabrese,
22  Notary Public,
    State of New York, County of Erie
23  My commission expires 7/21/2019

## 0

0102 [2] - 4:15, 4:20

## 1

1/13/18 [1] - 3:13
10:36 [1] - 1:13
11 [2] - 8:1, 12:8
11:24 [2] - 1:14, 38:15
12 [1] - 7:8
13th [1] - 11:5
14B0419 [1] - 11:11

## 2

2 [2] - 3:5, 36:12
2-5 [1] - 4:1
2018 [3] - 1:13, 11:5, 39:19
23rd [1] - 1:12
24th [1] - 39:19

## 3

3 [3] - 3:7, 8:1, 12:8
3052 [1] - 1:14
360 [1] - 10:10

## 4

4 [6] - 3:5, 3:7, 3:9, 3:11

## 5

5 [1] - 3:11

## 7

7 [1] - 11:5
7/21/2019 [1] - 39:23

## A

a.m [3] - 1:13, 1:14, 38:15
able [3] - 27:13, 27:17, 37:13
above-entitled [1] - 1:12
acting [1] - 18:14
action [2] - 26:19, 39:15
address [3] - 23:15, 25:19, 31:2
admission [1] - 13:6
admissions [3] - 9:6, 35:6, 35:11
admitted [2] - 11:12,

12:16
advice [1] - 6:17
advised [1] - 6:9
affixed [1] - 39:18
afternoons [3] - 8:1, 8:18, 9:15
ahead [17] - 15:22, 16:3, 16:8, 16:9, 16:10, 16:17, 17:1, 17:10, 18:12, 20:22, 21:6, 22:1, 23:1, 23:2, 23:19, 24:12, 25:3
Alden [1] - 1:14
allow [1] - 10:17
allowed [1] - 16:23
AND [1] - 1:5
answer [2] - 5:18, 6:1
anus [1] - 33:4
anyway [1] - 39:16
applied [3] - 28:4, 31:17, 32:9
applying [2] - 28:12, 37:18
area [6] - 19:13, 22:8, 32:20, 34:7, 34:14
arm [1] - 13:2
arms [4] - 17:22, 23:3, 23:5, 23:23
arounds [3] - 9:7, 9:10, 9:16
article [3] - 20:20, 23:20, 23:21
assigned [2] - 7:12, 7:18, 12:8
assist [2] - 28:1, 31:13
assuming [2] - 11:22, 28:20
attention [1] - 21:2
authenticate [1] - 36:16

## B

background [1] - 7:2
basis [1] - 35:4
behavior [3] - 18:15, 19:2, 20:1
behind [6] - 19:14, 19:15, 23:21, 24:1, 25:1, 27:7, 29:9, 33:19
bend [1] - 33:3
between [1] - 25:14
bid [4] - 7:21, 7:23, 8:2, 35:1
big [2] - 23:8, 35:15
bit [1] - 19:17
BLENK [5] - 2:9, 4:19, 6:17, 28:23, 38:8

block [1] - 9:5
blocking [1] - 27:16
blood [1] - 34:16
body [2] - 20:10, 22:3
book [2] - 9:8, 9:18
boss [5] - 13:7, 13:11, 13:13, 15:6, 15:7, 15:13
bottom [1] - 37:6
bottoms [1] - 33:7
break [1] - 28:23
brought [1] - 13:3
bubble [1] - 10:7
building [3] - 9:21, 10:18, 12:22
BY [9] - 4:8, 6:21, 24:14, 27:3, 27:20, 29:5, 35:22, 36:5, 36:21

## C

Calabrese [3] - 1:15, 39:5, 39:21
camera [1] - 13:4
carts [1] - 9:19
Case [1] - 1:9
CCC-264337 [1] - 11:8
cell [5] - 10:13, 10:14, 32:21, 33:20, 34:8
certify [1] - 39:6, 39:12, 39:15
chair [7] - 13:7, 13:11, 13:13, 13:16, 15:6, 15:7, 15:13
charges [2] - 5:21, 6:7
check [3] - 27:12, 29:9, 33:4
checked [1] - 25:3
Chris [2] - 24:12, 38:3
CHRISTOPHER [1] - 2:5
cleanup [2] - 34:13, 34:21
clothes [6] - 20:23, 21:10, 21:13, 23:6, 33:11, 33:12
clothing [6] - 20:21, 21:4, 21:21, 22:11, 22:12, 23:20, 23:22, 24:18, 33:14
coming [1] - 28:2
commands [5] - 16:1, 23:19, 28:9, 28:10, 28:16
commencement [1] - 39:8
commencing [1] - 1:13
commission [1] -

39:23
Community [3] - 5:8, 5:22, 7:6
COMMUNITY [1] - 1:5
compelled [2] - 4:21, 5:15
completed [2] - 9:7, 32:22
compliant [10] - 13:8, 13:19, 14:7, 16:2, 16:17, 17:8, 18:2, 18:9, 20:2, 21:7
comply [1] - 30:15
complying [2] - 16:6, 18:7
Concluded [1] - 38:15
concluding [1] - 1:13
conducted [2] - 4:12, 5:7
conjunction [1] - 37:3
consider [1] - 10:23
consist [1] - 8:20
Constitution [1] - 5:14
continue [1] - 24:15
contraband [1] - 33:5
control [8] - 8:16, 9:1, 9:4, 10:3, 10:6, 10:13, 13:1, 13:5
controls [1] - 9:4
cooperate [2] - 14:19, 15:4
cooperating [2] - 14:12, 14:15
copy [3] - 4:14, 36:10, 37:2
correct [24] - 10:8, 10:12, 10:14, 10:18, 10:19, 11:23, 15:3, 15:9, 15:14, 17:16, 20:5, 20:13, 22:13, 23:13, 24:19, 26:10, 27:5, 29:9, 29:13, 33:20, 36:7, 37:19, 37:20, 39:13
correction [1] - 7:11
Correctional [2] - 3:11, 7:14, 7:19
CORRECTIONS [1] - 1:4
Corrections [3] - 5:8, 5:22, 7:6
correctly [1] - 23:9
COSTANTINO [1] - 1:1
counsel [2] - 5:17, 6:17, 39:15
counts [1] - 9:16
COUNTY [1] - 39:3
County [2] - 39:6, 39:22

course [1] - 30:12
covering [1] - 9:3
Coxsackie [1] - 7:14
criminal [1] - 6:4
cuffed [1] - 33:19
cuffs [3] - 15:20, 15:21, 16:11
current [1] - 7:16

## D

date [5] - 11:12, 11:13, 11:19, 12:9, 12:15
DAVE [1] - 2:10
days [6] - 8:15, 8:16, 8:17, 9:9, 9:12, 9:14
defiant [4] - 13:8, 13:23, 14:9, 21:14
degree [1] - 10:10
Dennis [16] - 3:9, 12:6, 18:13, 18:16, 19:1, 19:11, 19:12, 19:19, 19:20, 19:23, 20:3, 24:5, 24:8, 29:7, 31:1
Dennis' [1] - 20:15
DEPARTMENT [1] - 1:4
Department [3] - 5:8, 5:22, 7:6
department [1] - 7:3
departmental [3] - 4:16, 5:20, 6:7
describe [5] - 8:13, 8:23, 12:20, 14:3, 14:17
DESCRIPTION [1] - 3:3
descriptions [1] - 8:20
different [3] - 8:14, 35:9
dignity [1] - 20:12
din [2] - 11:11, 13:4
direct [2] - 13:10, 23:18
directed [6] - 5:10, 20:21, 23:4, 29:15
direction [2] - 24:6, 24:9, 29:18, 30:19, 31:22, 32:1, 32:5
directions [4] - 14:10, 24:3, 30:15, 31:4
Directive [4] - 4:15, 4:20, 5:2
discipline [1] - 4:22
discuss [1] - 11:3
discussed [1] - 20:8
Discussion [1] - 36:19
dismissal [1] - 5:21
DOCCS [1] - 5:4

document [3] - 36:11, 36:15, 36:23
documented [1] - 11:7
done [9] - 9:11, 9:14, 16:18, 17:3, 24:18, 25:7, 34:13, 34:23, 35:10
door [5] - 10:13, 13:1, 13:2, 13:9, 18:20
down [11] - 12:12, 13:6, 13:16, 16:21, 25:10, 26:13, 28:2, 31:12, 31:15, 37:15, 39:11
downstate [1] - 7:14
duly [2] - 4:5, 39:9
during [13] - 5:17, 7:9, 16:19, 17:3, 17:5, 17:15, 17:17, 22:9, 22:15, 22:16, 30:22, 31:19, 34:1
duties [5] - 5:11, 5:20, 8:13, 8:23, 9:20

## E

ear [1] - 27:12
ears [3] - 25:4, 25:13, 29:9
edge [1] - 13:16
either [1] - 31:2
elbows [1] - 16:14
electronically [1] - 10:13
employee [1] - 4:16
employees [1] - 5:4
employment [1] - 7:2
enter [1] - 12:22
entered [1] - 14:1
entire [1] - 30:12
entitled [2] - 1:12, 5:12
entrance [2] - 18:21, 18:22
ERIE [1] - 39:3
Erie [2] - 39:6, 39:22
escort [3] - 32:20, 33:22, 34:1
escorted [1] - 33:19
escorts [1] - 15:17
ESQ [1] - 2:9
essentially [1] - 11:8
estimate [1] - 35:13
evidence [1] - 6:2
EXAMINATION [8] - 4:8, 6:21, 24:14, 27:3, 27:20, 29:5, 35:22, 36:5
examined [1] - 4:5
EXHIBIT [1] - 3:3

Exhibit [5] - 3:5, 3:7, 3:9, 3:11, 36:11
exhibits [1] - 3:17
Exhibits [1] - 4:1
experienced [1] - 10:23
expires [1] - 39:23
exposing [1] - 33:4
eye [1] - 23:1

## F

face [3] - 24:17, 25:8, 29:15
facilities [1] - 7:12
Facility [2] - 3:12, 7:19
facility [2] - 7:16, 26:6
facing [9] - 21:22, 22:3, 22:4, 22:5, 22:11, 25:17, 26:10, 31:8
fairly [1] - 10:23
familiar [4] - 10:5, 11:16, 35:16, 36:23
fed [2] - 9:11, 9:16
feed [3] - 8:17, 9:10, 9:17
feed-up [2] - 8:17, 9:10
feed-ups [1] - 9:17
feedback [2] - 30:21, 30:22
feet [2] - 17:7, 33:8
felt [1] - 26:16
few [1] - 35:11
figure [7] - 28:4, 28:13, 28:20, 31:17, 32:7, 32:9, 37:18
fill [1] - 36:6
filled [1] - 9:6
finger [2] - 25:5, 27:11
first [4] - 4:5, 8:16, 15:18, 35:23
Five [1] - 7:14
five [1] - 7:20
floor [7] - 10:16, 16:16, 16:21, 16:23, 27:22, 34:16, 34:18
follow [3] - 23:19, 30:19, 31:3
following [3] - 16:5, 22:20, 22:23
follows [1] - 4:6
FOR [2] - 2:3, 2:8
force [10] - 3:6, 3:8, 3:10, 26:13, 28:20, 33:11, 35:23, 36:6, 36:12, 37:2
forced [2] - 26:15, 27:21

forces [1] - 31:10
forcing [5] - 26:10, 30:1, 30:2, 31:7, 31:12
foregoing [1] - 39:12
forth [2] - 17:8, 39:11
forward [1] - 13:17
four [5] - 8:9, 28:4, 28:13, 28:20, 31:17, 32:7, 32:10, 37:18
frame [1] - 7:9
frequently [1] - 35:2
frisk [2] - 15:18, 16:19, 17:3, 17:11, 17:14, 17:15, 17:18, 18:21, 18:22, 19:13, 19:21, 20:4, 20:7, 20:19, 22:10, 24:12, 31:1, 32:20, 32:22, 34:13
frisked [2] - 21:11, 34:6
full [1] - 39:12

## G

gained [1] - 6:3
gallery [2] - 12:13, 12:14
Garrity [2] - 5:4, 6:16
gates [2] - 9:5, 10:14
GENERAL'S [1] - 2:3
gestures [1] - 30:7
Ginnitti [2] - 3:17, 4:11
GINNITTI [13] - 2:4, 6:21, 24:11, 27:3, 27:18, 29:1, 29:5, 36:5, 36:9, 36:21, 38:3, 38:6, 38:13
given [9] - 9:17, 22:20, 31:22, 32:1, 32:4
go-arounds [3] - 9:7, 9:10, 9:16
Gowanda [7] - 3:11, 7:15, 7:16, 7:18, 7:21, 11:6, 12:8
grabbed [4] - 13:2, 28:2, 31:15, 32:9
ground [3] - 25:11, 26:14, 31:12
guaranteed [1] - 5:13
GUEST [1] - 2:11
guys [1] - 35:16

## H

hair [2] - 25:4, 26:13
half [7] - 8:3, 10:21, 20:6, 20:7, 20:10,

33:16, 35:1
hand [4] - 17:4, 19:4, 19:21
handing [2] - 21:21, 22:12
hands [6] - 15:21, 16:12, 23:20, 24:23, 28:11, 28:14, 28:16, 30:1, 32:12
head [3] - 17:7, 23:1, 23:10
hear [1] - 18:17
heard [3] - 13:9, 13:15, 28:15
Heather [3] - 1:15, 39:5, 39:21
held [4] - 1:11, 7:10, 8:2, 36:19
helping [2] - 9:22, 10:2, 37:14
hereby [1] - 39:6, 39:12
herein [1] - 39:10
hereinbefore [1] - 39:8
hereunto [1] - 39:18
high [1] - 16:13
hold [2] - 7:21, 13:22
housed [1] - 10:7
housing [4] - 11:1, 11:6, 11:13, 14:1
hundred [1] - 35:14

## I

IAD-18-0084 [1] - 1:9
identification [1] - 4:2
IN [1] - 39:18
incident [7] - 7:4, 11:4, 11:7, 11:8, 11:16, 12:21, 37:4
including [2] - 4:22, 5:15
incriminate [1] - 5:16
indicate [2] - 30:14, 30:17
indicated [1] - 14:13
information [1] - 6:2
injuries [1] - 34:3
inmate [55] - 11:9, 11:11, 12:14, 12:16, 12:21, 13:3, 13:7, 13:12, 13:23, 16:1, 16:4, 16:14, 16:20, 16:23, 17:5, 17:17, 20:20, 20:22, 21:1, 21:5, 21:20, 22:16, 23:22, 24:5, 24:17, 24:22, 25:7, 25:9, 25:12, 25:15, 25:19,

25:22, 26:13, 26:19, 27:21, 28:5, 28:6, 28:17, 29:11, 29:20, 30:1, 30:6, 31:18, 31:19, 32:11, 33:3, 33:7, 33:10, 34:1, 34:4, 34:7, 34:18, 34:20, 37:15
inmate's [7] - 18:15, 19:2, 20:1, 20:12, 28:3, 31:15, 37:18
inspect [1] - 22:8
INSPECTOR [1] - 2:3
instead [3] - 23:12, 23:23, 24:23
instructed [2] - 13:14, 16:12, 25:1
intention [1] - 14:14
interaction [1] - 25:14
interested [1] - 39:16
Interpreted [2] - 15:2, 15:3
investigation [2] - 4:12, 5:7
investigator [4] - 2:4, 2:5, 4:9, 4:10
involved [1] - 36:1
issue [1] - 23:9
issues [1] - 21:12
items [1] - 22:12

## J

JAMES [1] - 2:9
January [3] - 1:12, 11:5, 39:19
job [4] - 7:21, 8:19, 10:20, 11:19
JOHN [1] - 2:4

## K

keeping [3] - 23:1, 23:23, 24:23
kept [3] - 16:4, 21:1, 23:23
Kickbush [1] - 3:13
kind [3] - 16:15, 17:6, 21:5
knowledge [1] - 33:2

## L

lack [1] - 16:3
last [1] - 24:16
laws [1] - 5:13
left [2] - 20:15, 22:2
leg [5] - 28:4, 31:17, 32:7, 32:10, 37:18
legal [1] - 5:17

legs [6] - 28:3, 31:16, 33:4, 37:16, 37:19, 38:1
lift [1] - 25:2
lifted [1] - 29:11
listen [1] - 15:23
listening [1] - 28:9
lock [7] - 16:13, 16:14, 28:4, 31:17, 32:7, 32:10, 37:18
locked [2] - 24:1, 24:23
locker [1] - 34:12
log [1] - 9:7
logged [1] - 9:9
look [13] - 8:22, 15:22, 15:23, 16:3, 16:8, 16:9, 16:17, 16:23, 17:1, 17:10, 20:22, 23:2, 23:18
looked [2] - 19:5, 21:5
looking [20] - 16:2, 16:4, 16:15, 16:18, 16:20, 16:21, 16:22, 17:6, 17:17, 21:1, 21:6, 21:13, 21:23, 22:1, 23:11, 24:22
looks [1] - 21:16
lower [2] - 20:9, 33:16

**M**

M-C-C-A-N-E [1] - 11:9
mannerisms [2] - 14:16, 14:18
marked [2] - 4:1, 36:11
MASUCCI [1] - 1:1
Masucci [11] - 3:5, 4:9, 4:19, 6:15, 6:18, 8:20, 10:4, 11:17, 29:6, 36:14, 36:22
Masucci's [1] - 38:9
Matter [1] - 1:7
matter [1] - 1:12
McCane [27] - 11:9, 11:11, 12:16, 12:21, 13:3, 13:12, 13:23, 16:1, 17:5, 21:20, 22:16, 24:5, 24:17, 25:12, 25:19, 25:22, 26:13, 26:19, 27:21, 28:6, 29:11, 29:20, 30:6, 31:7, 31:8, 34:7
McCane's [2] - 31:2, 34:18
mechanical [1] - 32:14

memo [1] - 3:13
memorandum [7] - 3:6, 3:8, 36:6, 36:13, 37:2, 37:9, 37:17
mention [1] - 17:14
mentioned [1] - 26:8
minute [1] - 36:17
moment [1] - 14:1
morning [2] - 6:22, 6:23
mostly [2] - 8:7, 8:8
motioning [1] - 19:4
mouth [4] - 25:5, 25:13, 27:15, 29:8
move [3] - 23:3, 23:5
moves [1] - 12:23
moving [6] - 17:6, 17:9, 17:22, 23:11, 23:23, 24:23
MR [24] - 4:8, 4:19, 6:14, 6:17, 6:19, 6:21, 24:11, 24:14, 27:1, 27:3, 27:18, 27:20, 28:23, 29:1, 29:5, 35:22, 36:5, 36:9, 36:21, 38:3, 38:5, 38:6, 38:8, 38:13

**N**

naked [1] - 34:1
name [6] - 4:9, 13:4, 26:1, 26:3, 39:18
narrowly [1] - 5:10
near [1] - 27:4
need [2] - 8:23, 14:3
never [2] - 38:10, 38:11
NEW [2] - 1:3, 39:1
New [5] - 1:14, 1:17, 5:14, 39:6, 39:22
next [5] - 8:16, 19:10, 19:19, 20:18, 25:8, 29:7
night [1] - 34:10
normal [1] - 8:9
normally [1] - 35:6
Notary [1] - 1:16, 39:5, 39:22
note [1] - 38:8
notes [1] - 39:13
nothing [1] - 39:9
notice [1] - 39:10
number [8] - 8:17, 11:8, 11:11, 11:21, 11:22, 13:1, 13:4, 35:15
Number [1] - 1:9
numerous [1] - 24:4

**O**

observe [2] - 25:6, 31:6
observed [4] - 16:1, 16:19, 18:20, 26:12
observing [1] - 12:14
occasionally [1] - 8:11
occasions [1] - 8:5
occurred [1] - 11:4
OF [4] - 1:3, 1:4, 39:1, 39:3
OFFICE [1] - 2:3
Officer [52] - 6:15, 6:18, 8:20, 10:3, 11:17, 12:2, 13:5, 13:15, 13:20, 15:17, 16:2, 16:7, 16:11, 16:16, 17:4, 17:8, 17:13, 19:15, 20:19, 21:2, 21:4, 21:16, 21:22, 22:20, 23:15, 24:2, 24:8, 24:16, 25:9, 26:8, 26:12, 27:7, 27:16, 28:1, 28:11, 28:15, 29:19, 29:22, 29:23, 31:6, 31:13, 32:4, 32:10, 32:16, 35:2, 35:6, 35:11, 36:1, 37:14, 38:9
officer [17] - 4:9, 4:19, 6:22, 7:11, 9:1, 10:6, 12:12, 12:14, 17:5, 18:13, 22:4, 25:2, 25:14, 27:21, 29:6, 36:14, 36:22
officers [4] - 9:22, 10:16, 35:9
official [1] - 5:7
once [1] - 15:21
one [4] - 8:9, 11:22, 12:10
one-on-one [1] - 12:10
ongoing [1] - 4:12
opened [2] - 13:1, 13:9
opportunity [1] - 6:15
order [1] - 16:8
ordering [1] - 32:11
orders [6] - 13:10, 15:21, 16:7, 22:20, 22:22, 23:18
OSI [1] - 4:13
outcome [1] - 39:16
outlines [1] - 4:15
outside [1] - 13:2
own [1] - 21:18

**P**

p.m [1] - 11:5
PAGE [1] - 3:3
page [1] - 36:11
paperwork [1] - 9:6
part [6] - 4:11, 5:2, 5:6, 21:10, 25:7, 37:12
participate [2] - 9:20, 33:22
particular [4] - 11:19, 12:1, 12:9, 12:15
partition [1] - 13:21, 15:18
party [1] - 39:15
passed [2] - 21:4, 23:22
pat [6] - 16:19, 17:3, 17:11, 17:13, 17:15, 17:18, 19:21
paying [1] - 21:1
penis [1] - 29:12
people [1] - 10:17
performance [2] - 5:11, 5:19
physical [1] - 10:17
physically [1] - 28:12
place [3] - 21:23, 23:20, 39:10
placed [1] - 34:7
point [10] - 18:19, 20:17, 24:21, 25:19, 27:23, 28:1, 29:16, 29:21, 31:2, 38:10
Points [1] - 7:15
porter [1] - 34:20
position [2] - 20:4, 28:17
posts [1] - 9:3
preceded [1] - 38:10
present [2] - 5:17, 12:18
pretty [5] - 9:4, 9:15, 19:15, 35:15, 35:16
prevent [1] - 20:9
privacy [1] - 20:12
privileges [1] - 6:13
problem [2] - 22:15, 22:16
problems [2] - 17:11, 17:15
proceed [2] - 4:23, 6:11
proceeding [1] - 6:5
Proceedings [1] - 1:11
proceedings [1] - 5:1
process [7] - 12:23, 16:14, 29:13, 30:12,

30:22, 31:20, 37:14
processing [1] - 21:9
properly [1] - 9:8
property [1] - 34:11
Public [3] - 1:16, 39:5, 39:22
pulled [2] - 28:3, 31:16
pulling [3] - 37:15, 37:19, 38:1
pursuant [1] - 39:10
put [6] - 15:21, 16:12, 16:13, 32:14, 33:12, 33:14, 34:11
putting [1] - 29:23

**Q**

questioned [1] - 6:6
questioning [1] - 6:11
questions [6] - 5:9, 5:17, 5:19, 7:2, 38:4, 38:7
quite [2] - 35:4, 35:10

**R**

read [2] - 4:19, 5:3
realize [1] - 8:14
really [1] - 21:14
reason [2] - 6:3, 37:23
Recess [1] - 29:3
record [7] - 4:18, 5:5, 8:21, 36:17, 36:19, 36:22, 38:9
recreation [1] - 9:14
recs [1] - 9:11
refuse [2] - 5:18, 30:19
refuses [1] - 6:18
refusing [1] - 28:14
regular [1] - 35:4
related [3] - 5:11, 5:19, 39:15
relation [1] - 6:6
relief [3] - 8:1, 8:13, 34:23
remember [6] - 25:23, 29:23, 30:13, 30:23, 37:12
remembered [1] - 37:14
remove [1] - 20:20
removing [4] - 21:3, 21:20, 22:11, 24:18
repeat [1] - 30:16
report [4] - 3:10, 37:17, 37:19, 38:1
Reporter [1] - 1:16
requests [1] - 5:1

resistance [1] - 31:3
resisting [2] - 28:6, 28:12
respond [2] - 14:23, 15:1
responded [1] - 31:13
responsible [1] - 9:2
rest [1] - 34:10
restate [1] - 24:3
restraints [1] - 32:14
result [1] - 5:21
retained [1] - 4:17, 36:15
review [2] - 4:17, 36:15
reviewed [2] - 5:3, 38:11
rights [4] - 4:15, 4:18, 5:12, 6:8
Road [1] - 1:14
room [7] - 18:14, 18:18, 18:21, 18:22, 20:8, 20:17, 36:1
routine [2] - 9:9, 35:17

**S**

S-H-U [1] - 10:4
safe [1] - 35:19
scan [1] - 17:4
scrotum [2] - 22:8, 25:3
seal [1] - 39:18
second [1] - 13:22
secure [1] - 11:1
see [9] - 26:18, 26:19, 27:10, 27:11, 27:13, 27:15, 27:17, 29:8, 29:21
seeing [1] - 20:9
Senior [2] - 2:4, 4:10
separated [1] - 29:12
sergeant [6] - 12:3, 12:6, 27:4, 31:22, 32:2, 32:5
Sergeant [16] - 18:13, 18:16, 19:1, 19:10, 19:12, 19:19, 19:20, 19:23, 20:3, 20:15, 24:5, 24:8, 29:7, 31:1
Services [1] - 7:6
set [1] - 39:10
several [3] - 13:10, 28:16, 32:12
shift [2] - 12:8, 34:20
Shorthand [1] - 1:15
shorthand [1] - 39:13
show [1] - 33:7
showers [1] - 9:18
SHU [25] - 8:1, 8:6,

8:7, 8:8, 8:13, 8:16, 8:17, 9:1, 9:4, 9:5, 9:9, 9:10, 9:14, 9:21, 10:3, 10:4, 11:12, 11:21, 11:22, 12:3, 12:8, 12:16, 13:1, 34:23
side [2] - 14:4, 27:17
sign [1] - 6:15
signaled [1] - 19:7
signature [1] - 37:6
simply [1] - 37:17
sit [4] - 13:6, 13:11, 13:12, 13:16
slide [2] - 13:17
slow [3] - 14:23, 16:1, 16:20
slowness [1] - 31:3
sometimes [1] - 35:8
sorry [1] - 19:11
speaking [1] - 11:17
special [3] - 11:6, 11:13, 14:1
specific [1] - 9:3
specifically [4] - 5:10, 7:4, 11:4, 22:22
spread [1] - 33:4
ss [1] - 39:2
staff [6] - 3:6, 3:8, 12:7, 20:9, 31:3, 36:12
stand [6] - 13:15, 19:9, 19:18, 32:19, 37:8, 37:11
standing [7] - 19:12, 19:13, 25:6, 26:23, 27:4, 27:16, 29:7
start [2] - 4:14, 7:1
started [1] - 20:19
STATE [2] - 1:3, 39:1
state [1] - 13:4
State [6] - 1:17, 3:5, 3:7, 3:9, 3:11, 4:1, 5:13, 39:6, 39:22
State's [1] - 36:11
statements [3] - 6:1, 6:3, 6:5
States [1] - 5:15
steady [1] - 8:8
step [3] - 14:4, 14:5, 14:21
still [10] - 13:19, 16:4, 16:15, 16:18, 17:6, 17:17, 21:1, 21:5, 24:22
stomach [3] - 28:18, 28:21, 28:22
stood [3] - 13:19, 19:10, 32:19
stop [2] - 17:9, 31:1

straight [14] - 15:22, 16:3, 16:8, 16:9, 16:17, 17:1, 17:10, 20:22, 21:6, 22:1, 23:1, 23:2, 23:12, 23:18
strip [7] - 20:19, 21:11, 22:10, 24:12, 32:22, 34:6, 36:1
subject [1] - 5:20
submitted [1] - 37:3
subscribed [1] - 39:18
subsequent [2] - 6:4, 6:8
Superintendent [1] - 3:12
SUPERVISION [1] - 1:5
Supervision [3] - 5:9, 5:23, 7:7
supplies [2] - 9:17
swap [1] - 8:4
sweep [6] - 25:4, 25:5, 25:13, 27:12, 27:15, 29:8
sworn [2] - 4:5, 39:9

**T**

teeth [1] - 34:18
termination [1] - 4:23
terms [1] - 14:22
TESSMER [1] - 2:10
testified [2] - 4:6, 27:14
testify [2] - 5:18, 39:9
testimony [7] - 38:9, 38:12, 39:8, 39:9, 39:10, 39:11, 39:12
THE [2] - 2:3, 2:8
thereafter [1] - 39:11
thereof [1] - 39:16
THOMAS [1] - 2:11
threat [2] - 4:22, 18:10
threatened [1] - 26:16
threatening [3] - 18:1, 18:3, 30:6
threats [2] - 30:9, 30:11
three [6] - 8:3, 8:9, 9:18, 10:21, 35:1
throughout [1] - 30:11
Tirado [1] - 4:10
TIRADO [9] - 2:5, 4:8, 6:14, 6:19, 24:14, 27:1, 27:20, 35:22, 38:5
titled [1] - 36:12
titles [1] - 7:9
today [2] - 4:14, 11:3

took [3] - 13:21, 18:7, 18:9
towards [1] - 5:10
towel [1] - 33:16
transcribed [1] - 39:11
Transcript [1] - 1:11
transcript [1] - 5:1
transcription [1] - 39:13
true [1] - 39:12
truth [3] - 39:9, 39:10
turn [4] - 22:7, 24:17, 25:8, 29:15
turned [2] - 25:12, 26:9
twice [5] - 9:18, 9:19, 15:7, 15:11, 15:12
two [12] - 8:3, 8:9, 8:16, 8:17, 9:9, 9:15, 10:20, 11:21, 13:1, 35:1, 36:10
typewriting [1] - 39:12

**U**

unable [1] - 29:8
under [1] - 4:21
understood [1] - 18:12
unit [3] - 11:1, 11:6, 11:14
United [1] - 5:14
units [1] - 10:11
unless [1] - 23:3
unusual [1] - 11:7
up [16] - 4:22, 8:17, 9:10, 13:9, 13:16, 13:19, 15:22, 16:12, 16:22, 25:2, 25:9, 30:1, 32:19, 33:10
upper [1] - 20:6
ups [1] - 9:17

**V**

verbal [5] - 30:9, 30:11, 30:21, 32:1, 32:4
verbally [3] - 30:14, 30:17, 30:19
video [1] - 38:11
view [3] - 10:10, 20:4, 27:17
visible [1] - 34:3

**W**

wall [29] - 13:21, 15:18, 15:22, 16:13, 16:21, 19:14, 20:7,

21:22, 22:4, 22:5, 22:11, 23:12, 25:8, 26:10, 26:10, 26:13, 26:15, 27:10, 27:22, 28:3, 29:16, 30:1, 30:2, 31:7, 31:8, 31:10, 31:16, 37:16
wand [2] - 17:4, 19:21
warnings [2] - 5:4, 6:16
warrant [1] - 26:20
watch [1] - 12:10
watching [1] - 23:10
waved [4] - 18:14, 18:16, 18:18, 19:1
Weaver [1] - 19:10
week [3] - 9:18, 9:19
Wende [1] - 1:14
WHEREOF [1] - 39:18
whole [4] - 9:5, 20:4, 39:9
Wilkowski [49] - 3:7, 12:2, 13:5, 13:15, 13:20, 15:17, 15:20, 16:3, 16:11, 16:16, 17:4, 17:9, 17:13, 19:15, 20:19, 21:2, 21:5, 21:17, 21:22, 22:21, 23:15, 24:2, 24:9, 24:17, 25:2, 25:9, 26:8, 26:12, 27:7, 27:16, 27:21, 28:2, 28:11, 28:15, 29:19, 29:22, 29:23, 31:6, 31:13, 32:4, 32:11, 32:16, 35:2, 35:7, 35:8, 35:11, 36:2, 37:15
Wilkowski's [1] - 16:7
Willard [1] - 7:15
willingness [1] - 15:4
wish [1] - 6:11
wishes [1] - 4:23
WITNESS [2] - 2:8, 39:18
witness [2] - 36:10, 39:8
words [1] - 30:17
wrapped [1] - 33:16
written [1] - 37:9

**Y**

years [6] - 7:8, 7:20, 8:3, 10:21, 35:1
YORK [2] - 1:3, 39:1
York [5] - 1:15, 1:17, 5:14, 39:6, 39:22
yourself [2] - 5:16, 10:23

DEPAOLO·CROSBY REPORTING SERVICES, INC.
170 Franklin Street, Suite 601, Buffalo, New York 14202
716-853-5544