# Exhibit P



# NEW YORK STATE | Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## NYSCOPBA SUSPENSION NOTICE

TO: Constantino Masucci, Correction Officer

FROM: *Susan R. Kickbush*
Susan R. Kickbush, Superintendent

DATE: February 6, 2018

Pursuant to Article 8, Section 4 of the current Agreement between the State of New York and NYSCOPBA, you are immediately suspended from duty, without pay, until further notice.

You are directed to return your identification card, badge and badge case to me.

This suspension from duty prohibits you from entering or being on the grounds of any correctional facility without the expressed written permission of the Superintendent/Regional Director.

In addition, I advise you that your suspension from duty carries with it a suspension of your Peace Officer status and rescinds your authority to possess and carry firearms.

A Notice of Discipline is being served to you at this time.

--------------------------------------------------------------------------------

In accordance with the negotiated agreement, you are allowed if you so wish to draw from accrued annual or personal leave credits or holiday leave. The use of these accruals is optional.

__✓__ Yes, I wish to use my accruals as referenced above.

____ No, I decline to use my accruals as referenced above.

I acknowledge receipt of this notice:

_____         _____
Employee Signature                                                     Witness

Attachment: "Reason for Suspension"
Cc: Bureau of Labor Relations (2)