# Exhibit Q



## Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## REASON FOR SUSPENSION STATEMENT

TO: Constantino Masucci, Correction Officer

FROM: Susan Kickbush, Superintendent

DATE: February 6, 2018

**REASON FOR SUSPENSION:**

Your use of unnecessary and/or excessive physical force resulting in serious physical injury to an inmate on January 13, 2018.

---

**EMPLOYEE'S RESPONSE:**

I acknowledge receipt of this notice:

_____
Employee Signature

_____
Witness