# Exhibit R

November 9, 2021


Lipsitz Green Scime Cambria
Patrick MacKey
42 Delaware Ave. Suite 12
Buffalo, NY    14202

RE:  David McCane v. Wilkowski. Et al
Case 18 cv 01489 (W.D.N.Y.)

I have been hired by the law firm of Lipsitz Green Scime Cambria to offer expert testimony in the case of David McCane v Wilkowski et al
Case 18 cv 01489 (W.D.N.Y.). My rate for this work is $150 per hour, $400 a day for actual court testimony.

I am a retired NYS Correction Captain. My entire career was at Auburn Correctional Facility, a maximum-security correctional facility. As an officer, I spent 10 years assigned to the Main Recreation Yard at Auburn. I was involved personally in numerous Uses of Force. Further, I did in-service training for Stress Management, Transportation of Inmates, and Use of Force.

After 10 years, I was promoted to Sergeant. I spent the next 7 years as the Main Yard Sergeant. Again, because of my job assignment, I was involved in numerous Uses of Force, now as a supervisor.

My next promotion was to Lieutenant as the Watch Commander. This position required me to compile Uses of Force and Unusual Incidents. The Watch Commander runs the shift that he/she is assigned to. An important part of the Watch Commander's duties is to instruct subordinates in proper Uses of Force and documentations of that force.

The next 11 years I took the position of Captain at Auburn Correctional. I was now responsible for Uses of Force from all shifts, reviewing videos, compiling all pertinent paperwork, and forwarding that paperwork to my Superiors with my comments.


In all the ranks that I have held, I did in-service training for Report Writing, Legal Issues, and proper Use of Force. As Captain, I taught at the Academy on issues such as the Hurley decree and the Anderson stipulation. I was involved in criminal prosecution for felonies committed inside a Correctional Facility, which required constant contact with the local DA and the BCI (State Police). I finished my career with 33 years of service at Auburn Correctional.

I have written expert testimony for a Use of Force from Fishkill, which that case never went to trial, three State Court of Claims cases, one for Use of Force, one for due process issues, and one from Bare Hill on frostbite. I was a witness in two Federal cases more than 4 years ago.

-Case 18cv01489 WDNY

I have reviewed the video of the 1/13/18 incident numerous times. Further, I have read the Use of Force reports of CO Masucci, CO Wilkowski and Sgt. Dennis. The examinations before trial transcripts were read by me for CO Wilkowski and CO Masucci. I have read Mr. McCane's entire deposition transcript and examined all the medical reports about the specific alleged injuries that incurred on 1/13/18, provided in plaintiff's Rule 26 disclosure. I have also reviewed Directive 4944, the Department's directive on Use of Force.

The staff and Mr. McCane all agree that CO Masucci was behind CO Wilkowski during the frisk. CO Masucci was involved in the frisking of Mr. McCane's clothing, looking for contraband. CO Wilkowski states that he was threatened by Mr. McCane and pinned him against the wall. CO Masucci responded to Wilkowski's actions and pulled Mr. McCane's legs, forcing him to the floor, neutralizing the threat. CO Masucci acted responsibly to protect a fellow staff member.

It is in my opinion, with a reasonable degree of certainty, that CO Masucci acted appropriately in compliance with the Department of Corrections Use of Force guidelines.

*[signature]*

John R. Rourke
22 Walnut Street
Auburn, NY
13021
315-253-8615
315-224-4102

Objective:

Security Position

Education:        Auburn Community College - 1971 - AA

SUNY - Oswego
3 Semesters Sociology

QUALIFICATIONS:

Full-Time Security - Auburn High School - 9/07 - present. Working with staff and 1450 students. Work daily with our two Security Resource Officers (Auburn Police) to make the High School a safe and calm setting for everyone.

Captain - 9/95 -11/06. Retired as Captain at Auburn Correctional Facility November 2006. Supervised 535 Correction Officers, 40 Sergeants, and 10 Lieutenants. I had responsibility for enforcing the Hurley Decree, and most recently the Anderson Stipulation (Mentally ill inmates). Further I acted as an Administrative Representative to handle union matters, handled all inmate grievances for the Superintendent, wrote responses to inmates for the Administration, worked daily with the Cayuga County District Attorney and the State Police with regard to criminal prosecution' of inmates, worked closely with the Department of Mental Hygiene to aide the mentally ill inmates, stayed in contact with the Employee Assistance Program to help employees in crisis.

Organized inmate work crews to maintain the facility. Maintained security and scheduled training for subordinates. Constantly in contact with OGS (Office of General Services) about upcoming construction projects.

Had the responsibility of safe and secure housing of 1800 inmates, Commissioner's Hearing Officer (Discipline), ran the TAC Time Allowance Committee (good time), review all Uses of Force and Unusual Incidents.

Correction Lieutenant - 1990-1995 - In charge of the daily running of the facility as a Watch Commander - made daily decisions on the running of the facility. Complete reports, Unusual Incidents and Uses of Force, supervise shift Sergeants and officers maintained the well being of 1800 inmates, met with Commissioner's Hearing Officer weekly for discipline updates. Attended Watch Commander and Lieutenant's School in Albany.

(Cont'd)

-3-

References:

Harold Graham
Superintendent
Auburn Correctional Facility
135 State Street
Auburn, NY 13021
315-253-8401, ext. 2000

Dawson Brown
First Deputy Superintendent
108 Crestview Terrace
Syracuse, NY 13204
315-468-6873

Brian Morgan
Auburn High School
Principal
Lake Ave.
Auburn, NY   13201
315-255-8300