# Exhibit S

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
DAVID MCCANE,

         Plaintiff,      **PLAINTIFF'S EXPERT**
                **DISCLOSURE**

    -against-
                Docket No:

CORRECTION OFFICERS D. WILKOWSKI, MASUCCI, T.
BUNN, FLINCH, HILLMAN, AD SERGEANT APPLEBERRY,   18-CV-01489
In Their Individual Capacities

         Defendants.
----------------------------------------------------------------------X

  PLEASE TAKE NOTICE, that Plaintiff hereby provides the following information pursuant to FRCP Rules 26(a)(2)(B):

1. Dr. Daniel A. Klapper, M.D has been retained as an expert

2. A copy of Dr. Klapper's expert report is attached hereto.

3. Dr. Klapper reviewed, and may rely upon trial, the relevant medical records for David McCane, including the DOCCS medical records, Erie County Medical Center medical records, Erie County Medical Center radiology records Use of Force and Unusual Incident Report from the Department of Corrections, as well as the relevant pleadings, discovery, video tapes, photographs and deposition testimony had herein.

4. A copy of Dr. Klapper's CV is attached hereto.

5. Dr. Klapper has not provided testimony as an expert in the last four years.

6. Dr. Klapper will be compensated at a rate of $400.00 per hour for his examination of the Plaintiff and review of medical records in preparation of this report.

Dated: New York, New York

1

November 24, 2021

Yours, etc,

*[signature]*

Caitlin Robin, Esq
Caitlin Robin & Associates, PLLC
*Attorneys for Plaintiff*
DAVID MCCANE
30 Broad Street, Suite 702
New York, NY 10004
(646) 524-6026
Caitlin@robinandassociates.com

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DAVID MCCANE,

                        Plaintiff,

-against-

CORRECTION OFFICERS D. WILKOWSKI, MASUCCI, T. BUNN, FLINCH, HILLMAN, AD SERGEANT APPLEBERRY, In Their Individual Capacities

                        Defendants.
------------------------------------------------------------------------X

**EXPERT DISCLOSURE PURSUANT TO FRCP 26(A)(2)(B)**

Docket No:

18-CV-01489

I, Dr. Daniel A. Klapper, M.D, have been retained as an Expert Witness by plaintiff. I hereby submit the following Expert Disclosure. I expect to testify as an Expert in Ophthalmology, concerning pathology and related areas as well as to any and all sequelae related thereto as it relates to Plaintiff's injuries resulting from the incident of January 13, 2018.

In addition to presenting my preliminary opinions, and the basis for those opinions, this report includes other disclosures as required by FRCP section 26(1)(2)(B).

## I. FACTS AND DATA CONSIDERED

### a. Plaintiff's Narrative of Medical History and Mode of Current Injury

1.    Prior to rendering any opinion, on November 5, 2021, at 2:00 P.M, I had the opportunity to examine Mr. David McCane, the Plaintiff in the instant action, via Webex video conference. I reviewed his medical records from DOCCS medical records, Erie County Medical Center medical records, Erie County Medical Center Radiology records, Use of Force and Unusual Incident Report from the Department of Corrections, as well as the videotape of the assault and photographs of his injuries.

2.    David McCane reported that on January 13, 2018, at approximately 6:35 P.M, while

3

he was incarcerated at Gowanda Correctional Facility in the custody of DOCCS, he was subjected to excessive force and was assaulted by several Defendant officers. The Defendant officers struck him in the back of the head slamming his face into the wall and continued to assault him even after he had lost consciousness and collapsed to the floor. When he regained consciousness on the floor, the Defendant officers were repeatedly striking him. Following the assault, at approximately 7:25 P.M, David McCane was examined by DOCCS medical staff at his cell, David McCane was then examined by an Erie County Medical Center physician via 'telemed' conference who instructed him to be transported to their facility for further evaluation. Medical staff at Erie County Medical Center noted noted swelling to his eyes and ordered a CT scan of his head. Following the CT scan, Erie County Medical Center doctors diagnosed Plaintiff with facial fractures to the left lamina papyracea and left lateral orbital floor without entrapment, ethmoid sinus opacification, and medical rectus muscle injury of his left eye. They also re-examined his jaw and mouth noting a laceration to his tongue and swelling.

3. David McCane related that he currently suffers from orbital pain, blurry vision in his left eye, and dry eye. He has suffered left sided headaches, and mouth pain, as well as an increased sensitivity to bright lights in the dates since the attack.

4. He reports that post attack he has suffered from residual nerve damage in his left eye which causes twitching. He reports that the area of the injury is still tender, and that he has occasional instances of both double and triple vision from his left eye.

5. I have requested that facility staff allow an in person ophthalmologic examination to evaluate and confirm the opthalmic etiology of these symptoms and whether further neurologic consultation is warranted to evaluate the monocular dipoplia and twitching.

**b. Document Review**

4

6. In addition to taking a medical history from Plaintiff, I also reviewed his medical records from DOCCS, Erie County Medical Center, his Use of Force and Unusual Incident Report from the Department of Corrections, Erie County Medical Center Radiology records as well as the videotape of the assault and photographs of his injuries. My review of the records corroborated the injuries the Plaintiff has reported he suffered as a result from the assault.

7. Plaintiff's CT face scan performed at Erie County medical center on January 14, 2018 indicate Plaintiff sustained fractures of the left lamina papyracea and left orbital floor without entrapment ethmoid sinus opacification medial rectus muscle injury.

8. Plaintiff's ophthalmology consult obtained on February 2, 2018 indicated the following:

   a. Left orbital fracture without entrapment and without intraocular injury

   b. Glaucoma suspect

   c. Dry eye

### C. Examination of the Plaintiff

9. The examination revealed the Plaintiff to be a 31-year-old male, who is suffering from the aftermath of an assault that took place at Gowanda Correctional Facility on January 13, 2018 at approximately 6:35 P.M.

10. Upon examination, the Plaintiff complained of left sided headaches, mouth pain, difficulty with bright lights as well as twitching in this left eye. Plaintiff also complains that the area of injury was still tender and occasionally experiences double and triple vision in his left eye- these reported symptoms are all consistent with the type of trauma Plaintiff received as a result of the subject assault.

## II.     OPINIONS AND REASONS THEREFOR

11.     It is in my opinion, within a reasonable degree of medical certainty that plaintiff's injuries are causally related to the assault and that further evaluation and treatment is needed to understand the potential future treatment the Plaintiff may need, as well as the related cost of his future medical treatment, and potential permanent deficits.

12.     Due to the COVID-19 pandemic, I was unable to perform an in-person an evaluation of Plaintiff. It is in my opinion, within a reasonable degree of medical certainty that plaintiff's injuries need to be evaluated by an in person ophthalmologist to determine if there is an ophthalmic etiology to his symptoms and whether further consultation is warranted to evaluate the (monocular) diplopia and twitching- I will be in a position to supplement my report upon receipt and review of the evaluation I have requested.

## II.     Qualifications

13.     I am a physician duly licensed in the State of New York and board certified by the American Board of Ophthalmology. I graduated from Albert Einstein College of Medicine and completed my residency in Ophthalmology at Brookdale Hospital and Medical Center.

14.     I have also attached my most recent Curriculum Vitae, which list all of my qualifications as well as publications I have authored

## IV.     PRIOR TESTIMONY

15.     I have not provided testimony as an expert witness in the last four years.

## V.     COMPENSATION DISCLOSURE

16.     I, Daniel A. Klapper, am being compensated for the work that I performed in examining the Plaintiff and in reviewing the medical records in preparation of this report. I am

being compensated at a rate of $400.00 per hour. This compensation is unrelated to any outcome in this matter.

Dated: New York, New York
      November 24, 2021

_____
Daniel A. Klapper, M.D

**Daniel A. Klapper M.D.**
7 West 81st Street@ Central Park West New York City 10024
185 Cedar Lane, Teaneck New Jersey 07666
Doctorklapper@gmail.com
212 874-2726

**Board Certified Ophthalmologist and Eye Surgeon**

## EXPERIENCE

**Maintained Private Practice with offices in New York City and New Jersey**            1988- present

- Managed solo private practice in General Ophthalmology with emphasis in Glaucoma, Cataract and various diseases of the Eye, treating all ages.
- Performed Surgery including Glaucoma and Cataract Surgery and Various Laser surgeries including Lasik
- Attending Physician at The Manhattan Eye and Ear Hospital in New York City
- Supervising Physician at the Glaucoma Clinic1 and the West Eye Clinic, mentoring residents and medical students
- Attending Physician at Albert Einstein College of Medicine/ Montefiore Hospital and Medical Center

## EDUCATION

| | |
|---|---|
| **Albert Einstein College of Medicine** | **MD degree 1984** |
| **Board Certified by the American Board of Ophthalmology** | **1984 1991** |

- Chief Resident- Department of Ophthalmology Brookdale Hospital and Medical Center    1987-1988
- Resident -Department of Ophthalmology Brookdale Hospital and Medical Center    1985-1987
- Resident -Department of Internal Medicine Brookdale Hospital and Medical Center    1984-1985
- Certified Summit Excimer laser    1996
- Certified Visx Laser    1998
- Fellowship in Laser surgical - medical treatment of refractive disorders including PRK and Lasik with Dr Peter Hersh, Chairman of the Cornea Department University of Medicine and Dentistry of New Jersey    1998-1999
- Fellowship in advanced Lasik techniques Dr J Vidaurri    1999

**The College of the City of New York**            **B.S Biochemistry 1980**
- Summa Cum Laude, Phi Beta Kappa, Kappa Delta Phi, Recipient of the Rover Award in Biochemistry, Recipient of the Division of Science Award of the College, and Recipient the New York Regents Award.

**Publications and Presentations**
- Co-Investigator- Ab interno sclerostomy in the treatment of Refractory Glaucoma, using the thermal YAG laser 1995-
- Author of the Emergency Management of Acute Glaucoma section of the North Central Bronx Emergency Medical Manual.
- Infantile Subconjunctival and Anterior Orbital Fibrous Histiocytoma- Ultrastructural and Immunohistochemical Studies. Jacobiec F.A., Klapper D.A., Maher E., Krebs W., Ophthalmology 95:516-525
- Pseudomonas Keratits within a Radial Keratotomy Incision case report
- Penetrating Keratoplasty in a 10 day old child a product of a 26 week gestation case report and grand rounds report
- Ab interno Holmium YAG laser filtration surgery presentation at George Wise Paul Henkind Day Albert Einstein College of Medicine/ Montefiore Hospital
  Presented  Grand Rounds for Attending Physicians of Manhattan Eye and Ear Hospital