# Exhibit T

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
DAVID MCCANE,

        Plaintiff,        **PLAINTIFF'S**
                     **SUPPLEMENTAL EXPERT**
  -against-             **DISCLOSURE**

CORRECTION OFFICERS D. WILKOWSKI, MASUCCI, T.  Docket No:
BUNN, FLINCH, HILLMAN, AD SERGEANT APPLEBERRY,
In Their Individual Capacities         18-CV-01489

        Defendants.
-------------------------------------------------------------------------------X

   PLEASE TAKE NOTICE, that Plaintiff hereby provides the following information

pursuant to FRCP Rules 26(a)(2)(B) as a supplemental disclosure:

1. Dr. Klapper has reviewed, and may rely upon trial, the relevant medical records for

  David McCane, including the DOCCS medical records, Erie County Medical

  Center medical records, Erie County Medical Center radiology records, Use of

  Force and Unusual Incident Report from the Department of Corrections, Upstate

  University Hospital Radiology Records and Report, DOCCS Ophthalmology

  consult performed on November 29, 2021 and December 27, 2021, as well as the

  relevant pleadings, discovery, video tapes, photographs and deposition testimony

  had herein.

2. A copy of his supplemental findings are attached hereto.

Dated: New York, New York

  December 29, 2021

                 Yours, etc.

                 *Caitlin Robin*
                 _____
                 Caitlin Robin, Esq

Caitlin Robin & Associates, PLLC
*Attorneys for Plaintiff*
DAVID MCCANE
30 Broad Street, Suite 702
New York, NY 10004
(646) 524-6026
Caitlin@robinandassociates.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
DAVID MCCANE,

                       Plaintiff,

      -against-

CORRECTION OFFICERS D. WILKOWSKI, MASUCCI, T.
BUNN, FLINCH, HILLMAN, AD SERGEANT APPLEBERRY,
In Their Individual Capacities

                      Defendants.
------------------------------------------------------------------------------X

**SUPPLEMENTAL EXPERT DISCLOSURE PURSUANT TO FRCP  26(A)(2)(B)**

Docket No:

18-CV-01489

I, Dr. Daniel A. Klapper, M.D, have been retained as an Expert Witness by plaintiff. I hereby submit the following supplemental Expert Disclosure. I expect to testify as an Expert in Ophthalmology, concerning pathology and related areas as well as to any and all sequelae related thereto as it relates to Plaintiff's injuries resulting from the incident of January 13, 2018.

Pursuant to FRCP section 26(1)(2)(B), I hereby incorporate my prior disclosure and add the additional supplementation:

          **I.**      **FACTS AND DATA CONSIDERED**

      **a.  Plaintiff's Narrative of Medical History and Mode of Current Injury**

1.      Prior to rendering any opinion, on November 5, 2021, at 2:00 P.M, I had the opportunity to examine Mr. David McCane, the Plaintiff in the instant action, via Webex video conference. I reviewed his medical records from DOCCS medical records, Erie County Medical Center medical records, Erie County Medical Center Radiology records, Use of Force and Unusual Incident Report from the Department of Corrections, Upstate University Hospital Radiology Records and Report, DOCCS Ophthalmology consult performed on November 29, 2021 and December 27, 2021  as well as the videotape of the assault and photographs of his injuries.

## II.     OPINIONS AND REASONS THEREFOR

2.     It is in my opinion, within a reasonable degree of medical certainty that plaintiff's injuries are causally related to the assault and that the Plaintiff will require further evaluation and treatment by a neurologist.

3.     It is in my opinion, based upon a reasonable degree of medical certainty upon reviewing the ophthalmologist notes from Plaintiff's November 29, 2021 and December 27, 2021 consultation that the plaintiff suffers from the following ophthalmology issues:

      a.   Visual acuity of only 20/40 in the left eye

      b.   The central corneal thickness is 540 in the right eye and 550 in the left eye

      c.   The Intraocular pressure is 17 in each eye

      d.   The optic nerves are enlarged to 0.8

4.     It is in my opinion, based upon a reasonable degree of medical certainty that further testing confirms plaintiff's complaints of blurry vision in the left eye and continuing headaches which are causally related to the assault.

5.     It is in my opinion, based upon a reasonable degree of medical certainty that further neurologic consultation will be required to treat Plaintiff's condition.

Dated: New York, New York
     December 29, 2021

_____

Daniel A. Klapper, M.D