# Exhibit V

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DAVID MCCANE,

|  | |  |
|---|---|---|
| | Plaintiff, | **PLAINTIFF'S EXPERT DISCLOSURE** |
| -against- | | Docket No: |
| CORRECTION OFFICERS D. WILKOWSKI, MASUCCI, T. BUNN, FLINCH, HILLMAN, AND SERGEANT APPLEBERRY, In Their Individual Capacities | | 18-CV-01489 |
| | Defendants. | |

-------------------------------------------------------------------------X

PLEASE TAKE NOTICE, that Plaintiff hereby provides the following information pursuant to FRCP Rules 26(a)(2)(B):

1. Dr. Michael J. Persky, M.D., has been retained as an expert

2. A copy of Dr. Persky's expert report is attached hereto.

3. Dr. Persky reviewed, and may rely upon trial, the relevant medical records for David McCane, including the DOCCS medical records, Erie County Medical Center medical records, Use of Force and Unusual Incident Report from the Department of Corrections, Cape Vincent medical records, Wende Correctional Facility medical records as well as the relevant pleadings, discovery, video tapes photographs and testimony had herein.

4. A copy of Dr. Persky's CV is attached hereto.

5. Dr. Persky has not provided testimony as an expert in the last four years.

1

6. Dr. Persky is being compensated at a rate of $250.00 per hour for his examination of the Plaintiff and his review of medical records in preparation of this report. Dr. Persky will be compensated for a flat rate of $4,000.00 for a day of trial testimony.

Dated: New York, New York
            November 24 2021

Yours, etc.

Caitlin Robin, Esq
Caitlin Robin & Associates, PLLC
*Attorneys for Plaintiff*
DAVID MCCANE
30 Broad Street, Suite 702
New York, NY 10004
(646) 524-6026
Caitlin@robinandassociates.com

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
DAVID MCCANE,

<table>
<tr><td>Plaintiff,</td><td><strong><u>EXPERT DISCLOSURE<br>PURSUANT TO FRCP<br>26(A)(2)(B)</u></strong></td></tr>
<tr><td>-against-</td><td>Docket No:</td></tr>
<tr><td>CORRECTION OFFICERS D. WILKOWSKI, MASUCCI, T.<br>BUNN, FLINCH, HILLMAN, AND SERGEANT APPLEBERRY,<br>In Their Individual Capacities</td><td>18-CV-01489</td></tr>
</table>

Defendants.
-----------------------------------------------------------------------------X

I, Michael J. Persky, M.D have been retained as an Expert Witness by Plaintiff. I hereby submit the following Expert Disclosure. I expect to testify as an Expert in the field of Otolaryngology, concerning pathology and related areas as well as to any and all sequelae related thereto as it relates to Plaintiff's injuries resulting from the incident of January 13, 2018.

In addition to presenting my preliminary opinions, and the basis for those opinions, this report includes other disclosures required by FRCP section 26(1)(2)(B).

## I.     FACTS AND DATA CONSIDERED

### a.  Plaintiff's Narrative of Medical History and Mode of Current Injury

1.      Prior to rendering any opinion, on September 2, 2021 at 3:30 P.M, I had the opportunity to examine Mr. David McCane, the Plaintiff in the instant action, via Webex video conference. I reviewed his medical records from DOCCS, Erie County Medical Center, his Use of Force and Unusual Incident Report from the Department of Corrections, Cape Vincent medical records, Wende Correctional Facility medical records, Erie County Medical Center Radiology records as well as the videotape of the assault and photographs of his injuries.

2.      David McCane reported that on January 13, 2018, at approximately 6:35 P.M, while he was incarcerated at Gowanda Correctional Facility in the custody of DOCCS, he was subjected to excessive force and was assaulted by several Defendant officers. Following the assault, at approximately 7:25 P.M, David McCane was examined by DOCCS medical staff at his cell. The medical staff noted blood on his tongue as well as teeth fractures. David McCane was then examined by an Erie County Medical Center physician via 'telemed' conference who instructed him to be transported to their facility for further evaluation. Medical staff at Erie County Medical Center noted that David McCane could not open his jaw and he was visibly deformed. They also noted swelling to his eyes and ordered a CT scan of his head. Following the CT scan, Erie County Medical Center doctors diagnosed Plaintiff with facial fractures to the left lamina papyracea and left lateral orbital floor of his left eye. They also re-examined his jaw and mouth noting a laceration to his tongue and swelling.

3.      David McCane related that he currently suffers from orbit pain, fractured teeth, mouth infections, blurry vision in his left eye, a permanent scar on his tongue, pain on his tongue, trismus, and issues with muscle mastication that is affecting his eating.

### b. Document Review

4.      In addition to taking a medical history from Plaintiff, I also reviewed his medical records from DOCCS, Erie County Medical Center, his Use of Force and Unusual Incident Report from the Department of Corrections, Cape Vincent medical records, Wende Correctional Facility medical records, Erie County Medical Center Radiology records as well as the videotape of the assault and photographs of his injuries. My review of the records corroborated with the injuries the Plaintiff suffered from the assault.

## C. Examination of the Plaintiff

5.      The examination revealed the Plaintiff to be a 31-year-old male, who is suffering from the aftermath of an assault that took place at Gowanda Correctional Facility on January 13, 2018 at approximately 6:35 P.M.

6.      Upon examination, I observed that the Plaintiff suffered facial injuries including a left lamina papyracea fracture which he confirmed happened during the assault, and for which he still feels residual tenderness and pain in addition to permanent scarring on his tongue.

7.      The Plaintiff upon examination was also suffering from trismus and muscle mastication.

8.      Plaintiff reports that he has been taking ibuprofen long term to manage his pain.

## II.      OPINIONS AND REASONS THEREFOR

9.      It is in my opinion, based upon a reasonable degree of medical certainty, that the Plaintiff suffered the following injuries on January 13, 2018: with facial fractures to the left lamina papyracea and left lateral orbital floor of his left eye, subsequent tenderness and swelling to the orbital area, tenderness and swelling at the jaw area, blurry vision to his left eye, permanent scarring on his tongue, pain on his tongue, trismus, and issues with muscle mastication.

## III.      Qualifications

12.      I am a physician duly licensed in the State of New York and board certified by the American Board of Otolaryngology. I graduated from New York University School of Medicine and completed my residency at New York University School of Medicine. I completed a fellowship at the University of Pittsburg School of Medicine, Head & Neck Surgery. I am now a

5

faculty member at NYU Grossman School of Medicine, Department of Otolaryngology - Head and Neck Surgery.

13.     I have also attached my most recent Curriculum Vitae, which list all of my qualifications as well as publications I have authored.

### IV.     PRIOR TESTIMONY

14.     I have not provided testimony as an expert witness within the last four years.

### V.     COMPENSATION DISCLOSURE

15.     I, Michael J. Persky, M.D am being compensated for the work that I performed in examining the Plaintiff and in the review of Plaintiff's medical records in preparation of this report. I have been paid $250.00 for both. If needed to testify in this matter, I will charge $4,000.00 for a day of trial testimony. This compensation is unrelated to any outcome in this matter.

Dated: New York, New York
       November 24 2021

Dr. Michael Persky

_____

Michael J. Persky, M.D

6

Date Prepared: 6/13/2021

**Curriculum Vitae**

# MICHAEL J. PERSKY, M.D.

## Contact Information

Office address: 160 E. 34th Street, 7th Floor, New York, NY 10016
Work phone: (212) 731 - 6644
Cell phone (optional): (914) 772 - 3249
Work email address: Michael.Persky@nyulangone.org
Other e-mail (optional): mjpersky@gmail.com

## Additional Information
Place of birth: New York, New York

## <u>Current Appointments and Leadership Positions</u>

### Faculty Appointment
Effective date (6/2018) | Assistant Professor of Otolaryngology – Head & Neck Surgery | Non-Tenure eligible| Department of Otolaryngology – Head & Neck Surgery | New York University School of Medicine | New York, New York

### Hospital Appointment
Effective date (8/2017) | Attending Physician | Department of Otolaryngology – Head & Neck Surgery | New York University Langone Health | New York, New York

Effective date (8/2017) | Attending Physician | Department of Otolaryngology – Head & Neck Surgery | Bellevue Hospital Center | New York, New York

Effective date (8/2017) | Attending Physician | Department of Surgery | Veterans Affairs New York Harbor Health Care System | New York, New York

### Administrative Leadership Positions
Effective date (4/2021) | Institutional | Director of Resident Education | Department of Otolaryngology – Head & Neck Surgery | New York University School of Medicine | New York, New York

Effective date (2/2019) | Institutional | Wellness Officer | Department of Otolaryngology – Head & Neck Surgery | New York University School of Medicine | New York, New York

Effective date (6/2018) | Institutional | Director of Head & Neck Robotic Surgery | Department of Otolaryngology – Head & Neck Surgery | New York University School of Medicine | New York, New York

## Education and Training

EDUCATION

**New York University School of Medicine,** New York, NY          2007 - 2011
Doctor of Medicine

**Columbia University School of General Studies,** New York, NY          2004 - 2006
Post-Baccalaureate Pre-Medical Program

**Emory University, Atlanta, Georgia**          2000 - 2004
Bachelor of Arts, Major: Psychology, Minor: Economics

RESIDENCY

**New York University School of Medicine,** New York, NY          2012 - 2016
Resident in Otolaryngology – Head & Neck Surgery

**New York University School of Medicine,** New York, NY          2011 - 2012
Internship in General Surgery

FELLOWSHIP

**University of Pittsburgh Medical Center,** Pittsburgh, PA          2016 - 2017
Advanced Oncologic Head and Neck Surgery
Focus in Advanced Head & Neck Robotics

LICENSURE AND CERTIFICATION

New York State Medical License, 289234          2017 - present
Commonwealth of Pennsylvania Medical License, MD457148          2017 – 2018
Diplomate of the American Board of Otolaryngology          2017 – present

## Previous Appointments and Leadership Positions

**Faculty Academic Appointments**
8/2017 – 6/2018 | Clinical Instructor of Otolaryngology – Head & Neck Surgery |Tenure-eligible| Department of Otolaryngology – Head & Neck Surgery | New York University School of Medicine | New York, New York

7/2016 – 6/2017 | Clinical Instructor of Otolaryngology – Head & Neck Surgery |Non tenure-eligible| Department of Otolaryngology – Head & Neck Surgery | University of Pittsburgh Medical Center | Pittsburgh, Pennsylvania

**Hospital Appointments**
7/2016 – 6/2017 | Attending Physician | Department of Otolaryngology – Head & Neck Surgery | University of Pittsburgh Medical Center | Pittsburgh, Pennsylvania

**Administrative Leadership Positions**
8/2017 – 6/2018 | Institutional | Coordinator, Head & Neck Robotic Surgery Development| Department of Otolaryngology – Head & Neck Surgery | New York University School of Medicine | New York, New York

## Awards, Honors, and Memberships in Honorary Societies

2

(List any professional awards, honors, or memberships in honorary societies that you have received. These can include: Awards for teaching, research, or clinical care; External recognition of effort or expertise; Honorary degrees. Please do not include grant renewals/awards/PI, or any new hires/promotions/tenure.)

Internal
    C-SATS Top 3 Leaderboard (forum to review, rate and rank robotic surgery)    2019
    The 2016 Kelvin Lee, M.D. Award for Excellence in Resident Teaching    2016
    Bellevue Hospital Patient Affairs Certificate of Commendation    2013
    Award for Outstanding Pediatric Narrative    2010
External
    Vail Valley Academy Math Teacher of the Year    2007
    Psi Chi (National Honor Society in Psychology)    2004

## Research Activity

### Research Activities
I endeavor to continue expanding our understanding of head and neck cancer.

### Grant History

Grants and Clinical Trials
*Please enter grant information in the tables below. These tables mirror the Funding History Template. To start a new line in the table, press the Tab key when you reach the end of a row.*

*Current*

| Funding Agency | Role | Effort % | Project Title | No-Cost Extension | Award Type | Grant # | Project ID | Project Start Date | Project End Date | Annual Project Direct Costs | Annual Project Indirect Costs | Annual Project Total Costs | Total Project Direct Costs | Total Project Indirect Costs | Total Project Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

*Pending*

| Funding Agency | Role | Effort % | Project Title | Award Type | Grant # | Project ID | Project Start Date | Project End Date | Annual Project Direct Costs | Annual Project Indirect Costs | Annual Project Total Costs | Total Project Direct Costs | Total Project Indirect Costs | Total Project Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

*Past*

| Funding Agency | Role | Effort % | Project Title | Award Type | Grant # | Project ID | Project Start Date | Project End Date | Annual Project Direct Costs | Annual Project Indirect Costs | Annual Project Total Costs | Total Project Direct Costs | Total Project Indirect Costs | Total Project Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

## Clinical Activity

I am an oncologic and tumor surgeon of the head and neck, which includes endocrine surgery for thyroid and parathyroid disease. I am a "High Volume Thyroid Surgeon," a designation for surgeons who perform more than 50 thyroid surgeries a year. I am also the leader of the Head & Neck Robotic Surgery program at NYU.

## Education Activity

My focus is on teaching residents and our fellow to be excellent clinicians and surgeons. I re-designed the resident curriculum to make didactics high yield while exposing them to the wide breadth of the field of Otolaryngology. I believe that the operating room is the most important classroom.

### Teaching Activities

Head & Neck Cancer Journal Club
Program:                                GME: Residency
Course/Module Title:                    Head & Neck Cancer Journal Club
Audience:                               Otolaryngology Residents and Head & Neck Fellow
Teaching Site:                          NYU School of Medicine
Role/Activity Type:                     Host/leader
Duration:                               5/2021 - present
Frequency of Sessions:                  Quarterly
Average Length of Sessions:             1 hour

Head Neck Cancer Screening
Program:                                GME: Residency
Course/Module Title:                    Free head and neck cancer screening
Audience:                               Otolaryngology Residents
Teaching Site:                          NYU School of Medicine
Role/Activity Type:                     Faculty supervisor, instructor
Duration:                               4/26/2018
Frequency of Sessions:                  Single event
Average Length of Sessions:             3 hours

Tracheotomy basics for nursing
Program:                                Oncology Nursing Lecture
Course/Module Title:                    Tracheotomy indications and care
Audience:                               Oncologic nurses
Teaching Site:                          Clinical Cancer Center
Role/Activity Type:                     Lecturer
Duration:                               4/10/2018
Frequency of Sessions:                  Single event
Average Length of Sessions:             1 hour

Resident and Fellow Robotic Dry Lab
Program:                                GME: Residency and Head/Neck Fellow
Course/Module Title:                    da Vinci Xi Robotic Dry Lab
Audience:                               Otolaryngology Residents, H/N Fellow
Teaching Site:                          NYU School of Medicine

Role/Activity Type:                  Faculty Lecturer
Duration:                         12/6/2018 - present
Frequency of Sessions:         Every 6 months
Average Length of Sessions:    3.0 Hours
Effort Hours (preparation plus
planning time):                   2.0 Hours

**Head & Neck Oncology Clinic**

| | |
|---|---|
| Program: | GME: Residency |
| Course/Module Title: | Head and Neck Cancer Clinic Teaching and Supervision |
| Audience: | Otolaryngology Residency |
| Teaching Site: | NYU School of Medicine |
| Role/Activity Type: | Faculty Lecturer |
| Duration: | 8/14/2017 - present |
| Frequency of Sessions: | Every 5 weeks |
| Average Length of Sessions: | 5.0 Hours |

**Head & Neck Multidisciplinary Tumor Board**

| | |
|---|---|
| Program: | GME: Residency |
| Course/Module Title: | Head and Neck Tumor Board |
| Audience: | Otolaryngology/OMFS/Radiation Oncology/Radiology/Medical Oncology/Speech and Swallow residents, fellows and faculty |
| Teaching Site: | NYU School of Medicine |
| Role/Activity Type: | Faculty expert |
| Duration: | 8/14/2017 - present |
| Frequency of Sessions: | Every week |
| Average Length of Sessions: | 1.0 Hours |

**Otolaryngology Resident Didactics**

| | |
|---|---|
| Program: | GME: Residency |
| Course/Module Title: | Otolaryngology Head & Neck Curriculum |
| Audience: | Otolaryngology residents |
| Teaching Site: | NYU School of Medicine |
| Role/Activity Type: | Faculty Lecturer |
| Duration: | 8/14/2017 - present |
| Frequency of Sessions: | Quarterly |
| Average Length of Sessions: | 1.0 Hours |

**Resident Laser Course**

| | |
|---|---|
| Program: | GME: Residency |
| Course/Module Title: | Omniguide CO2 laser course |
| Audience: | Otolaryngology Residents |
| Teaching Site: | Bellevue Hospital Center |
| Role/Activity Type: | Faculty supervisor, instructor |
| Duration: | 8/23/2017 |
| Frequency of Sessions: | Single event |

Average Length of Sessions:          3 hours

**Curriculum development and other innovative educational activities**

Curriculum Development:          Otolaryngology Head & Neck Surgery Curriculum
Program:                         GME: Residency
Course/Module Title:             Resident Didactics
Audience:                        Otolaryngology residents
Curriculum Development Type:      In person didactics
Duration:                        8/2017 - present
Frequency of Curriculum          Weekly
Development Sessions:             Ongoing
Average Length of Sessions:       1 Hour

Curriculum Development:          Transoral Robotic Surgery training
Program:                         GME: Residency
Course/Module Title:             Practice of Medicine / PLACE
Audience:                        Medical Students
Curriculum Development Type:      Online Learning Modules, Virtual tasks, OR training
Duration:                        8/2017 - present
Frequency of Curriculum
Development Sessions:             Ongoing
Average Length of Sessions:       4.0 Hours

**Invited Talks and Teaching of Peers** (These can include grand rounds, visiting professorships, lectures, keynote addresses, workshops, and other continuing medical education activities)

Internal
Sponsored by NYU Langone Health

Invited Lecturer
Program:                         Resident Didactics
Course/Module Title:             Transoral robotic surgery (TORS) overview for the radiation oncologist
Audience:                        Radiation Oncology faculty and residents
Teaching Site:                   NYU School of Medicine
Role/Activity Type:              Lecturer
Duration:                        2/2020
Frequency of Sessions:           Single event
Average Length of Sessions:       30 min

Panelist
Program:                         Oral Cavity Cancer: A comprehensive multidisciplinary approach
Course/Module Title:             Surveillance and long-term survivorship

Audience:                        Regional Head & Neck surgeons
Teaching Site:                   NYU School of Medicine
Role/Activity Type:              Panelist
Duration:                        11/2018
Frequency of Sessions:           Single event
Average Length of Sessions:      30 min

Panelist
Program:                         Oral Cavity Cancer: A comprehensive multidisciplinary approach
Course/Module Title:             Management of advanced oral cancer
Audience:                        Regional Head & Neck surgeons
Teaching Site:                   NYU School of Medicine
Role/Activity Type:              Panelist
Duration:                        11/2018
Frequency of Sessions:           Single event
Average Length of Sessions:      30 min

Invited Speaker
Program:                         Oral Cavity Cancer: A comprehensive multidisciplinary approach
Course/Module Title:             Clinical evaluation and staging of patients with oral cavity cancer
Audience:                        Regional Head & Neck surgeons
Teaching Site:                   NYU School of Medicine
Role/Activity Type:              Invited lecturer
Duration:                        11/2018
Frequency of Sessions:           Single event
Average Length of Sessions:      30 min

Invited Speaker
Program:                         Geriatrics fellowship
Course/Module Title:             Management of a neck mass
Audience:                        Geriatrics fellows
Teaching Site:                   NYU School of Medicine
Role/Activity Type:              Faculty lecturer
Duration:                        10/2018
Frequency of Sessions:           Single event
Average Length of Sessions:      1 hours

Head Neck Cancer Screening
Program:                         GME: Residency
Course/Module Title:             Free head and neck cancer screening
Audience:                        Otolaryngology Residents
Teaching Site:                   NYU School of Medicine
Role/Activity Type:              Faculty supervisor, instructor
Duration:                        4/26/2018
Frequency of Sessions:           Single event
Average Length of Sessions:      3 hours

7

Tracheotomy basics for nursing
Program:                              Oncology Nursing Lecture
Course/Module Title:                  Tracheotomy indications and care
Audience:                             Oncologic nurses
Teaching Site:                        Clinical Cancer Center
Role/Activity Type:                   Lecturer
Duration:                             4/10/2018
Frequency of Sessions:                Single event
Average Length of Sessions:           1 hour

Resident and Fellow Robotic Dry Lab
Program:                              GME: Residency and Head/Neck Fellow
Course/Module Title:                  da Vinci Xi Robotic Dry Lab
Audience:                             Otolaryngology Residents, H/N Fellow
Teaching Site:                        NYU School of Medicine
Role/Activity Type:                   Faculty Lecturer
Duration:                             12/6/2018 - present
Frequency of Sessions:                Every 6 moths
Average Length of Sessions:           3.0 Hours
Effort Hours (preparation plus
planning time):                       2.0 Hours

Head & Neck Oncology Clinic
Program:                              GME: Residency
Course/Module Title:                  Head and Neck Cancer Clinic Teaching and Supervision
Audience:                             Otolaryngology Residency
Teaching Site:                        NYU School of Medicine
Role/Activity Type:                   Faculty Lecturer
Duration:                             8/14/2017 - present
Frequency of Sessions:                Every 5 weeks
Average Length of Sessions:           5.0 Hours

Head & Neck Multidisciplinary Tumor Board
Program:                              GME: Residency
Course/Module Title:                  Head and Neck Tumor Board
Audience:                             Otolaryngology/OMFS/Radiation Oncology/Radiology/Medical
                                      Oncology/Speech and Swallow residents, fellows and faculty
Teaching Site:                        NYU School of Medicine
Role/Activity Type:                   Faculty expert
Duration:                             8/14/2017 - present
Frequency of Sessions:                Every week
Average Length of Sessions:           1.0 Hours

Resident Laser Course
Program:                              GME: Residency

| | |
|---|---|
| Course/Module Title: | Omniguide CO2 laser course |
| Audience: | Otolaryngology Residents |
| Teaching Site: | Bellevue Hospital Center |
| Role/Activity Type: | Faculty supervisor, instructor |
| Duration: | 8/23/2017 |
| Frequency of Sessions: | Single event |
| Average Length of Sessions: | 3 hours |

External to NYU Langone Health and all other NYU schools

**Invited International Speaker,** Virtual Medical AI and Robotics Conference,
England, UK                                                                                    5/2021
- The Present and Future of Head and Neck Robotics

**Grand Rounds Speaker,** Department of Otolaryngology – Head & Neck Surgery,
Rutgers University, Newark, NJ.                                                          11/2020
- Changing paradigms for paraganglioma treatment

**Invited Panelist,** Department of Otolaryngology – Head & Neck Surgery,
University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania.        3/2019
- Case Presentations

**Invited Speaker,** Department of Otolaryngology – Head & Neck Surgery,
University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania.        3/2019
- An Update on the State of Head & Neck Robotics

**Visiting Surgeon,** Department of Otorhinolaryngology, Rabin Medical Center,
Tel Aviv, Israel                                                                               6/2018
- Performed operation to teach Israeli faculty and residents

**Visiting Surgeon,** Department of Otolaryngology, Assuta University Hospital,
Ben-Gurion University of the Negev, Ashdod, Israel.                          6/2018
- Performed operation to teach Israeli faculty and residents

**Grand Round Speaker,** Department of Otolaryngology, Assuta University
Hospital, Ben-Gurion University of the Negev, Ashdod, Israel.             6/2018
- The evolution of transoral robotic surgery (TORS) in the treatment of head and neck cancer and benign disease

**Mentoring and Advising**

Postdoctoral students supervised and/or mentored
Mentor to Otolaryngology Resident, NYUSM

| | |
|---|---|
| Mentee Name(s): | Peter Benedict, MD |
| Category of Mentees: | Resident |

Mentee Current Status:          PGY-3
Mentee's Current Affiliation:   NYUSM
Period of Mentoring:            8/1/2018 - current
Mentoring Activities, Purpose and Outcome:
Provide support in order for this resident to develop surgical and patient care skills, to help him resolve any issues that arise in his work, and to help him to decide a career path within our field.

Advisor to Senior Otolaryngology Resident, NYUSM
Mentee Name(s):                Sonya Marcus, MD
Category of Mentees:           Chief Resident
Mentee Current Status:         Faculty
Mentee's Current Affiliation:  NYUSM
Period of Mentoring:           9/1/2017 – 6/31/2018
Mentoring Activities, Purpose and Outcome:
Informally advise Dr. Marcus on post-fellowship job search.  Practice interviewing skills, develop talking points. Actively interviewing.

Advisor to Medical Students applying for Otolaryngology – Head & Neck Surgery Match
Mentee Name(s):                Sophia Chen
Category of Mentees:           Medical Student
Mentee Current Status:         Medical Student, accepted to residency
Mentee's Current Affiliation:  NYUSM
Period of Mentoring:           2019-Present
Mentoring Activities, Purpose and Outcome:
Advised on path towards applying to residency. Student matched

Advisor to Medical Students applying for Otolaryngology – Head & Neck Surgery Match
Mentee Name(s):                Joseph Conners
Category of Mentees:           Medical Student
Mentee Current Status:         Medical Student, accepted to residency
Mentee's Current Affiliation:  NYUSM
Period of Mentoring:           2019-Present
Mentoring Activities, Purpose and Outcome:
Advised on path towards applying to residency. Student matched

Advisor to Medical Students applying for Otolaryngology – Head & Neck Surgery Match
Mentee Name(s):                Sachi Patil
Category of Mentees:           Medical Student
Mentee Current Status:         Medical Student, accepted to residency
Mentee's Current Affiliation:  NYUSM
Period of Mentoring:           2019-Present
Mentoring Activities, Purpose and Outcome:
Advising on path towards applying to residency. Awaiting application season

Advisor to Medical Students applying for Otolaryngology – Head & Neck Surgery Match
Mentee Name(s):                Jared Dublin

Category of Mentees:          Medical Student
Mentee Current Status:        Medical Student, accepted to residency
Mentee's Current Affiliation:  NYUSM
Period of Mentoring:          2019-Present
Mentoring Activities, Purpose and Outcome:
Advising on path towards applying to residency. Awaiting application season


Faculty mentored
None


## Institutional, Local/National Service and Related Activity

### Institutional Service

Bellevue Cancer Committee
Role:          Member
Duration:      2/2018 - present
Institution:   Bellevue Hospital
Level of Committee:  Hospital
Description/Purpose of Committee:
Maintain standards of patient cancer care and resident education


Robotics Oversight Committee
Role:          Member
Duration:      8/2017 - present
Institution:   NYU Langone Health
Level of Committee: Institution
Description/Purpose of Committee:
Collaborative effort with other robotic surgeons to advance robotic surgery at NYU. I
advance resident and faculty training and credentialing for head and neck robotics. We
discuss value and economics of new technological purchases.


### Professional Service
Professional Service for Professional Organizations

Imaging Committee of Academy of Otolaryngology – Head & Neck Surgery
Role:          Member
Duration:      8/2018 - present
Institution:   Academy of Otolaryngology – Head & Neck Surgery
Level of Committee:  National
Description/Purpose of Committee:
The charges of this committee include: 1) Educate members on policy and regulation relating to CT and other imaging
modalities. 2) Monitor and comment on: government policy and regulation related to CT and other imaging, modalities,
insurance carrier policy and coverage for CT and other imaging modalities. 3) Identify educational needs for the CT
and other imaging modalities practice areas of otolaryngology. 4) Recommend educational activities to address the
identified educational needs. 5) Collaborate as needed with other committees and producers in these efforts. 6) The

11

committee will also be responsible for the review, validation, and approval of requests to survey the AAO-HNS membership on topics related to CT and other imaging modalities as assigned.

Medical Informatics Committee of Academy of Otolaryngology – Head & Neck Surgery
Role:            Member
Duration:        8/2018 - present
Institution:     Academy of Otolaryngology – Head & Neck Surgery
Level of Committee: National
Description/Purpose of Committee:
The Medical Informatics Committee is charged with: 1) Evaluating information technologies to enhance the effectiveness and efficiency of the "hands-on" clinical practice of otolaryngology - head and neck surgery, 2) Educating otolaryngologists with programs that raise their awareness to the benefits and/or limitations of digital information applications, 3) Representing AAO-HNS in the development of the guidelines and codes in efforts or groups such as HL7 (with regards to medical XML), American Medical Informatics Association, and the Healthcare Information and Management Systems Society, 4) Advising AAO-HNS on the ramifications of the technological aspects of legislation such as HIPAA (Health Insurance Portability and Accountability Act of 1996), and 5) Performing other functions as assigned by the Board of Directors or Executive Vice President.

Peer Review Groups, Grant Application Review Groups, and Study Sections
    The Laryngoscope, Ad Hoc Reviewer                                      2017 – present
    Journal for Oto-Rhino-Laryngology, Head and Neck Surgery, Ad Hoc Reviewer        2020 – present

Advisory Boards and Consultant Positions
    None

Organizing Roles in Scientific Meetings
    None

Editorial and Journal Positions
    None

**Community Service, Volunteer Activities, and Teaching of Patients**
    Surgical Mission to Haiti, The CRUDEM Foundation, Hospital Sacre Coeur,
    Milot, Haiti                                                                2014
    • Evaluated and surgically/medically treated Haitians with head and neck pathology

**Military Service**
None

**Bibliography**
**Publications**

Peer-reviewed Publications

    Oliver J, Persky M, Wang B, Duvvuri U, Gross N, Vaezi A, Morris L, Givi B. Transoral Robotic Surgery Adoption and Safety in Treatment of Oropharyngeal Cancers. Journal of Clinical Oncology, submitted

Kwak, Paul E; Persky, Michael J; Amin, Milan R. 'Shared Decision-making and Stakeholder Engagement in COVID-19 Tracheostomy-Reply'. JAMA Otolaryngology-Head & Neck Surgery, 2021

Patel E, Oliver J, Li Z, Persky MJ, Tam M, Hu K, Jacobson A, Givi B. Primary Surgical Treatment in Very Advanced (T4b) Oral Cavity Squamous Cell Carcinomas. Otolaryngol Head Neck Surg. Accepted for publication 12/2020

Nguy S, Oh C, Wu SP, Li Z, Persky MJ, Hu K, Givi M, Tam M.  Radiotherapy in Metastatic Oropharyngeal Cancer. Laryngoscope, 10/2020, Epub ahead of print.

Kwak P, Connors J, Benedict P, Timen M, Wang B, Zhang Y, Youlios S, Sureau K, Persky MJ, Rafeq S, Angel L, Amin M. Early Outcomes from Early Tracheostomy for COVID-19 Patients. JAMA Otolaryngology-Head & Neck Surgery, 10/2020, Epub ahead of print.

Kwak, Paul E; Persky, Michael J; Angel, Luis; Rafeq, Samaan; Amin, Milan R. 'Tracheostomy in COVID-19 Patients: Why Delay or Avoid?'. Otolaryngology, head & neck surgery. 2020 ():194599820953371

Moses LE, Rotsides J, Balogun FO, Persky MS, Muggia F, Persky MJ. Oral Cavity Squamous Cell Carcinoma as a Complication of Treatment for Recurrent High-Grade Serous Cancer. Laryngoscope; 2019 Dec, online ahead of print.

Turner MT, Persky MJ, Moskovitz JM, Kim S. Salvage Transoral Robotic Surgery: A Case of a Nearly Missed Carotid Injury. Ear Nose Throat J. 2019 Sept; DOI: 10.1177/0145561319876241

Yan SX, Mojica J, Barbee D, Persky M, et al. De-escalation in HPV Era: Definitive Unilateral Neck Radiation for T3 of N2b/N3 p16+ Tonsil Squamous Cell Carcinoma Using Prospectively Defined Criteria. Int J Radiat Oncol Biol Phys, 2019 Sept; 105(1): E431.

Van Cleave JH, Fu MR; Bennet AV, Persky MJ, et al. The development, usability, and reliability of the Electronic Patient Visit Assessment (ePVA) for head and neck cancer. Mhealth, 2019 Jul; 5:1-14.

Geltzeiler M, Albergotti WG, Glysteen J, Bertolet, M, Olsen B, Persky MJ, Gross N, LI R, Andersen P, Kim S, Ferris RL, Duvvuri U, Clayburgh D. Staging HPV-Related Oropharyngeal Cancer: Validation of AJCC-8 in a Surgical Cohort. *Oral Oncology,* 2018 Sept; 84: 82-87.

Schwartz CJ; Brandler TC, Persky MJ, Li Z, Liu C. HPV+ Small Cell Carcinoma of the oral cavity with Liver Metastases: Presentation of a Rare Case. *Archives of Pathology & Laboratory Medcine, submitted.*

Persky MJ, Issa M, Goyal N, Bonfili J, Goldenberg D, Duvvuri U. Transoral surgery using the Flex Robotic System: Initial experience in the United States.  *Head Neck, accepted.*

Huyett P, Persky MJ, Johnson JT, et al. The influence of perineural and angiolymphatic invasion on survival in minor salivary gland malignancies. *Ann Otol Rhinol Laryngol, submitted*

Persky MJ, Albergotti WG, Rath TJ, et al. Positive margins by orophyarngeal subsite in transoral robotic surgery for T1/T2 squamous cell carcinoma. *Otolaryngol Head Neck Surg,* 2018 Apr; 158(4): 660-666.

Dion GR, Achlatis S, Teng S, Fang Y, Persky M, Branski RC, Amin MR. A prospective study of changes in cough strength following vocal fold augmentation. *JAMA Otolaryngol Head Neck Surg.* 2017 Jul; 143(11); 1141-1145.

Persky MJ, Sanders B, Rosen CA, Kahane J, Fang Y, Amin M, Branski R. False Vocal Fold Characteristics in Presbylarynges and Recurrent Laryngeal Neuropathy. *Ann Otol Rhinol Laryngol,* 2017 Jan; 126(1); 42-46.

Fritz M, Persky MJ, Fang Y, Simpson CB, Amin M, Akst L, Postma G. The accuracy of the laryngopharyngeal reflux diagnosis – utility of the stroboscopic exam. *Otolaryngol Head Neck Surg.* 2016 Oct; 155(4): 629-634.

Paramasivam S, Persky MJ, Berenstein A. Paraganglioma – Role of preoperative evaluation and endovascular embolization. *Oper Tech Otolaryngol Head Neck Surg.* 2016 Mar; 27(1): 7-14.

Born H, Persky M, Kraus DH, Peng R, Amin MR, & Branski RC (2015). Electronic Cigarettes: A primer for clinicians. *Otolaryngol Head Neck Surg.* 2015 Jul; 153(1); 5-14.

Persky MJ, Roof SA, Fang Y, Jethanamest DJ, April MM. Cephalosporin use in penicillin-allergic patients: a survey of otolaryngologists and literature review. *Laryngoscope.* Laryngoscope. 2015 Aug; 125(8): 1822-6.

Persky MJ, Adelman M, Zias E, Myssiorek D.  Necessity for lifelong follow-up of patients with familial paraganglioma syndrome: a case report. *Head Neck.* 2015 Dec; 37(12): 174-8.

Persky MJ, Fang Y, Myssiorek, D. Relationship of the recurrent laryngeal nerve to the superior parathyroid gland during thyroidectomy. *J Laryngol Otol.* 2014; Mar 25: 1-4

Perera TD, Thirumanqalakudi L, Glennon E, Park S, Insanally M, Persky MJ, Fonseka J, Dwork A, Sackeim H, Coplan JD, Fenton AA.  Role of Hippocampal Neurogenesis in Mnemonic Segregation: Implications for Human Mood Disorders. *World J Biol Psychiatry* 2013 Dec; 14(8): 602-10.


Peer-reviewed reviews
    None

Non peer-reviewed publications
    None

Book Chapters, Books
    Persky MJ, Duvvuri U. Carcinoma of Unknown Primary Site. In Genden E, Head and Neck Cancer: Principles of Management and Reconstruction 2nd Edition. Submitted.

    Amin M, Taliercio S, Persky M. Phonomicrosurgery. Paparella; daCosta; Singh (eds): Paparella International Textbook of Otolaryngologic Principles and Practice. Submitted/In Press.

Editorials and Commentaries
    None

Book reviews
    None
Meeting Reports, Consensus Reports, practice guidelines and any other publication
    None
Media appearances
    Discussion of head and neck robotics, neck masses. The Otolaryngology Show. Doctor Radio. SiriusXM radio. 9.20.17

    Discussion of HPV related cancer, head and neck robotics. The Otolaryngology Show. Doctor Radio. SiriusXM radio. 10.4.17

Other Media including Research and Analytic tools (Please include description)
    None

14

**Oral and poster presentations**

PRESENTATIONS

PerskyMJ The Present and Future of Head and Neck Robotics. Invited international lecturer. Virtual Medical AI and Robotics Conference, 5/2021, England.

Persky, MJ Changing paradigms for paraganglioma treatment. Grand Rounds lecture. Department of Otolaryngology – Head & Neck Surgery, New Jersey Medical School, Rutgers University, 11/2020, Newark, NJ.

Persky, MJ, Transoral robotic surgery (TORS) overview for the radiation oncologist. Department of Radiation Oncology invited lecturer, New York University Langone Health, 2/2020, New York, New York.

Persky, MJ. An Update on the State of Head & Neck Robotics. Lecturer at The Three Rivers Otolaryngology Update, Department of Otolaryngology – Head & Neck Surgery, University of Pittsburgh Medical Center, 3/2019, Pittsburgh, Pennsylvania.

Persky, MJ. Head and Neck Cancer Management, Case Presentations. Panel member at The Three Rivers Otolaryngology Update, Department of Otolaryngology – Head & Neck Surgery, University of Pittsburgh Medical Center, 3/2019, Pittsburgh, Pennsylvania.

Persky, MJ. Surveillance and long-term survivorship, panelist at Oral Cavity Cancer: A Comprehensive Multidisciplinary Approach, Department of Otolaryngology – Head & Neck Surgery, New York University Langone Health, 11/2018, New York City, New York.

Persky, MJ. Management of advanced oral cancer, panelist at Oral Cavity Cancer: A Comprehensive Multidisciplinary Approach, Department of Otolaryngology – Head & Neck Surgery, New York University Langone Health, 11/2018, New York City, New York.

Persky, MJ. Clinical evaluation and staging of patients with oral cavity cancer. Lecturer at Oral Cavity Cancer: A Comprehensive Multidisciplinary Approach, Department of Otolaryngology – Head & Neck Surgery, New York University Langone Health, 11/2018, New York City, New York.

Persky, MJ. Management of a neck mass. Invited Fellowship lecturer, Department of Medicine, Geriatrics, New York University Langone Health, 10/2018, New York City, New York.

Persky, MJ. The evolution of transoral robotic surgery (TORS) in the treatment of head and neck cancer and benign disease. Grand Rounds presentation, Department of Otolaryngology – Head and Neck Surgery, Assuta University Hospital, Ben-Gurion University of the Negev, 2018, Ashdod, Israel.

Persky MJ, Albergotti WG, Rath TJ, et al. Positive margins by oropharyngeal subsite in transoral robotic surgery for T1/T2 squamous cell carcinoma. American Academy of Otolaryngology – Head and Neck Surgery, 2017 Annual Meeting, Chicago

Persky MJ, Issa M, Goyal N, Bonfili J, Goldenberg D, Duvvuri U. Transoral Flex robotic surgery: initial results in the USA. American Academy of Otolaryngology – Head and Neck Surgery, 2017 Annual Meeting, Chicago

Persky MJ, Duvvuri U. Flex robotic supraglottic laryngectomy. Masters of Surgery Video Presentation. American Academy of Otolaryngology – Head and Neck Surgery, 2017 Annual Meeting, Chicago

Gherson S, Mehdizadeh O, Persky MJ, Amin M, Branski R. Stability of the VHI-10 Questionnaire as a Function of the Patient Experience.  Annual Symposium: Care of the Professional Voice, 2017 annual meeting, Philadelphia.

Persky MJ, Goyal N, Bonfili J, Goldenberg D, Duvvuri U.  Transoral supraglottic surgery using the Flex Robotic System.  Society of Robotic Surgery, 2017 Annual International Meeting, Miami, Florida, USA.

Hu KS, Persky MJ, Tran T, Wallach J, Lin W, Khorsandi A, Holliday R, Urken M, Jacobson A, Persky M, Harrison L. Prospective multidisciplinary treatment algorithm for head and neck paragangliomas. *Journal of Radiation Oncology Biology Physics,* American Society of Therapeutic Radiation Oncology, 2013 annual meeting, Atlanta

Persky MJ, Roof SA, Fang Y, Jethanamest DJ, April MM. Usage of cephalosporins in the patient with history of penicillin allergy: a survey of otolaryngologists and review of the literature. *The Triological Society,* Combined Sections Meeting, 1/2015, San Diego

POSTER PRESENTATIONS

Persky MJ, Goyal N, Bonfili J, Goldengerg D, Duvvuri U.  Transoral surgery using the Flex Robotic System: Initial Experience in the United States. *Combined Otolaryngology Spring Meetings, American Head & Neck Society*, Submitted, 2017

VermaA, Persky MJ, Opher E, Asiry S, Har-El G. Mammary Analogue Secretory Carcinoma of the Parotid Gland: The Youngest Patient on Record. *American Head & Neck Society 9th International Conference on Head and Neck Cancer, 2016*

Persky M, Dion G, Achlatis E, Teng S, Fang Y, Branski R, Amin M. A prospective study of change in cough strength following vocal fold augmentation.  *Combined Otolaryngology Spring Meetings, American Broncho-Esophagological Association,* 2016

Fritz M, Persky MJ, Liotta D.  Superior Thyroid Cornu Syndrome: An Unusual Cause of Neck and Throat Pain. *Combined Otolaryngology Spring Meetings, American Broncho-Esophagological Association,* 2014

Taliercio S, Sanders B, Persky MJ, et al. Effect of voice therapy on benign vocal fold lesions: a retrospective review. *The Fall Voice Conference, 2014*

Tran T, Persky MJ, Scherl S, Clain J, Wallach J, Hu K, Urken M, Jacobson A, Harrison L, Persky M.  Head and neck paragangliomas: A review of 92 patients. *Combined Otolaryngology Spring Meetings, American Head and Neck Society ,* 2013

Persky MJ, Fang Y, Myssiorek, D. Relationship of the recurrent laryngeal nerve to the superior parathyroid gland during thyroidectomy. *Combined Otolaryngology Spring Meetings, American Laryngological Association,* 2012

## **Patents**

Year (yyyy) | Name | Issuing country | Patent number | Date filed | Date granted