# Exhibit W



# New York State Correctional Officers & Police Benevolent Association
102 Hackett Blvd. - Albany, NY 12209
(518) 427-1551  www.nyscopba.org  nyscopba@nyscopba.org



February 8, 2018

Mr. John Shipley
Director of Labor Relations
Department of Corrections and Community Supervision
State Office Campus, Building #2
1220 Washington Avenue
Albany, New York   12226-2050

Re:  Our File # DIS18-0059 – Disciplinary Grievance
     Correction Officer Costantino Masucci
     Gowanda CF

Dear Mr. Shipley:

It is our understanding that Correction Officer Costantino Masucci was issued a Notice of Discipline dated February 6, 2018. Pursuant to Article 8.2(d) of the current Agreement for the Security Services Unit, please be advised that NYSCOPBA is submitting the above-mentioned disciplinary grievance in order to protect the grievant's time limits for filing a disciplinary grievance.

Very truly yours,

*Michael Powers*

Michael Powers
President

MP:ma
Enc

cc:  Western Region Office
     William Golderman, Esq.
     Costantino Masucci
     File

**CONFIDENTIAL**                                   MASUCCI000026



# Disciplinary Grievance Form
## New York State Correctional Officers & Police Benevolent Association, Inc.
## Security Services Unit
102 Hackett Blvd. • Albany NY, 12209 • (518) 427-1551
www.nyscopba.org • nyscopba@nyscopba.org

**Instructions to Employee and Agency:** This form must be used by employees to start a disciplinary grievance according to Article 8 of the Agreement. Employees must be given a chance to obtain representation (either New York State Correctional Officers and Police Benevolent Association (NYSCOPBA), or an attorney of the employee's choice) in proceedings brought under Article 8 and before executing any settlement of a disciplinary grievance. In the event that any employee against whom disciplinary charges are brought by the Employer elects to be represented by any party other than the Union, such employee shall be individually responsible for all expenses which are incurred in connection with such disciplinary proceeding. No employee can be represented in such a disciplinary proceeding by any officer, executive board member, delegate, representative or employee of any actual or claimed employee organization or affiliate thereof other than NYSCOPBA.

### PLEASE PRINT OR TYPE

AGENCY __DOCCS__ WORK LOCATION __Gowanda__ SHIFT ASSIGNMENT_____ DATE _____

EMPLOYEE'S NAME __CO Costantino Masucci__ HOME PHONE _____

HOME ADDRESS _____ ZIP CODE _____

EMPLOYEE'S REPRESENTATIVE: ☐ NYSCOPBA    NAME _____
☐ ATTORNEY    ADDRESS _____
TELEPHONE _____

I wish to grieve the Notice of Discipline issued to me on __2/6/2018__ pursuant to Article 8 of the Agreement. (Employee may use this space to support this grievance.)

Remedy sought: **Dismissal of all charges and penalty sought.**

_Costantino Masucci_ (CMA)
Aggrieved Employee's Signature

**Instructions to Employee:** To be considered, this form must be filed with your Department or agency head or designee within 14 days* following the date of the Notice of Discipline.

Date received _____ By _____
Agency Representative

### AGENCY DECISION
### (SEE ATTACHED)

Date received _____ By _____
Agency Representative

*Days shall mean calendar days

### SETTLEMENT AND CERTIFICATION OF OFFER OF RIGHT TO REPRESENTATION (IF APPLICABLE)

**Instructions:** This form may be used to record settlements of disciplinary grievances as provided for in the Agreement, Article 8.3, Settlements. A disciplinary grievance may be settled at any time following the service of a notice of discipline. The terms of the settlement shall be reduced to writing. An employee offered such a settlement shall be offered a reasonable opportunity to have his attorney or a Union representative present before he is required to execute it. The Union grievance representative at the appropriate level shall be provided with a copy of any settlement within 24 hours of its execution.

THIS SETTLEMENT HAS BEEN MADE IN ACCORDANCE WITH THE PROVISIONS OF ARTICLE 8 OF THE AGREEMENT. WE CERTIFY THAT THE REQUIRED OPPORTUNITY FOR REPRESENTATION WAS OFFERED AND THAT NO THREATS OF REPRISAL OR PROMISES OF SPECIAL CONSIDERATION WERE MADE BY AGENCY REPRESENTATIVES AS AN INDUCEMENT TO EXECUTE THIS SETTLEMENT, THE FULL TERMS OF WHICH ARE INCLUDED ABOVE.

_____    _____
Employee    Agency Representative

_____    _____
Employee's Representative    Date

CONFIDENTIAL    MASUCCI000030

SECURITY SERVICES UNIT

## APPEAL TO DISCIPLINARY ARBITRATION
(Do not complete if you have executed a settlement on the reverse side)

**Instructions to Employee or Representative:** To appeal the agency decision to disciplinary arbitration, the employee or the President of the union must submit a copy of this form with this section filled out to the New York State Public Employment Relations Board and to the agency representative who signed the agency decision within 14 days of the service of the agency decision.

I wish to appeal this matter to disciplinary arbitration according to the provisions of Article 8 of the Agreement.

I will be represented in the arbitration by: [X] NYSCOPBA Attorney   [ ] Personal Attorney

Name of Union Representative or Attorney __William P. Golderman, Esq.__

Address __Lippes Mathias Wexler Friedman LLP__
__54 State Street, Suite 1001__
__Albany, NY 12207__

Telephone Number ( __518__ ) __462-0110__

### THE HEARING OF THIS MATTER WILL BE HELD IN THE LOCATION BELOW WHICH IS CLOSEST TO THE EMPLOYEE'S WORK STATION.

This proceeding should be held in (Indicate one of the following):

- [ ] ALBANY
- [ ] BINGHAMTON
- [X] BUFFALO
- [ ] CANTON
- [ ] ELMIRA
- [ ] HAUPPAUGE
- [ ] MIDDLETOWN
- [ ] NEW YORK CITY
- [ ] PLATTSBURGH
- [ ] POUGHKEEPSIE
- [ ] ROCHESTER
- [ ] SYRACUSE
- [ ] WATERTOWN
- [ ] UTICA

A copy of this appeal to arbitration has been sent to the agency representative shown on the front side of this form.

_____   On behalf of C.O. Costantino Masucci
Employee Representative (optional)   Employee's Signature

2/13/18
Date

Date received by PERB                PERB Representative

CONFIDENTIAL   MASUCCI000031