# Exhibit X











