# Exhibit Y



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO  
Governor

ANTHONY J. ANNUCCI  
Acting Commissioner

## NOTICE OF DISCIPLINE

TO: Douglas Wilkowski, Correction Officer  
Gowanda Correctional Facility

DATE: February 6, 2018

Pursuant to Article 8, Security Services Unit Agreement between the State of New York and NYSCOPBA, you are hereby informed that we shall implement the following penalty:

### DISMISSAL FROM SERVICE
### AND LOSS OF ANY ACCRUED ANNUAL LEAVE

The reason for this discipline is your misconduct based upon the following:

1. On January 13, 2018, at approximately 7:00 p.m., while on duty at Gowanda Correctional Facility in the Special Housing Unit, you used unnecessary physical force. Your actions violated Sections 2.2, 2.23, 7.9, and 9.2 (a,b,e) of the DOCCS Employees' Manual, as well as DOCCS Directive #4944 "*Use of Physical Force*", Section III, A,B, and E. Specifically, you were present and used unnecessary physical force upon inmate McCane, 14B0419, resulting in inmate McCane sustaining injuries including, but not limited to, four (4) broken teeth and fracture of his left eye socket.

2. On January 13, 2018, at approximately 7:00 p.m., while on duty at Gowanda Correctional Facility in the Special Housing Unit, you used excessive physical force. Your actions violated Sections 2.2, 2.23, 7.9, and 9.2 (a,b,e) of the DOCCS Employees' Manual, as well as DOCCS Directive #4944 "*Use of Physical Force*", Section III, A,B, and E. Specifically, you were present and used excessive physical force upon inmate McCane, 14B0419, resulting in inmate McCane sustaining injuries including, but not limited to, four (4) broken teeth and fracture of his left eye socket.

3. On January 13, 2018, at approximately 7:00 p.m., while on duty at Gowanda Correctional Facility, you submitted a false and/or misleading report. Your actions violated Sections 2.2, 4.16, 7.9 and 9.4 of the DOCCS Employees' Manual, as well as DOCCS Directive #4944 "*Use of Physical Force*", Section IV (A). Specifically, you were present and used unnecessary and/or excessive physical force upon inmate McCane, 14B0419, in the Special Housing Unit Frisk Room, resulting in inmate McCane sustaining injuries including, but not limited to, four (4) broken teeth and fractures in/of his face and jaw. You submitted a Use of Force Memorandum in which you failed to accurately report the reason for the use of physical force and/or the amount of force that was used.



**Notice of Discipline**  Page 2
**Douglas Wilkowski, Correction Officer**
**Gowanda Correctional Facility**  February 6, 2018

4. On January 13, 2018, prior to the end of your tour of duty at Gowanda Correctional Facility, you submitted a false and/or inaccurate written report. Your actions violated Sections 2.2 and 4.16 of the DOCCS Employees' Manual. Specifically, you created an Inmate Misbehavior Report (Form 2171A) in which you stated, in words or substance, that inmate McCane, 14B0419 was uncooperative in failing to follow several direct orders, and when told to turn and face the wall he unlocked his hands, making fists, and tried to turn around.

5. On January 13, 2018, prior to the end of your tour of duty at Gowanda Correctional Facility, you submitted a false and/or inaccurate written report. Your actions violated Sections 2.2 and 4.16 of the DOCCS Employees' Manual. Specifically, you created a Report of Strip Frisk on Admission to SHU or MHU Cell/Room form (Form 1140SHU) relative to inmate McCane 14B0419 in which you failed to document the presence of other staff, and/or indicated by the submission of the document that the strip frisk had been completed and that no contraband was found.

6. On January 23, 2018, during the course of a formal interrogation by Investigators of the Office of Special Investigations, you made false and/or inaccurate statements which were entered into official records, and/or failed to disclose pertinent facts. Your actions violated Sections 2.2 and 4.16 of the D.O.C.C.S. Employees' Manual. Specifically, you provided false and/or inaccurate information as noted below:

    A. You stated, in words or substance, inmate McCane 04B0419 was giving you a hard time in handing you his articles of clothing by not handing it right to you and/or pushing it into your hand.

    B. You stated, in words or substance, that when inmate McCane 04B0419 turned to face the wall he made a fist with his left hand and his right foot moved back. You thought he was turning around to hit you with his left hand.

In assessing this penalty, the Department notes that the actions as described above are totally inconsistent with the duties and responsibilities as a Correction Officer with the New York State Department of Correctional Services. The Department further notes that Correction Officers in New York State have a responsibility in the care, custody, and control of the inmates under their supervision. We must also note that providing false and/or misleading information in this instance calls into question the veracity of your past and future statements.

As you are aware, you were suspended without pay on February 6, 2018, pursuant to Article 8 of the Security Services Unit Agreement between the State of New York and NYSCOPBA.[1]

---

[1] Under Article 8.4, an employee may opt to draw from previously accrued annual leave, personal leave, holiday and/or compensatory leave while suspended. Should an Arbitrator's penalty include a period of suspension without pay, Article 8 does not authorize the use of employee's accruals to satisfy any penalty assigned by the Arbitrator.



**Notice of Discipline**                                                            Page 3
**Douglas Wilkowski, Correction Officer**
**Gowanda Correctional Facility**                                               February 6, 2018

If you believe that this discipline is not for just cause or that the penalty is excessive, you must file a disciplinary grievance with me postmarked no later than fourteen calendar days from the receipt of this notice. Unless such a grievance is filed, the penalty will be imposed at the close of the appeal period, and the matter may not otherwise be reviewed.

You are provided two copies of this notice in order that one may be given to your representative. Your union representative is NYSCOPBA.

Any further communication with you concerning this Notice will be mailed to your latest address on record at Gowanda Correctional Facility, which is ███████████████████████ unless you request in writing that it be mailed to a different address.


John A. Shipley
Director of Labor Relations

JAS/DJG/